AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

BARRY BUCKHANON and RODNEY FRALEY,

    Plaintiffs

V.

HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC.,

    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:05-CV-0741-m

TO: (Name and address of defendant)

Huff & Associates Construction Company, Inc.
1220 Fox Run Parkway
PO Box 2427
Opelika, Alabama 36803-2427

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Hon. James R. Bowles
BOWLES & COTTLE
Attorneys at Law
PO Bos 780397
Tallassee, Alabama 36078

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_Donna M. Huffleet_
DEPUTY CLERK

DATE  August 11, 2005

U.S. Postal Service
RECEIPT
(...urance Coverage Provided)
website at www.usps.com

OFFICIAL USE

7004 2510 0000 3157 6902

| | |
|---|---|
| | .60 |
| Certified | 2.30 |
| Return Receipt | 1.75 |
| Restricted Delivery | |
| Total Postage | $ 4.65 |

Postmark Here

8-11-05
3:05cv741-TM

Sent To: Tuf[...] Associates Construction Co. Inc.
Street/Apt No. or PO Box No.: PO Box 2427, 1220 Fox Run Pkwy.
City, State, ZIP: C[...]er, AL 36603-2427

PS Form [...] 02
See Reverse for Instructions