Buckhanan

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Huff & Associates Construction Co., Inc.
1220 Fox Run Pkwy.
P.O. Box 2427
Opelika, AL 36803-2427

3:05cv741 (Cmp + summs 20 dys)

2. Article Number (Transfer from service label)
7004 2510 0000 3157 6902

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Karen Young
☐ Agent
☐ Addressee

B. Received by (Printed Name)
KAREN YOUNG
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 12

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540