**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 12, 2005

# NOTICE OF REASSIGNMENT

Re:   Barry Buckhanon, et al. V. Huff & Associates Construction Company, Inc.
      Civil Action No. #3:05-cv-00741-VPM

The above-styled case has been reassigned to Chief Judge Mark E. Fuller.

Please note that the case number is now #3:05-cv-00741-MEF-VPM. This new case number should be used on all future correspondence and pleadings in this action.