IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BARRY BUCKHANON and § | | |
| RODNEY FRALEY, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| vs. § | CASE NO.: 3:05-cv-0741-F | |
| § | | |
| HUFF & ASSOCIATES § | | |
| CONSTRUCTION COMPANY, INC. § | | |
| § | | |
| Defendant. § | | |

### REPORT OF RULE 26(f) PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f) and this Court's Order of September 19, 2005, a conference was held between counsel for the parties on the 21 day of September, 2005, via telephone.  As a result of that conference, the parties now submit the following report to the Court for its consideration.

1.  The meeting was attended by:

    a. James R. Bowles for Plaintiffs Rodney Fraley and Barry Buckhanon.

    b. Ben C. Wilson for Defendant Huff & Associates Construction Company, Inc.

2.  Pre-discovery disclosures.  The parties will exchange the information required by Local Rule 26.1(a)(1) on or before October 31, 2005.

3.  Discovery Plan:  The parties jointly propose to the Court the following plan:

    a. Discovery will be needed on the following subjects:  All matters raised in the Complaint, and amendments to the Complaint and any Answer;

    b. All discovery commenced in time to be completed by May 1, 2006;

    c. Written discovery:

    i. Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

    ii. Maximum of 40 requests for production by each party to any other party. Responses due 30 days after service.

    iii. Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service;

d. Maximum of 10 depositions by Plaintiffs and 10 depositions by Defendants, unless otherwise agreed to by the parties;

e. Each deposition, other than that of the parties, limited to a maximum of 8 hours, unless otherwise agreed to by the parties. Parties' depositions limited to a maximum of 8 hours, unless otherwise agreed to by the parties;

f. Reports from retained experts under Rule 26(a)(2) due;

    i. from Plaintiff by April 1, 2006; and

    ii. from Defendants by May 15, 2006.

g. Supplementation under Rule 26(e) due May 15, 2006, or reasonable time thereafter.

4. Other Matters:

a. The parties do not request a conference with the Court before entry of the Scheduling Order.

b. Plaintiff should be allowed until February 1, 2006, to join additional parties and until February 1, 2006, to amend the pleadings.

c. Defendants should be allowed until March 1, 2006, to join additional parties and until March 1, 2006, to amend the pleadings.

d. All potentially dispositive motions should be filed by July 31, 2006;

    e.    Settlement cannot be realistically evaluated prior to May 15, 2006;

    f.    The parties request a final pretrial conference in September of 2006 assuming a trial date during the Opelika term of Court commencing on November 6, 2006;

    g.    Final witness / exhibits lists under Rule 26(a)(3) due:

        i.    from Plaintiff:  60 days before trial; and

        ii.    from Defendant:  60 days before trial.

    h.    Parties should have until no less than 30 days prior to trial to list objections to witnesses and exhibits under Rule 26(a)(3); and

    i.    The case should be ready for trial by November 2006, and is expected to take approximately 2-3 days.

The parties have agreed that this document shall be filed as a joint document but shall contain only the signature of Ben C. Wilson.

Respectfully submitted this the 7th day of October 2005.

/s/ BENJAMIN C. WILSON (asb-1649-i54b)
Attorney for Defendant
Huff & Associates Construction
Company, Inc.

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, Alabama  36101-0270
Phone:  (334) 206-3100
Fax:  (334) 262-6277
bcw@rsjg.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James R. Bowles, Esq.
BOWLES & COTTLE
2 South Dubois Avenue
P.O. Box 780397
Tallassee, Alabama 36078
jamesrbowles@aol.com

                                                /s/ Benjamin C. Wilson