EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BARRY BUCKHANON and
RODNEY FRALEY,

     Plaintiffs

vs.                                                          CIVIL ACTION NO. 3:05-cv-0741-M

HUFF & ASSOCIATES
CONSTRUCTION COMPANY, INC.,

     Defendant

## PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, ETC., UNDER RULE 34

Plaintiffs request Defendant to produce and permit Plaintiffs to inspect and to copy each of the following documents:

1.     The personnel file of Bobby Myers.

2.     The personnel file of Barry Buckhanon.

3.     The personnel file of Rodney Fraley.

4.     The Defendant's disciplinary policy, to include penalties associated with each occurrence of a violation of the policy (i.e., first offense, second offense, third offense).

5.     The Defendant's discharge policy.

6.     The Defendant's race discrimination and racial harassment in the workplace policy.

7.     Any employee rules and regulations in effect during the period of June 1, 2004 to July 30, 2004.

8.     Any written complaints of racial harassment received from or made by any employee during the period January 1, 2004 to December 31, 2004.  Include copies of all investigations and how the complaints were resolved.

9.     A list of employees who were terminated or otherwise left their employment during the period of January 1, 2004 through December 31, 2004. Attach copies of termination notices.

10.     A work site organization chart for the period June 1, 2004 to July 30, 2004.

11.     Any EEOC charges filed against Defendant in the past five years alleging racial harassment.

12.     The Articles of Incorporation and By-Laws of Huff & Associates Construction Company, Inc. and any amendments thereto from the date of incorporation to the present.

13.     Any and all minutes of the stockholders, officers and board of directors of Huff & Associates Construction Company, Inc. from the date of incorporation to the present.

14.     Any and all insurance policies or insurance agreements under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment. This should include, but not be limited to, unredacted copies of the policy terms, provisions, conditions, endorsements, declaration pages, exclusions or any other portion of the policies of any kind or nature whatsoever. The documents should include disclosure of the policy limits on the documents themselves as in the original.

The above documents are to be made available for inspection and copying at the offices of Bowles & Cottle, Attorneys at Law, 2 South Dubois Avenue, PO Box 780397, Tallassee, Alabama 36078, within thirty (30) days from the date of this request.


JAMES R. BOWLES (BOW011)
ATTORNEY FOR PLAINTIFFS

OF COUNSEL:
Bowles & Cottle
Attorney at Law
2 So. Dubois Avenue
PO Box 780397
Tallassee, Alabama 36078
(334) 283-6548
(334) 283-5366 (Fax)
BowlesandCottle@aol.com (Email)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Hon. Ben C.
Wilson, RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A., 184 Commerce
Street, PO Box 270, Montgomery, Alabama 36101-0270 by mailing a copy thereof,
postage prepaid, to him at his proper mailing address on this the _28 rd_ day of
October 2005.

Of Counsel