IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARRY BUCKHANON, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV741-MEF |
| | ) [WO] |
| HUFF & ASSOCIATES | ) |
| CONSTRUCTION COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the plaintiff's Motion For Order Compelling Production, filed on 30 December 2005 (Doc. # 9), and for good cause, it is

ORDERED that, on or before 20 January 2006, the defendant shall show cause why the motion should not be granted. The plaintiff has certified that he has made a good faith attempt to resolve the discovery dispute, and it is apparent that the discovery request was served more than 60 days ago. Thus, the defendant's response appears to be delinquent by more than 30 days.

DONE this 10th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE