IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BARRY BUCKHANON** and § <br> **RODNEY FRALEY,** § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> **HUFF & ASSOCIATES** § <br> **CONSTRUCTION COMPANY, INC.** § <br> § <br> Defendant. § | **CASE NO.: 3:05-cv-0741-WKW-VPM** |

### DEFENDANT HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC.'S RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL

COMES NOW the Defendant, Huff & Associates Construction Company, Inc. ("Huff"), and by and through counsel, hereby responds to Magistrate Judge McPherson's Show Cause Order of January 10, 2006 (Doc. 10) regarding Plaintiff's Motion to Compel (Doc. 9). Defendant hereby informs the Court that it has now responded to Plaintiff's discovery requests, a copy of the responses (without documents produced) being attached hereto as Exhibit A. Defendant submits that no further order is necessary.

/s/ BENJAMIN C. WILSON (asb-1649-i54b)
**Attorney for Defendant**
**Huff & Associates Construction Company, Inc.**

OF COUNSEL:
**RUSHTON, STAKELY, JOHNSTON**
**& GARRETT, P.A.**
P.O. Box 270
Montgomery, Alabama 36101-0270
Phone: (334) 206-3194
Fax: (334) 481-0831

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 20, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James R. Bowles, Esq.
BOWLES & COTTLE
2 South Dubois Avenue
P.O. Box 780397
Tallassee, Alabama 36078

/s/ BENJAMIN C. WILSON