IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BARRY BUCKHANON, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05CV741-MEF |
| | ) | [WO] |
| HUFF & ASSOCIATES | ) | |
| CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Based upon Defendant Huff & Associates Construction Company, Inc.'s Response to Show Cause Order Regarding Plaintiffs' Motion to Compel (Doc. #12) and counsel's representation that the requested discovery has already been provided, it is

ORDERED that the motion to compel (Doc. #9) is DENIED as moot.

DONE this 20th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE