1     IN THE UNITED STATES DISTRICT COURT

2     FOR THE MIDDLE DISTRICT OF ALABAMA

3     EASTERN DIVISION

4

5     CIVIL ACTION NUMBER

6     3:05-CV-0741-M

7

8     BARRY BUCKHANON and RODNEY FRALEY,

9         Plaintiffs,

10    vs.

11    HUFF & ASSOCIATES CONSTRUCTION COMPANY,
      INC.,

12        Defendant.

13

14

15

16    DEPOSITION TESTIMONY OF:

        BARRY BUCKHANON

17

18

19

20    June 8, 2006

      10:15 a.m.

21

22

23    COURT REPORTER:

      Gwendolyn P. Timbie, CSR

COPY

EXHIBIT

B.

1    when he told you and Mr. Fraley that there
2    was some need for --
3         A       He was -- he was a carpenter.
4         Q       Do you know how long he had
5    worked for Huff?
6         A       I'm not sure of that.
7         Q       So he told you and Mr. Fraley
8    that Huff needed some more employees?
9         A       Yes, sir, he did.
10        Q       Did he tell you what job site
11   it was?
12        A       Yes, sir.
13        Q       And it was the KA house at
14   Auburn?
15        A       Yes, sir, it was.
16        Q       And so how did you get from
17   there to working for Huff?  You said he
18   took you up there with him?
19        A       Yeah.  We rode to work every
20   day with Brad.
21        Q       Did he take you and Mr. Fraley
22   up there after telling you that there was
23   some need for employees?

1    A    Yes, sir, he did.  Yes, sir,

2  he did.

3    Q    Did you go straight to the KA

4  site?

5    A    Yes, sir, we did.

6    Q    Who did you talk to?

7    A    Bobby.  Bobby Myers.

8    Q    Had you ever met Mr. Myers

9  before this day?

10    A    No, sir, I didn't.

11    Q    Did Mr. Connell tell you

12  anything about the job before you got

13  there?

14    A    No.  He did -- the only

15  thing -- he told us that he needed a

16  couple of laborers.

17    Q    To help him?

18    A    Sir?

19    Q    To help Mr. Connell?

20    A    Yeah.  Yes, sir.

21    Q    So when you got to the job

22  site, what day was this?

23    A    I can't remember exactly the

1    date.

2         Q      The documents that have been

3    produced in the lawsuit indicate that you

4    and Mr. Fraley started sometime around

5    June 1, 2004.

6         A      Yes, sir.

7         Q      Does that sound right to you?

8         A      Yes, sir.  Somewhere along in

9    there.  Yes, sir.

10        Q      And you had never worked for

11   Huff before then?

12        A      No, sir.  Never in my life.

13        Q      So you and Connell and

14   Mr. Fraley showed up at the construction

15   site --

16        A      Yes, sir.

17        Q      -- one day --

18        A      Yes, sir.

19        Q      -- in June of 2004.  And did

20   you have a chance to talk to Mr. Myers

21   that day?

22        A      Yes, sir, we did.

23        Q      Tell me about that.

```
 1         A      Well, when I first started --
 2    first started and -- we got up there that
 3    day, and he asked me and Rodney -- but I
 4    explained to him -- I told him that I
 5    couldn't -- I couldn't get up high.  I
 6    told him anything he wanted done on the
 7    ground I could do and -- because I've got
 8    a bad knee.  But anything -- but he still
 9    had me doing stuff up high, getting up on
10    scaffolds, on top of the building.
11         Q      Let me back up.  When you
12    talked to Mr. Myers that first day, did
13    he -- did you tell him what you could do
14    to help?
15         A      Yes, sir.
16         Q      What did you tell him?
17         A      He -- well, when I first
18    started, he asked me -- he told me he was
19    just going to put me on cleanup; you know,
20    cleaning all the trash and stuff out from
21    around the building, cleaning out the
22    inside of the building.  Because it was a
23    lot of different crews on the site.  But
```

1   we had the job to clean -- keep everything

2   clean on the job site.

3       Q    So instead of working with

4   Mr. Connell, you were assigned to kind of

5   site cleanup?

6       A    Yes, sir.

7       Q    All right.  Who else was doing

8   that job?

9       A    Me and Rodney, and sometimes

10   Mr. Connell helped.  He was -- he was

11   running the tractor where we was putting

12   stuff in all around the building.  And we,

13   like, kept the tractor and stuff loaded

14   and kept everything dumped to the

15   Dumpsters and things like that.

16       Q    Was Mr. Connell actually a

17   Huff employee?

18       A    Yes, sir, he was.

19       Q    And how many workers were on

20   that job site when y'all first got there?

21       A    Talking about just -- with our

22   crew?

23       Q    Yeah.

1          A       It was about -- probably about
2     five of us.
3          Q       Now, when you say your crew,
4     you mean employed by Huff?
5          A       Yes, sir.  He had all us
6     working together right there, you know.
7          Q       When you say "crew", though,
8     are you talking about cleanup crew or the
9     entire Huff group?
10          A       Well, no.  He had -- yeah.
11     Like, the carpenters and cleanup men.  All
12     us kind of, you know, like, had all our
13     little section together.  And they had,
14     you know, electricians and all that -- all
15     kind of different people was on the site.
16          Q       Subcontractors; right?
17          A       Yes, sir.
18          Q       Who did not work for Huff;
19     right?
20          A       Right.
21          Q       Did you ever work with any of
22     the subcontractors?
23          A       Well, we worked beside a lot

1    supervisors other than Mr. Myers that

2    first day?

3         A    Not the first day.

4         Q    Were there periodically other

5    supervisors on the site?

6         A    Yes, it was.

7         Q    Can you give me any names?

8         A    Mr. Jimmy Langley.

9         Q    What was his job?

10        A    He was the supervisor over us.

11        Q    Over who?

12        A    Me and Rodney.  When Mr. Myers

13   wasn't there, he was the head over us.

14        Q    How often was Mr. Myers

15   absent?

16        A    From time to time, he would be

17   out some because he had a lot of, you

18   know, health problems, and he'd have to go

19   out to have surgery and different kinds of

20   stuff like that.

21        Q    Did you deal with any other

22   supervisors other than Mr. Langley and

23   Mr. Myers?

1        A       No, sir.

2        Q       Were there any other

3   supervisors on the site?

4        A       I can't recall their names.

5   But every now and then he would be on the

6   job site.

7        Q       What was this person's title?

8   Do you know?

9        A       He was -- I believe he was the

10  architect.  He was over the -- I think his

11  name was Quinton.

12       Q       Quinton would be around

13  occasionally?

14       A       Yeah.

15       Q       And did you understand that

16  Quinton was an employee of Huff?

17       A       Yes, sir.

18       Q       Do you know whether Quinton

19  was Bobby Myers' supervisor?

20       A       I believe so.  I believe.  He

21  had a thing -- yeah.

22       Q       Did you understand that

23  Quinton was the project manager?

```
1          A       Yeah.  Yes, sir.
2          Q       Now, Mr. Myers is white, isn't
3     he?
4          A       Yes, sir.  Yes, he is.
5          Q       What is Quinton's race?
6          A       He's white.
7          Q       What about Mr. Langley?
8          A       White.
9          Q       What about Mr. Connell?
10         A       White.
11         Q       Do you know whether Brad
12    Connell still works for Huff?
13         A       No, he don't.
14         Q       Where does he work?
15         A       He works with -- I can't --
16    port-a-toilets.  Dumps -- cleans
17    port-a-toilets.
18         Q       Where does he work?
19         A       It's right over across the
20    river here.
21         Q       Over in East Tallassee?
22         A       Yes, sir.
23         Q       Why did he leave Huff?
```

1    A    They -- they constantly stayed
2    in a fuss with Mr. Myers.  Him and
3    Mr. Myers.
4        Q    Was he fired or did he quit?
5        A    No.  He quit.
6        Q    Did he quit before or after
7    you?
8        A    It was -- he quit --
9        Q    I mean, did he quit before or
10   after you left the employment of Huff?
11       A    He quit first.
12       Q    How much did you work there
13   after he left?
14       A    He probably worked there about
15   -- about another month probably, close to
16   a month.
17       Q    So that means Mr. Connell
18   would have quit pretty soon after y'all
19   first got there; is that right?
20       A    Excuse me?
21       Q    You're saying you worked there
22   another month or so after Connell left?
23       A    Yes, sir.

```
 1        Q      And it's your understanding
 2   that he left that job because he and
 3   Mr. Myers used to get crossways; right?
 4        A      Yes, sir.
 5        Q      About what?
 6        A      Always -- you know, Mr. Myers
 7   would always kind of be cursing and
 8   fussing, just something every day, every
 9   single day.
10        Q      Is that what you understand
11   led Mr. Connell to quit, though?
12        A      Yes, sir.
13        Q      Are you still friendly with
14   Mr. Connell?
15        A      Sir?
16        Q      Are you still friendly with
17   Mr. Connell?
18        A      Yeah.  I know him.  You know,
19   I know him.
20        Q      Do you see him around town?
21        A      Yeah.  I see him every now and
22   then.  We don't -- we don't just talk on
23   an everyday basis, but I know him.
```

1        Q     Did you ever have any reason

2   to go to the main Huff office over in

3   Opelika?

4        A     No, sir, I didn't.  But we

5   went there a couple of times to pick up

6   our checks, which then we'd probably be

7   with Mr. Langley or Mr. Myers or

8   something.

9        Q     Did Mr. Myers ever provide

10  transportation for you?

11       A     Yes, sir, he did.

12       Q     Where?

13       A     Sometimes he would pick us

14  up.  Like, if Mr. Connell wasn't going to

15  work, Mr. Myers would be coming off from

16  down at his place.  He'll swing by and

17  pick me and Mr. Fraley up and drop us off

18  in the evening.

19       Q     How many times did that

20  happen?

21       A     A couple of weeks.

22       Q     So you told me a minute ago

23  you had a bad knee; right?

```
1          A      Yes, sir.

2          Q      Which knee is it?

3          A      It's my right.

4          Q      What's wrong with it?

5          A      My knee -- my knee is out of

6    place, like up here (indicating), which it

7    hesitates for me to do a lot of climbing,

8    you know.  But as far as work, my knee

9    don't bother me.  I do my job.

10         Q      How did you injure your knee?

11         A      Football.

12         Q      In school or just playing?

13         A      No.  In school.  I played for

14   Tallassee High.

15         Q      Did you ever have surgery on

16   that knee?

17         A      No, sir, I haven't.

18         Q      Did you tell Mr. Myers you had

19   a bad knee?

20         A      Yes, sir, I did.

21         Q      Did he say anything to you

22   about that?

23         A      He asked me could I do the
```

1    ground job and all the low job.  I said I

2    could.

3         Q    So if you graduated from high

4    school in '96, your knee injury would have

5    been around for several years before you

6    went to Huff; right?

7         A    Yes, sir.

8         Q    So you were telling me earlier

9    that there was a discussion between you

10   and Mr. Myers about you not being able to

11   do heights because of your knee?

12        A    Right.

13        Q    And that at some point he had

14   you up on heights?

15        A    Yes, sir.  Some occasions I

16   did.  I had to do it.

17        Q    Why?

18        A    We had -- well, we was -- we

19   was doing the other little house -- little

20   party house they had right beside the KA

21   house, and we had to fill -- fill -- we

22   had to bring a wheelbarrow up on top of

23   the -- what you call it -- scaffolds.  And

1   we had to take the wheelbarrows up on the

2   scaffolds and fill in the holes and put in

3   mud.  And we was high up off the ground;

4   real high.  But that day we was kind of

5   short of help.  We didn't have no help.  I

6   didn't have no choice but to get up there

7   and help.

8           Q      Did he ask you to get up there

9   and do it?

10          A      Yes, he did.

11          Q      And did you object?

12          A      No, sir, I didn't.

13          Q      Did you remind him you had a

14   bad knee?

15          A      Yes, sir.  But he told me to

16   get up there anyway.

17          Q      What did he say?

18          A      He told -- we was short on

19   help.  He said I still had to get up there

20   and help them pour -- pour the holes, you

21   know.  We was pouring concrete down

22   through the bars.

23          Q      Were you able to do that job?

```
 1          A       Yes, sir, I done it.
 2          Q       Did you ever re-injure your
 3    knee at Huff, on the Huff job site?
 4          A       No, I didn't.  No, sir, I
 5    didn't.
 6          Q       Now, in the charge --
 7    discrimination charge that you filed in
 8    this case, you claim that Mr. Myers used
 9    racial slurs --
10          A       Yes, sir.
11          Q       -- in your presence.
12          A       Yes, sir.
13          Q       Tell me a little bit about
14    that.
15          A       Well, one occasion that
16    happened, Mr. Myers had some moles took
17    off him.  And this was on a Wednesday, I
18    believe.
19          Anyway, one Thursday -- I think --
20    no.  It was on a Friday morning.  We was
21    at the job site.  We had just got on the
22    job site.  And there was some guys
23    cleaning bricks, you know; spraying the
```

brick.  And Mr. Langley, he was on his
radio -- you know, two-way radio, and he
beeped in.  And me and Mr. Langley and
Mr. Fraley was standing out there.  We was
cutting up boards.  And Mr. Myers asked --
he asked Mr. Langley what was going on on
the job, how, you know, was everything
progressing.  So he was -- he was on the
radio with him.  The guy was going slow
cleaning the brick.

      Q    Who?  What was his name?

      A    I don't know the guy.  They
had some guys, you know, washing, you
know, the mud off the brick.  Right.  And
Mr. Myers said he -- he said he's not
going to put up with a bunch of niggers on
his job site.

      Q    Who did he say that to?

      A    He said that to Mr. Langley,
Mr. Jimmy Langley.

      Q    Did you hear him say that?

      A    Yes, sir, I did.

      Q    Where were you standing?

1      A      I was standing right beside

2    Mr. Langley and Mr. Fraley.  We was on the

3    saw horses.

4      Q      And what was your

5    understanding of what made him say that?

6    I mean, who was he talking about?

7      A      He just said -- he asked about

8    what all us was doing, and he asked what

9    the brick guy was doing when he was

10   cleaning brick.  And he told him that --

11   Mr. Langley said, well, we all -- we was

12   putting up the little framing for the

13   doors, the door frames.  And Mr. Langley

14   told him, said, we, you know, had a little

15   slow start.  And he -- that's when --

16   that's when he said -- he asked something

17   about the guys that was spraying the

18   brick.  He said, well, I'm not going to

19   put up with a bunch of niggers on my job.

20     Q      And he said that to

21   Mr. Langley?

22     A      That's right.  On the two-way

23   radio.  Mr. Myers was out.  He had

```
1    surgery, getting moles off him.
2         Q    I hear you.  Did you hear
3    Mr. Myers -- were you standing by
4    Mr. Myers or Mr. Langley?
5         A    I was standing beside
6    Mr. Langley.  Mr. Myers wasn't on the
7    site.  He was on his two-way radio.
8         Q    So you heard it through the
9    two-way radio?
10        A    Yes, sir, I did.
11        Q    What did Mr. Langley say to
12   that -- in response to that?
13        A    He kind of -- he kind of,
14   like, laughed -- he kind of, like, laughed
15   it off and told me and Mr. Fraley he was
16   just kidding.
17        Q    All right.  Was that the first
18   time you had heard Mr. Myers use racial
19   slurs?
20        A    No, sir, it wasn't.
21        Q    Tell me about the first time.
22        A    One day we was -- we was
23   all -- me and Mr. Langley and Mr. Myers
```

was eating lunch.  And we had a little
trailer we would go in and sit and eat
lunch sometimes.  And we was -- we was
just sitting there, and all of us was
talking.  And he told us -- he told us, he
said, y'all's kind don't know nothing.

     Q    What were you talking about?

     A    We were just sitting there
talking, you know, about jobs, working.
And he -- you know, sometimes he may ask
us could we do this or that.  And then,
you know, we'd just be talking or joking,
and he'll make up all kind of remarks and
-- we're trying to work.  You can't work
with nobody -- with somebody constantly
cursing you every day.  I can't work
around nobody like that.

     Q    Specifically, what were y'all
talking about when he said, your kind
don't know nothing?

     A    We was sitting there
talking -- he was asking us something
about on the job, and we was sitting there

```
 1    just talking.  He said, all y'all kind
 2    don't know nothing.
 3              Q      Who did he say that to?
 4              A      He said that to me and
 5    Mr. Fraley.  We was sitting there, and we
 6    was just talking, in a conversation.
 7              Q      Was Jimmy there?
 8              A      And I asked him -- yeah.
 9    Mr. Langley was sitting right there eating
10    his lunch too.
11              Q      Anyone else hear --
12              A      And I --
13              Q      Anybody else hear that?
14    Anybody else present for that statement?
15              A      No, sir.  Just me,
16    Mr. Langley, Mr. Fraley, and Mr. Myers.
17              Q      And this was during lunch one
18    day?
19              A      Yes, sir.
20              Q      On the job site?
21              A      Right.
22              Q      Did you or Mr. Fraley or
23    Mr. Langley say anything in response to
```

```
1    that statement?
2         A      No.  I just asked him what he
3    meant by that.  He said, you know what I
4    mean.
5         Q      And you said what?
6         A      Sir?
7         Q      Did you say anything else?
8         A      No.  I left it at that.
9         Q      Did he say anything else about
10   what he meant by that?
11        A      No.
12        Q      And this was before the
13   statement that he made over the two-way
14   radio you told me about a minute ago?
15        A      Yeah.  This happened before
16   then.
17        Q      What was Mr. Myers -- when he
18   said that about your kind don't know
19   nothing --
20        A      Yes, sir.
21        Q      -- what was his demeanor?  I
22   mean, was he angry or just talking to you?
23        A      I mean, sometimes he'd just
```

1    later.  You know, we stayed until we got

2    the job done, like if we was pouring

3    concrete.  Different times.

4         Q      The conversation you were

5    telling me about a moment ago with

6    Mr. Fraley and Mr. Langley when he said,

7    your kind don't know anything --

8         A      Yes, sir.

9         Q      -- in that conversation did he

10   make any other derogatory statements about

11   any other employee or to any other

12   employee?

13        A      No, sir.  No, sir.  Not that I

14   recall.

15        Q      Did you ever hear Mr. Myers

16   make derogatory comments toward Hispanic

17   workers?

18        A      Oh, yes, sir.

19        Q      Like what?

20        A      He'd say -- one day he told

21   them they don't know nothing.  They need

22   to go back where they came from.

23        Q      Do you understand -- have an

1  understanding of what prompted him to say
2  that?
3       A    I don't know.
4       Q    Do you know whether --
5       A    I don't know.
6       Q    Do you know whether someone
7  had mishandled some part of the job or
8  something?
9       A    No, sir.  Them guys was doing
10 their job, doing it hard.
11      Q    You don't have any
12 understanding as to why he said that?
13      A    No, sir, I don't.
14      Q    How many Hispanic workers were
15 on that job site?
16      A    Well, when we was working, he
17 hired two more -- two more Mexican guys.
18      Q    Do you know their names?
19      A    I don't remember their names
20 right now.  No.  I can't recall their
21 names.
22      Q    So how many were there?
23      A    It was two of them.

1   make derogatory comments to them?

2          A       Yeah.  He'll, like, you know,

3   get to fussing at them or hollering or

4   something if they ain't doing something

5   the exact way he wants it.  And he'll

6   start fussing.

7          Q       Did you ever hear --

8          A       Get an attitude, get loud,

9   start hollering.

10         Q       Did you ever hear Mr. Myers

11  make any racial slurs toward any of the

12  other black employees?

13         A       No, sir.  Not that I recall.

14  No, sir.

15         Q       All right.  Other than what

16  we've talked about, did you ever overhear

17  or witness Mr. Myers making any other

18  racial slurs or comments at all other than

19  what you already told me?

20         A       No.  Not that I recall.

21         Q       Have you told me about all of

22  the racially derogatory slurs that you

23  heard Mr. Myers make during your time at

1    Huff?

2         A    Yes, sir.  He made them

3    plenty, but I -- that's all that I really

4    can think of.

5         Q    Did you make any recordings or

6    notes about anything he said --

7         A    No, sir.

8         Q    -- at the time?

9         A    No, sir.

10        Q    Now, as I understand it, your

11   last day at Huff was Monday, July 26,

12   2004?

13        A    Yes, sir.  Right.

14        Q    Tell me about the

15   circumstances that caused that to be your

16   last day.

17        A    Well, one day -- on this

18   particular day, we was working down on the

19   party house, me and Mr. Fraley, Mr. Myers,

20   and the two Mexicans.  And it started

21   coming up a real bad storm.  It started

22   thundering and lightning.  And we were --

23   had the cord ran on the outside because we

1  was drilling holes inside the building.

2  And it was raining and thundering and

3  lightning real bad.  And so I told the

4  Mexican guys, I said, you need to get

5  down, and we need to put up the cord.

6      So when Mr. Myers came back around,

7  he asked us what in the hell we were doing

8  putting up the cords.  And I said, it's

9  coming up a storm.  I said, we need to get

10  out of the lightning.  He said, you don't

11  get out of the lightning till I tell you

12  to.  And he just went off, went off and

13  on.

14      And I told him, I said, I'm not

15  going to work -- work in the lightning

16  with -- around electricity.  And he went

17  off on me and all that.  And he told me,

18  he said, I'll tell you what.  You just

19  stay -- you just stay at home tomorrow.  I

20  said, fine.

21      So he dropped me off that evening,

22  and the next day he didn't pick me up.  So

23  I know he picked Mr. Fraley up.  He didn't

```
1    pick me up the next day.  And --
2           Q     Let me stop you real quick.
3    So after he said this, he drove you home
4    --
5           A     Yeah.
6           Q     -- back here in Tallassee?
7           A     That's right.
8           Q     Did he say anything else to
9    you on the way home about your position?
10          A     No, sir.  He didn't -- he just
11   told me to take tomorrow off.  I asked
12   him -- I said, so I'm fired?  He didn't --
13   he didn't say.  He said, just stay at home
14   tomorrow.  But he told Mr. Fraley the next
15   day that I was -- that I was fired.
16          Q     And you said he didn't come
17   pick you up?
18          A     Yeah.  He didn't pick me up.
19          Q     And then you later heard from
20   Mr. Fraley that --
21          A     Yeah.  He -- well, Mr. Fraley
22   told --
23          Q     -- Mr. Myers told Mr. Fraley
```

1    that you were fired?

2        A    Yes, sir.   That's right.   He

3    didn't come -- didn't tell me to my face.

4    He told him.

5        Q    Did you ever go back to the

6    job site after that?

7        A    No, sir.   I don't call -- I

8    never went back.

9        Q    Did you ever talk to Mr. Myers

10   again after that?

11       A    No.   Because I never went

12   back.

13       Q    Well, did you talk to him on

14   the phone?

15       A    No, sir.   Never.   Never said

16   another word to him.

17       Q    Did he use any racial slurs

18   when y'all were talking about getting in

19   from the rain?

20       A    No.   No, sir.   Not that I

21   recall.   He just told us that we don't

22   put -- we don't put up cords until he

23   said -- he tells us.

1       Q       Did anybody else witness that

2   conversation about getting in from the

3   rain other than you and Mr. Myers?

4       A       The only people -- the only

5   people was there at that time -- because

6   when it started storming, everybody

7   started to leave the job site. You know,

8   when it comes a real bad storm, it's

9   thundering and lightning, everybody would

10  leave, you know, when we've got weather

11  like that. But nobody was there but me,

12  Mr. Fraley, Mr. Myers, and the two Mexican

13  guys, was the only guys there that

14  evening.

15      Q       Did you ever talk with Quinton

16  about Mr. Myers' behavior?

17      A       No, sir, I didn't.

18      Q       Ever complain to Quinton?

19      A       No, sir, I didn't.

20      Q       Did you ever seek out anybody

21  else at Huff to discuss Mr. Myers'

22  behavior?

23      A       No, sir, I didn't.

```
 1        Q     Did Mr. John Huff ever come to
 2   the work site while you were there?
 3        A     Yes, sir.  But I never talked
 4   with him.
 5        Q     Did you know who he was when
 6   he was on the site?
 7        A     Just by, you know, somebody
 8   saying who he was, you know.  I didn't
 9   know him.
10        Q     Can you give me the names of
11   any other people, other than you've told
12   me about, that would support the
13   allegations you've made in this lawsuit?
14        A     Yes, sir.  Mr. Jerry Garrett.
15        Q     Jerry Garrett?
16        A     Yes, sir.
17        Q     Who is he?
18        A     It's a guy -- one day we was
19   going back on -- on the site to pick up
20   our last check.  And me and Rodney, we had
21   owed Mr. Myers five dollars apiece we had
22   borrowed from him one day during the week
23   for lunch.  And he had our last checks.
```

A No, sir. Not that I can recall.
Q Were you ever given any kind of documents that discussed any part of your employment with Huff?
A No, sir. Like I said, when we first started, he gave us, like, an application, you know, to fill out for the tax -- tax purpose.
Q I think I asked you this. But did you ever re-injure your knee?
A No, sir, I didn't.
Q Ever do anything to cause it to hurt worse on the job?
A No, sir, I didn't.
Q Did you ever consider asking Mr. Myers to reconsider letting you go?
A One -- one else -- when we first started. And Mr. Connell was still there. And me and him had got in a fuss one day, and he had told me -- he had told me, said, don't -- just leave and don't come back. And the next day I came

1    back -- back on the job site, and I told

2    him, I said, I need to work, Mr. Myers.

3    And we, you know -- I said, I need my

4    job.  And he let me came (sic) back to

5    work.  He let me came (sic) back to work.

6         Q    How long were you off the job?

7         A    One day.  That was it.

8         Q    All right.  Are you saying

9    that he let you go and then let you come

10   back?

11        A    Yes, sir.

12        Q    Mr. Myers --

13        A    Yes, sir.

14        Q    -- terminated you and let you

15   come back?

16        A    Yes, sir, he did.

17        Q    Well, after you were told by

18   him not to come back after that storm

19   issue -- remember?

20        A    Yes, sir.  That was it.

21        Q    I understand.  Did you ever

22   consider going back and trying to get your

23   job back?

1    Q    And what was your rate of pay

2  at Huff?

3    A    When I left -- at first we was

4  making about nine fifty, I believe.

5    Q    What did you start at?  Do you

6  know?

7    A    He started us off with

8  eight -- eight fifty -- eight dollars.  It

9  may have been eight dollars an hour, I

10  believe.  Yeah.  We was making eight, and

11  he moved us up to nine.

12    Q    When?

13    A    After we got to working.  And

14  he told us if we progressed on our work

15  and showed improvement, he'll move us up

16  to nine dollars an hour.  And he pushed us

17  up to nine dollars an hour.

18    Q    A minute ago you said nine

19  fifty.

20    A    Something like that.

21    Q    Nine or nine fifty?

22    A    Nine, nine fifty, something

23  like that.  I know we got a raise.

1        Q        When you say "he", are you
2    talking about Myers?
3        A        Yes, sir.  Mr. Myers gave us a
4    dollar raise.
5        Q        Did you have any benefits
6    through that job other than just salary --
7    I mean, not salary, but pay?
8        A        No.   That's about all we had.
9        Q        I mean, no health insurance?
10       A        No.   No, sir.
11       Q        No other kinds of benefits?
12       A        No, sir.   I don't recall.   No,
13   sir.
14       Q        Have you ever had any kind of
15   benefits through Hilyer?
16       A        No, sir.
17       Q        All right.   I think I'm about
18   through.   Before I finish, can you think
19   of any other statements that Mr. Myers
20   made to you or in your presence?
21       A        No, sir, not right now.   I
22   don't recall at this time.
23       Q        Is there anything else about

1    your claims that you consider to be

2    important that we haven't talked about?

3         A    No, sir.  Not at this time.

4    No, sir.

5         Q    That's all.  Thank you.

6              MR. BOWLES:  I want to ask him

7    one or two questions.

8

9    EXAMINATION BY MR. BOWLES:

10        Q    Mr. Buckhanon, you testified

11   about a conversation that took place when

12   you and Rodney Fraley and Mr. Myers and

13   one other employee -- I don't know if it

14   was Mr. Connell or Mr. Langley -- was

15   present where Mr. Myers said something to

16   the effect that, your kind don't know

17   anything.

18        A    Yes, sir.

19        Q    Do you remember that?

20        A    Yes, sir.

21        Q    Now, when you filed this claim

22   with EEOC, you stated that you overheard

23   Mr. Myers say, your kind don't know

1    anything; is that correct?

2        A    Yes, sir.  Yes, sir.

3        Q    You go on to say in that same

4    conversation with Mr. Myers, and referring

5    to another black employee, said, niggers

6    like him don't know anything.

7        A    Yeah.

8        Q    Did he say that?

9        A    That was me and Mr. Fraley.

10        Q    Now, did Mr. Myers say those

11    words, niggers like him don't know

12    anything?

13        A    Yes, sir.  Yes, he did.

14        Q    Who was he referring to?

15        A    You're talking about when we

16    was outside?

17        Q    I don't know.

18        A    We was inside the trailer, and

19    that's when he -- that fact.

20        Q    Did he say those words?

21        A    Yes, sir, he did.

22        Q    And were you and Mr. Fraley

23    sitting there listening to him?

1     A    Yeah.  We ate lunch just about

2  every day together, me, Mr. Fraley, and

3  Mr. Myers and Mr. Langley.

4     Q    Who was Mr. Myers referring to

5  when he said, niggers like him don't know

6  anything?

7     A    Like, y'all.  He committed to

8  say, like y'all.

9     Q    Like y'all?  He was talking

10  about you and Rodney?

11     A    Yeah.

12     MR. BOWLES:  That's all.

13

14  FURTHER EXAMINATION BY MR. WILSON:

15     Q    When he made that comment,

16  though, he wasn't saying -- he didn't say

17  it in reference to you?

18     A    No.  He said "y'all".  He put

19  it "y'all".

20     Q    That's not what this sworn

21  statement says.  Do you want to take a

22  look at it?  Look down at the bottom of

23  the paragraph.

1          MR. BOWLES:  I think it goes

2     over to the second page.

3          MR. WILSON:  It does.  It

4     does.

5     A     It says him right there.

6     Q     Right.  In that latter quote

7     that you put in your sworn statement to

8     the EEOC, it says, niggers like him don't

9     know anything.

10    A     Right.

11    Q     Now, Mr. Bowles was wanting to

12    know, I think, who he was talking about.

13    A     He was talking -- he was

14    referring to us because wasn't nobody in

15    the room but me, Mr. Myers, Mr. Fraley,

16    and Mr. Langley.

17    Q     Right here where it says,

18    niggers like him don't know anything, who

19    is "him"?

20    A     He was quoting to me and

21    Mr. Fraley.  Wasn't nobody else there but

22    me and Mr. Fraley.

23    Q     I understand he was making the

1    statement in your presence.

2          A       Right.

3          Q       But who was he talking about?

4    Who was the "him" in this statement?

5          A       The only person he ever made

6    comments to was me and Mr. Fraley.

7          Q       About who, though?

8          A       About who?

9          Q       Yeah.  It says -- your

10   statement that you signed says, Mr. Myers,

11   in referring to another black employee,

12   said, quote, niggers like him don't know

13   anything.

14         A       No.  He was talking -- he was

15   talking about me and Fraley --

16   Mr. Fraley.  We're the only ones that he

17   ever talked to really.  Like, when we had

18   lunch, he'll come up with all kind of

19   conversations talking to me and

20   Mr. Fraley.

21         Q       What had you and Mr. Fraley

22   done to make him say that y'all didn't

23   know anything?

1        A       It just -- different days.
2    Like, we'd be at work.  And, like, we'd be
3    at lunch.  He'll be talking about stuff
4    that we have been doing all day.  And then
5    he'll tell us we don't know how to do such
6    and such things.  And we might come up and
7    say, yes, we do know how to do this.  And
8    he might come back with a statement of
9    saying we don't know -- you know, we don't
10   know how to do nothing.  He always said,
11   y'all are dumb, stupid, all that kind of
12   stuff like that.
13       Q       If I understand you correctly,
14   he'd make similar statements to the other
15   employees?
16       A       Not every -- not everybody
17   every day.  And Mr. Connell, he gets on
18   him sometimes.  And he cusses anybody out;
19   any electric guys, any of them on the
20   job.  If he come in there, he'll holler
21   and fuss and cuss.  He did it every single
22   day.
23       Q       And he did it to the Hispanic

```
 1    employees?
 2         A      Yes.
 3         Q      And the white employees?
 4         A      That's right.  But he just be
 5    cussing.  Sometimes he'd just come in.
 6    And I don't know why he did it, but he did
 7    it.
 8         Q      But in terms of racial slurs,
 9    use of the "N" word, things like that --
10         A      That's right.
11         Q      -- you heard him one time over
12    the two-way radio make that statement we
13    talked about earlier?
14         A      Yes, sir.
15         Q      You were standing there with
16    Jimmy Langley; right?
17         A      Yeah.
18         Q      All right.  And then --
19         A      And in the trailer.
20         Q      Yeah.  Right.  And then a
21    second occasion in the trailer when you
22    and Mr. Myers --
23         A      And Mr. Fraley.
```

1    day and we didn't do it right or, you

2    know, just different kind of stuff.  He'll

3    get to talking about it.  And if we're

4    saying something about it, he'll get mad

5    and get to cussing and fussing about it.

6         Q     I understand what you're

7    saying.  What I'm trying to make sure I

8    understand is, the racial slurs that you

9    heard was the one over --

10         A     Yes, sir.

11         Q     The only ones you heard --

12              MR. BOWLES:  Let him finish

13    the question before you go to answer it.

14         Q     You heard the statement he

15    made over the two-way radio to Jimmy

16    Langley?

17         A     Right.

18         Q     And he wasn't talking about

19    you when he made that statement, was he?

20    He was talking about somebody washing a

21    wall?

22         A     No.  That's meaning to

23    everybody that was on the job.  He said,

1   I'm not going to put up with a bunch of
2   niggers on my job.
3       Q       Did he even know you were
4   standing there?
5       A       He didn't know we was there.
6   That's the point.
7       Q       He made that statement over a
8   two-way radio to Mr. Langley; right?
9       A       That's right.
10      Q       And then there is one other
11  occasion where you heard him use racial
12  slurs, and that was in the trailer where
13  y'all were eating lunch together?
14      A       That's right.
15      Q       That's it?
16      A       Yes, sir.
17              MR. WILSON:  That's all.
18              MR. BOWLES:  Nothing further.
19
20          FURTHER DEPONENT SAITH NOT
21
22
23

```
1           C E R T I F I C A T E

2

3    STATE OF ALABAMA   )

4    MONTGOMERY COUNTY )

5              I hereby certify that the above

6    and foregoing deposition was taken down by

7    me in stenotype, and the questions and

8    answers thereto were transcribed by means

9    of computer-aided transcription, and that

10   the foregoing represents a true and

11   correct transcript of the deposition given

12   by said witness upon said hearing.

13             I further certify that I am

14   neither of counsel nor of kin to the

15   parties to the action, nor am I in anywise

16   interested in the result of said cause.

17

18              GWENDOLYN P. TIMBIE, CSR

19              Certificate No:  AL-CSR-569

20

21   My Commission Expires
     March 4, 2009
22

23
```