# FREEDOM COURT REPORTING

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3    EASTERN DIVISION

4   CIVIL ACTION NUMBER:   3:05-cv-0741-WKW

5   BARRY BUCKHANON and RODNEY FRALEY,

6          Plaintiffs,

7          vs.

8   HUFF & ASSOCIATES CONSTRUCTION

9   COMPANY, INC.,

10          Defendant.

11

12    **DEPOSITION OF ROBERT LEE MYERS, JR.**

13          In accordance with Rule 5(d) of

14   The Alabama Rules of Civil Procedure as

15   Amended, effective May 15, 1988, I,

16   VIRGINIA DENESE BARRETT, am hereby

17   delivering to Mr. James R. Bowles, the

18   original transcript of the oral testimony

19   taken on the 26th day of April, 2006,

20   along with exhibits.

21          Please be advised that this is

22   the same and not retained by the Court

23   Reporter, nor filed with the Court.

COPY

EXHIBIT
C.

# FREEDOM COURT REPORTING

1   under your supervision at the KA House,   31

2   did you ever use the word nigger in their

3   presence?

4        A.    Not that I can remember.

5        Q.    Okay.  If Barry Buckhanon and

6   Rodney Fraley said they overheard you say

7   I ain't going to put up with a bunch of

8   ignorant niggers on my job, would they be

9   lying?

10        A.    No, sir.  I did not say that.

11        Q.    Okay.  So --

12        MR. WILSON:  Listen to his

13           question.  Go ahead.

14        Q.    If Barry Buckhanon and Rodney

15   Fraley said that you said that, would they

16   be lying?

17        A.    Yes.

18        Q.    Okay.  So you deny making a

19   statement like that; is that correct?

20        A.    That's right.

21        Q.    In speaking directly to Barry

22   Buckhanon and Rodney Fraley, have you ever

23   said, Your kind don't know anything?

# FREEDOM COURT REPORTING

32

1    A.    That's quite not the way I

2  put it.

3    Q.    How did you put it?

4    A.    We were trying to get some

5  work done.  I told them -- three times I

6  told them this.  You don't know nothing

7  about what we're doing.  And they didn't.

8    Q.    Okay.  You never said these

9  words, quote, Your kind don't know

10  anything, when you were addressing

11  Buckhanon and Fraley?

12    A.    No, sir.  No, sir.  I told

13  them about what we were doing.

14    Q.    Okay.  In referring to

15  another black employee on the job site,

16  have you ever said in the presence of

17  Barry Buckhanon and Rodney Fraley these

18  words, Niggers like him don't know

19  anything?

20    A.    No, sir.

21    Q.    Do you deny making that

22  statement?

23    A.    Yes, sir.  I deny that.

# FREEDOM COURT REPORTING

40

1          Q.     When was the last time you

2     used the word nigger referring to a black

3     person?

4          A.     I don't use the word nigger.

5          Q.     Okay.  You've never used it?

6          A.     No.  That's something I try

7     not to use.

8          Q.     Okay.  Let me show you a

9     couple of documents here, Mr. Myers.  The

10    first one is what I've marked as

11    Plaintiffs' Exhibit Number 1 and I'd ask

12    you if you've ever seen that document

13    before?

14          A.     That was --

15               MR. WILSON:  Listen to him.  He

16                    wants to know if you've

17                    seen it.

18          A.     Yes.  I've seen it.

19          Q.     Okay.  What is that?

20          A.     That's a separation from the

21    job.

22          Q.     Okay.  For who?

23          A.     For Barry Buckhanon.

# FREEDOM COURT REPORTING

41

1        Q.    And did you sign that

2  document?

3        A.    Right there.

4        Q.    Okay.  And what were the

5  circumstances under which Mr. Buckhanon

6  left that job?

7        A.    Well, he said he could do it.

8  I let him go once before because of the

9  same thing.  But he got to staggering

10  around.  He can't hardly walk.  Somebody

11  like that don't need to be on the job.

12        Q.    What do you mean?  Was he

13  intoxicated?

14        A.    No.  His legs wouldn't --

15  wouldn't carry him.  I sent him up the

16  stairs to get something another, and it

17  looked like he was going to fall before he

18  got back down.  I can't take that chance.

19        Q.    Okay.  I believe you said he

20  went to work there in early June of 2004?

21        A.    Right.

22        Q.    Did you terminate him at some

23  point after that the first time?

# FREEDOM COURT REPORTING

42

1        A.      I terminated him right here.

2        Q.      Okay.  You said you had let

3   him go once before?

4        A.      I let him go home.  And he

5   come back up there and spent a whole day

6   trying to get back on before I sent this

7   sheet in to the office.

8        Q.      Okay.  So you only fired him

9   one time, right?

10        A.      Right.

11        Q.      Okay.  But you had sent him

12   home once before?

13        A.      Right.

14        Q.      And what did you send him

15   home for?

16        A.      Same thing.  He had a hard

17   time walking.

18        Q.      Okay.  Did he have some sort

19   of disability?

20        A.      His legs.  There was

21   something another wrong with his legs.

22        Q.      Okay.  And what happened the

23   second time when you actually fired him?

# FREEDOM COURT REPORTING

43

1          A.      When he went up the stairs,

2     he come back down them stairs and he was

3     staggering from one side to the other and

4     his leg was giving him trouble.  I

5     realized he couldn't do it.  If I would

6     have kept him, sooner or later we would

7     have wound up in a lawsuit with that.

8          Q.      Did you tell him at that time

9     that you were firing him?

10          A.      I told him to go home.  I

11     didn't need him no more.

12          Q.      Now, Barry Buckhanon says you

13     told him to take tomorrow off?

14          A.      I told him I didn't need him

15     no more.  That's the first time.  I did

16     tell him that.  But he come right on back

17     anyway and kept on begging to get back on.

18     Make sure he got his job back.

19          Q.      Okay.  Well, the second time,

20     did you actually tell him straight out,

21     I'm firing you or I'm terminating you?

22          A.      No.  I told him I won't need

23     you no more.  That's exactly the words I