# FREEDOM COURT REPORTING

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

CIVIL ACTION NUMBER: 3:05-cv-0741-WKW

BARRY BUCKHANON and RODNEY FRALEY,

    Plaintiffs,

vs.

HUFF & ASSOCIATES CONSTRUCTION

COMPANY, INC.,

    Defendant.

COPY

**DEPOSITION OF JOHN D. HUFF, JR.**

    In accordance with Rule 5(d) of The Alabama Rules of Civil Procedure as Amended, effective May 15, 1988, I, VIRGINIA DENESE BARRETT, am hereby delivering to Mr. James R. Bowles, the original transcript of the oral testimony taken on the 26th day of April, 2006, along with exhibits.

    Please be advised that this is the same and not retained by the Court Reporter, nor filed with the Court.

www.freedomreporting.com
1-877-373-3660

EXHIBIT D.

# FREEDOM COURT REPORTING

21

1  the jobs.
2      Q.    Okay.  And did he ever hold
3  any other position that you know of for
4  the company?
5      A.    Well, back when he was first
6  hired, back the first time when he was
7  hired, he was hired as a mechanic and to
8  maintain my equipment.
9      Q.    Okay.  Within the second
10 tenure, just say the last ten years or so,
11 his job was strictly as a superintendent?
12     A.    Yes, sir.
13     Q.    Okay.  What are a
14 superintendent's duties with your company?
15     A.    Superintendent is designated
16 a job to build according to the plans and
17 specifications of the contract.
18     Q.    Okay.  Is the superintendent
19 the highest ranking employee of Huff and
20 Associates on the job site?
21     A.    Well, full-time.  He's a
22 hired full-time employee.  But we have
23 project managers that go by once a week to

# FREEDOM COURT REPORTING

22

1  get with the superintendent to coordinate
2  subs and materials and necessary items
3  that he needed to build the job.
4      Q.   Is the superintendent on the
5  job site the person that's responsible for
6  hiring and firing of employees?
7      A.   Yes, sir.
8      Q.   Okay.  Do you consider
9  yourself to be a personal friend of Bobby
10 Myers?
11     A.   Yes, sir.
12     Q.   Okay.  Do you know him well?
13     A.   Well, business side, yes.
14     Q.   Do y'all socialize together?
15     A.   No, sir.  Well, once in a
16 while, but not regular.
17     Q.   Well, I understand you see
18 each other at work every day?
19     A.   Oh, yes, sir.
20     Q.   Or frequently.  But I'm
21 talking about after hours.
22     A.   No.
23     Q.   Do y'all ever visit in each

# FREEDOM COURT REPORTING

```
                                                          26
 1   end of quote?
 2        A.    No, sir.  No, sir.
 3        Q.    Have you ever heard Bobby
 4   Myers swearing or cursing at employees of
 5   Huff and Associates?
 6        A.    No, sir.
 7        Q.    Do you know whether or not
 8   Bobby Myers uses profane language?
 9        A.    Not to my knowledge.
10        Q.    You never heard him use any?
11        A.    No, sir.
12        Q.    Is swearing, cursing and
13   using racial slurs acceptable behavior at
14   Huff and Associates?
15        A.    No, sir, it's not.
16        Q.    Does Huff and Associates have
17   any kind of policy whether it's written or
18   unwritten regarding the use of offensive
19   and racially derogatory language by its
20   employees?
21        A.    Well, there's a sign on the
22   job, every job we have.  It says equal
23   opportunity employer that gives all of
```

www.freedomreporting.com
1-877-373-3660

# FREEDOM COURT REPORTING

27

that stuff. Everybody is aware of it. And we are an equal opportunity employee. Repeat the question. I might not have answered it.

Q. But if you knew that one of your employees was using racial slurs and racial derogatory language in addressing black employees, would you put up with it?

A. No, sir.

Q. What would you do?

A. If I knew -- if I knew about it, I would investigate it and find out the truth and then I'd take the necessary action.

Q. Would you fire them?

A. Yes. If that was what it took, yes.

Q. Has anybody ever reported to you that Bobby Myers was using profane racially derogatory language towards employees of Huff and Associates?

A. No, sir.

Q. Have you ever received any

# FREEDOM COURT REPORTING

```
                                                          28
 1   complaints from anyone that Bobby Myers
 2   was abusive, intimidating and threatening
 3   towards your employees?
 4          A.     No, sir.
 5          Q.     And you have never personally
 6   witnessed anything like that, have you?
 7          A.     No, sir, I haven't.
 8          Q.     Do you consider Bobby Myers
 9   to be a racist?
10          A.     No, sir.
11          Q.     Do you know Barry Buckhanon
12   and Rodney Fraley?
13          A.     No, sir.  I have not -- I
14   have not -- I have not met them
15   personally.  To my knowledge, no.  I know
16   they worked on the job and while I was out
17   there and I could have seen them.  But I
18   couldn't tell you what they look like.
19          Q.     Do you know James Langley?
20          A.     Yes, sir.
21          Q.     Do you know where he's living
22   or working these days?
23          A.     He's working for us.
```