IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARRY BUCKHANON, *et al.*, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-741-WKW |
| | ) |
| HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC., | ) ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #14 ) filed on August 1, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on August 30, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before August 23, 2006. The defendant may file a reply brief on or before August 30, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 3rd day of August, 2006.

                                        /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE