IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 AUG 21  P 3: 39

| | |
|---|---|
| BARRY BUCKHANON and ) | |
| RODNEY FRALEY, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:05-CV-0741-WKW |
| ) | |
| HUFF & ASSOCIATES ) | |
| CONSTRUCTION COMPANY, INC., ) | |
| ) | |
| Defendant ) | |

**PLAINTIFFS' SUBMISSIONS IN RESPONSE
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COME NOW the Plaintiffs, and in response to the Motion for Summary Judgment filed by the Defendant and submits the following Exhibits.

1. EEOC Charge of Discrimination by Barry Buckhanon, attached hereto as Exhibit "A";

2. EEOC Charge of Discrimination by Rodney Fraley, attached hereto as Exhibit "B".

3. Complaint, attached hereto as Exhibit "C";

4. Deposition of Barry Buckhanon, attached hereto as Exhibit "D";

5. Deposition of Rodney Fraley, attached hereto as Exhibit "E";

6. Deposition of Robert Myers; attached hereto as Exhibit "F";

7. Deposition of John Huff; attached hereto as Exhibit "G";

8. Affidavit of Jerry Garrett, attached hereto as Exhibit "H";

9. Affidavit of Bobby Dean Nichols, attached hereto as Exhibit "I";

10. Brief in Opposition to Motion for Summary Judgment, submitted herewith;

          _____
          JAMES R. BOWLES (BOW011)
          ATTORNEY FOR PLAINTIFFS

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 So. Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Plaintiffs' Submissions in Response to Defendant's Motion of Summary Judgment to Benjamin C. Wilson, Esq., Attorney for Defendant, by mailing a copy thereof, postage prepaid, to him at his proper mailing address of RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A., Post Office Box 270, Montgomery, Alabama 36101-0270 on this the 21st day of August, 2006.

          _____
          OF COUNSEL