1       IN THE UNITED STATES DISTRICT COURT

2         FOR THE MIDDLE DISTRICT OF ALABAMA

3                  EASTERN DIVISION

4

5    CIVIL ACTION NUMBER

6    3:05-CV-0741-M

7

8    BARRY BUCKHANON and RODNEY FRALEY,

9         Plaintiffs,

10   vs.

11   HUFF & ASSOCIATES CONSTRUCTION COMPANY,
     INC.,

12        Defendant.

13

14

15              DEPOSITION TESTIMONY OF:

16                 BARRY BUCKHANON

17

18

19   June 8, 2006

20   10:15 a.m.

21

22   COURT REPORTER:

23   Gwendolyn P. Timbie, CSR

**EXHIBIT**

**D**

```
1              S T I P U L A T I O N S
2             IT IS STIPULATED AND AGREED by and
3     between the parties through their
4     respective counsel that the deposition of
5     BARRY BUCKHANON, may be taken before
6     Gwendolyn P. Timbie, Certified Shorthand
7     Reporter and Notary Public, State at
8     Large, at the law offices of Bowles &
9     Cottle, Tallassee, Alabama, on June 8,
10    2006, commencing at approximately
11    10:15 a.m.
12            IT IS FURTHER STIPULATED AND
13    AGREED that the signature to and the
14    reading of the deposition by the witness
15    is waived, the deposition to have the same
16    force and effect as if full compliance had
17    been had with all laws and rules of Court
18    relating to the taking of depositions.
19            IT IS FURTHER STIPULATED AND
20    AGREED that it shall not be necessary for
21    any objections to be made by counsel to
22    any questions, except as to form or
23    leading questions, and that counsel for
```

1    the parties may make objections and assign

2    grounds at the time of trial or at the

3    time said deposition is offered in

4    evidence, or prior thereto.

5         Please be advised that this is the

6    same and not retained by the Court

7    Reporter, nor filed with the Court.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

```
 1                    I N D E X
 2    EXAMINATION BY:                PAGE NO.
 3    Mr. Wilson                        6
 4    Mr. Bowles                       70
 5    Mr. Wilson                       72
 6    Certificate                      80
 7
 8                 LIST OF EXHIBITS
 9    EXHIBITS                       PAGE NO.
10    Defendants' 1                    63
11        Charge of discrimination
12
13
14
15
16
17
18
19
20
21
22
23
```

```
 1              A P P E A R A N C E S

 2

 3     FOR THE PLAINTIFFS:

 4          JAMES R. BOWLES, Esquire
            Bowles & Cottle
 5          2 South Dubois Avenue
            Tallassee, Alabama   36078
 6

 7

       FOR THE DEFENDANT:
 8
            BENJAMIN C. WILSON, Esquire
 9          Rushton, Stakely, Johnston & Garrett,
               P.A.
10          184 Commerce Street
            Montgomery, Alabama   36104
11

12

       ALSO PRESENT:
13
            RODNEY FRALEY
14

15

16

17

18

19

20

21

22

23
```

1          I, Gwendolyn P. Timbie, Certified

2     Shorthand Reporter and Notary Public for

3     the State of Alabama at Large, acting as

4     Commissioner, certify that on this date,

5     pursuant to the Federal Rules of Civil

6     Procedure, and the foregoing stipulation

7     of counsel, there came before me at the

8     law offices of Bowles & Cottle, Tallassee,

9     Alabama, commencing at approximately

10    10:15 a.m., on June 8, 2006, Barry

11    Buckhanon, plaintiff in the above cause,

12    for oral examination, whereupon the

13    following proceedings were had:

14

15          BARRY BUCKHANON,

16    having been first duly sworn, was examined

17    and testified as follows:

18

19    EXAMINATION BY MR. WILSON:

20          Q     Could you state your name,

21    please, sir?

22          A     My name is Barry Buckhanon.

23          Q     Mr. Buckhanon, what's your

```
1    current residence address?
2         A      497 Kent Road, Tallassee,
3    Alabama.
4         Q      How long have you lived there?
5         A      About fifteen years.
6         Q      Are you married?
7         A      No.  Single.
8         Q      Have you ever been married?
9         A      No.
10        Q      Have you ever given a
11   deposition before?
12        A      No.
13        Q      Well, let me kind of walk you
14   through the process.  We're going to ask
15   you a series of questions about your
16   lawsuit.  And if you don't understand the
17   question, will you let me know so I can
18   rephrase it for you?
19        A      Yes.
20        Q      And you need to answer
21   verbally so the court reporter can record
22   your answer.  Okay?
23        A      Yes.
```

```
 1          Q      Do you understand you're under
 2    oath?
 3          A      Yes.
 4          Q      And if you need to stop for a
 5    moment to take a break, let me know.
 6    Okay?
 7          A      Okay.
 8          Q      How long have you lived here
 9    in Tallassee?
10          A      All my life.
11          Q      And what's your educational
12    background?
13          A      Graduated.  Twelfth.
14          Q      Twelfth grade?
15          A      Graduated.
16          Q      What school?
17          A      Tallassee High School.
18          Q      What year?
19          A      '96.
20          Q      Does anyone currently live
21    with you?
22          A      Yeah.  I live with my mom.
23          Q      What's her name?
```

```
 1          A      Helen Ricks.

 2          Q      R-I-C-K-S?

 3          A      Right.

 4          Q      How long have you lived with

 5     her?

 6          A      All my life.

 7          Q      Do you have any -- other than

 8     your mother, do you have any relatives in

 9     this part of the state?

10          A      Yeah.

11          Q      All right.  Give me their last

12     names.

13          A      Macon and Buckhanon and

14     Williams.

15          Q      Williams?

16          A      Uh-huh.

17          Q      Anything else?

18          A      No.

19          Q      Where do these individuals

20     live?

21          A      Some of them stay in

22     Tallassee, some of them stay in Macon

23     County, some stay out of state.
```

```
 1          Q       Is your father living?
 2          A       No.
 3          Q       Do you have any relatives in
 4   Lee County?
 5          A       No, sir.  Not as I know of.
 6          Q       Do you have any brothers and
 7   sisters?
 8          A       Yes, sir.
 9          Q       What are their names?
10          A       Anthony Buckhanon, Jasper
11   Buckhanon, Robin Buckhanon, and Terry
12   Buckhanon.
13          Q       All right.  Are you currently
14   employed?
15          A       Yeah.
16          Q       Where?
17          A       I work at Hilyer Auto Parts.
18          Q       What was that?
19          A       Hilyer Auto Parts.
20          Q       Where is that?
21          A       Right up in Kent.  Going
22   towards Kent.
23          Q       How long have you been working
```

```
 1   there?
 2        A    I've been helping him off and
 3   on all my life.
 4        Q    Are you paid by the hour?
 5        A    Yeah.
 6        Q    What's your current salary or
 7   rate of pay?
 8        A    He pays me seven fifty an
 9   hour.
10        Q    How long has that been the
11   case?
12        A    Sir?
13        Q    How long has that been the
14   case?
15        A    Now -- I've been back with him
16   probably now about five months.
17        Q    Other than -- is it Hilyer?
18        A    Yeah.
19             MR. BOWLES:  H-I-L-Y-E-R.
20        Q    Other than that, where have
21   you worked since leaving employment with
22   Huff and Associates Construction Company?
23        A    Hilyer.  Hilyer.
```

```
1          Q       Anywhere else?
2          A       No.  That's all.
3          Q       And you say on and off?
4          A       Yeah.
5          Q       Did you work at Hilyer before
6    you went to work for Huff?
7          A       Yeah.  Yes, sir.
8          Q       Are you full time at Hilyer?
9          A       Right now.  Yeah.
10         Q       Have you ever been part time
11   there?
12         A       Yeah.
13         Q       Does Hilyer keep an employee
14   or personnel file on you to your
15   knowledge?
16         A       No.
17         Q       Would they have any records of
18   your employment there?
19         A       No.
20         Q       The times you have not worked
21   at Hilyer, what has been the reason for
22   that?
23         A       Sir?  Well, I knowed him all
```

1    my life, and I helped him off and on, you

2    know.  I can get me a better job, and, you

3    know, I go with him.

4        Q    Now, Hilyer is an auto part

5    store?

6        A    No.  Sells junk parts; motors,

7    transmissions, all kind of stuff like

8    that.

9        Q    What's the owner's name?

10       A    Charles Hilyer.

11       Q    Have you had any other jobs

12    since graduating from high school other

13    than Huff and Associates or Hilyer?

14       A    No.

15       Q    When you started with Hilyer,

16    what did you make per hour?

17       A    I was making about six

18    something when I first started helping

19    him.

20       Q    Do you have any -- can you

21    give me a feel for the periods that you

22    worked for Hilyer versus the periods when

23    you haven't been employed?

```
 1          A       Could you rephrase that?
 2          Q       Yeah.  I mean, as I understand
 3    it, you've been on and off with Hilyer;
 4    right?
 5          A       Right.
 6          Q       I need to get some feel for
 7    the times that you've been on and the
 8    times you've been off.  Is there anything
 9    you can say to help me understand that?
10          A       Well, he really, you know,
11    knows my family real good.  So if I need
12    some work, he'll let me work, you know.
13    So that's how I've been kind of off and on
14    with him all my life because he's always
15    been close with my family.
16          Q       All right.  And when you've
17    worked for him, he's always paid you?
18          A       Yeah.  Yes, sir.
19          Q       Has he paid you in cash?
20          A       Yeah.
21          Q       Has he paid you with a check?
22          A       No.  He pays me cash.
23          Q       Does he withhold money --
```

```
 1          A      On me?  No.
 2          Q      -- from a paycheck?
 3          A      No.
 4          Q      Exactly what do you do for
 5     Hilyer?
 6          A      Pull motors, transmissions,
 7     car parts, doors, whatever he needs me to
 8     do.
 9          Q      After graduating from high
10     school, did you get any other education?
11          A      No.
12          Q      Trade school or anything like
13     that?
14          A      No, sir.
15          Q      How did you come to find out
16     that there was a job opening at Huff and
17     Associates?
18          A      A friend -- a friend of ours
19     that was working up there.
20          Q      What was his name?
21          A      Brad Connell.
22          Q      Brad what?
23          A      Brad Connell.
```

```
 1          Q      Connell?

 2          A      Yeah.

 3          Q      C-O-N-N-E-L-L?

 4          A      Uh-huh.

 5          Q      Keep going.  Tell me --

 6          A      And he got us -- he was

 7  telling us about a -- that they needed

 8  some help up there, and he wanted him to

 9  bring a couple of guys that wanted to

10  work.  And he got me and Rodney, and we

11  went up there.  We worked for him.

12          Q      How did you know Brad Connell?

13          A      He always lived down the road

14  from us, so we knowed him off and on, you

15  know.  He come by the junkyard all the

16  time.  We're pretty good friends.

17          Q      Are you still friendly with

18  Brad Connell?

19          A      Yes, we are.

20          Q      Does he still work for Huff?

21          A      No.

22          Q      What did he do for Huff?  I

23  mean, what was his job position at Huff
```

```
 1    when he told you and Mr. Fraley that there
 2    was some need for --
 3         A    He was -- he was a carpenter.
 4         Q    Do you know how long he had
 5    worked for Huff?
 6         A    I'm not sure of that.
 7         Q    So he told you and Mr. Fraley
 8    that Huff needed some more employees?
 9         A    Yes, sir, he did.
10         Q    Did he tell you what job site
11    it was?
12         A    Yes, sir.
13         Q    And it was the KA house at
14    Auburn?
15         A    Yes, sir, it was.
16         Q    And so how did you get from
17    there to working for Huff?  You said he
18    took you up there with him?
19         A    Yeah.  We rode to work every
20    day with Brad.
21         Q    Did he take you and Mr. Fraley
22    up there after telling you that there was
23    some need for employees?
```

```
 1        A      Yes, sir, he did.  Yes, sir,
 2   he did.
 3        Q      Did you go straight to the KA
 4   site?
 5        A      Yes, sir, we did.
 6        Q      Who did you talk to?
 7        A      Bobby.  Bobby Myers.
 8        Q      Had you ever met Mr. Myers
 9   before this day?
10        A      No, sir, I didn't.
11        Q      Did Mr. Connell tell you
12   anything about the job before you got
13   there?
14        A      No.  He did -- the only
15   thing -- he told us that he needed a
16   couple of laborers.
17        Q      To help him?
18        A      Sir?
19        Q      To help Mr. Connell?
20        A      Yeah.  Yes, sir.
21        Q      So when you got to the job
22   site, what day was this?
23        A      I can't remember exactly the
```

```
 1   date.
 2        Q    The documents that have been
 3   produced in the lawsuit indicate that you
 4   and Mr. Fraley started sometime around
 5   June 1, 2004.
 6        A    Yes, sir.
 7        Q    Does that sound right to you?
 8        A    Yes, sir.  Somewhere along in
 9   there.  Yes, sir.
10        Q    And you had never worked for
11   Huff before then?
12        A    No, sir.  Never in my life.
13        Q    So you and Connell and
14   Mr. Fraley showed up at the construction
15   site --
16        A    Yes, sir.
17        Q    -- one day --
18        A    Yes, sir.
19        Q    -- in June of 2004.  And did
20   you have a chance to talk to Mr. Myers
21   that day?
22        A    Yes, sir, we did.
23        Q    Tell me about that.
```

```
 1          A      Well, when I first started --
 2    first started and -- we got up there that
 3    day, and he asked me and Rodney -- but I
 4    explained to him -- I told him that I
 5    couldn't -- I couldn't get up high.  I
 6    told him anything he wanted done on the
 7    ground I could do and -- because I've got
 8    a bad knee.  But anything -- but he still
 9    had me doing stuff up high, getting up on
10    scaffolds, on top of the building.
11          Q      Let me back up.  When you
12    talked to Mr. Myers that first day, did
13    he -- did you tell him what you could do
14    to help?
15          A      Yes, sir.
16          Q      What did you tell him?
17          A      He -- well, when I first
18    started, he asked me -- he told me he was
19    just going to put me on cleanup; you know,
20    cleaning all the trash and stuff out from
21    around the building, cleaning out the
22    inside of the building.  Because it was a
23    lot of different crews on the site.  But
```

1    we had the job to clean -- keep everything

2    clean on the job site.

3         Q    So instead of working with

4    Mr. Connell, you were assigned to kind of

5    site cleanup?

6         A    Yes, sir.

7         Q    All right.  Who else was doing

8    that job?

9         A    Me and Rodney, and sometimes

10   Mr. Connell helped.  He was -- he was

11   running the tractor where we was putting

12   stuff in all around the building.  And we,

13   like, kept the tractor and stuff loaded

14   and kept everything dumped to the

15   Dumpsters and things like that.

16        Q    Was Mr. Connell actually a

17   Huff employee?

18        A    Yes, sir, he was.

19        Q    And how many workers were on

20   that job site when y'all first got there?

21        A    Talking about just -- with our

22   crew?

23        Q    Yeah.

```
 1          A      It was about -- probably about
 2    five of us.
 3          Q      Now, when you say your crew,
 4    you mean employed by Huff?
 5          A      Yes, sir.  He had all us
 6    working together right there, you know.
 7          Q      When you say "crew", though,
 8    are you talking about cleanup crew or the
 9    entire Huff group?
10          A      Well, no.  He had -- yeah.
11    Like, the carpenters and cleanup men.  All
12    us kind of, you know, like, had all our
13    little section together.  And they had,
14    you know, electricians and all that -- all
15    kind of different people was on the site.
16          Q      Subcontractors; right?
17          A      Yes, sir.
18          Q      Who did not work for Huff;
19    right?
20          A      Right.
21          Q      Did you ever work with any of
22    the subcontractors?
23          A      Well, we worked beside a lot
```

1    of them plenty of days.

2          Q     Did you ever actually do

3    anything with them, though?  I mean, I

4    understand y'all were all together.

5          A     Yes, sir.  No.  We were

6    real -- no, sir.

7          Q     How far along was the

8    construction project when you first got

9    there?

10         A     I can't recall exactly about

11   how far along.  But we was putting up,

12   like, little shutter gutters and all kind

13   of stuff like that inside -- building on

14   the inside.  Did a lot on the inside too.

15         Q     And how many floors was this

16   house?

17         A     Two, I think.  Upstairs.  They

18   had an upstairs.

19         Q     When you got to the Huff job

20   site that first day, did you have to fill

21   out any paperwork?

22         A     Yes, sir.

23         Q     What?

```
 1          A       You know, for -- like,
 2    application.  He gave, like, an
 3    application to fill out, whatever he was
 4    paying us an hour and all.
 5          Q       You filled out a job
 6    application?
 7          A       Yes, sir.
 8          Q       Was there a health
 9    questionnaire?
10          A       Sir?
11          Q       Was there a health
12    questionnaire, a questionnaire about your
13    health condition?
14          A       I can't recall.  I can't
15    recall.
16          Q       Did you fill out everything he
17    gave you?
18          A       Yes, sir.
19          Q       What did you do with it when
20    you filled it out?
21          A       I can't remember.  I don't
22    remember right now.
23          Q       Did you talk with any other
```

```
 1   supervisors other than Mr. Myers that
 2   first day?
 3        A     Not the first day.
 4        Q     Were there periodically other
 5   supervisors on the site?
 6        A     Yes, it was.
 7        Q     Can you give me any names?
 8        A     Mr. Jimmy Langley.
 9        Q     What was his job?
10        A     He was the supervisor over us.
11        Q     Over who?
12        A     Me and Rodney.  When Mr. Myers
13   wasn't there, he was the head over us.
14        Q     How often was Mr. Myers
15   absent?
16        A     From time to time, he would be
17   out some because he had a lot of, you
18   know, health problems, and he'd have to go
19   out to have surgery and different kinds of
20   stuff like that.
21        Q     Did you deal with any other
22   supervisors other than Mr. Langley and
23   Mr. Myers?
```

```
 1          A       No, sir.
 2          Q       Were there any other
 3    supervisors on the site?
 4          A       I can't recall their names.
 5    But every now and then he would be on the
 6    job site.
 7          Q       What was this person's title?
 8    Do you know?
 9          A       He was -- I believe he was the
10    architect.  He was over the -- I think his
11    name was Quinton.
12          Q       Quinton would be around
13    occasionally?
14          A       Yeah.
15          Q       And did you understand that
16    Quinton was an employee of Huff?
17          A       Yes, sir.
18          Q       Do you know whether Quinton
19    was Bobby Myers' supervisor?
20          A       I believe so.  I believe.  He
21    had a thing -- yeah.
22          Q       Did you understand that
23    Quinton was the project manager?
```

```
 1          A      Yeah.  Yes, sir.

 2          Q      Now, Mr. Myers is white, isn't

 3    he?

 4          A      Yes, sir.  Yes, he is.

 5          Q      What is Quinton's race?

 6          A      He's white.

 7          Q      What about Mr. Langley?

 8          A      White.

 9          Q      What about Mr. Connell?

10          A      White.

11          Q      Do you know whether Brad

12    Connell still works for Huff?

13          A      No, he don't.

14          Q      Where does he work?

15          A      He works with -- I can't --

16    port-a-toilets.  Dumps -- cleans

17    port-a-toilets.

18          Q      Where does he work?

19          A      It's right over across the

20    river here.

21          Q      Over in East Tallassee?

22          A      Yes, sir.

23          Q      Why did he leave Huff?
```

```
1          A       They -- they constantly stayed
2     in a fuss with Mr. Myers.  Him and
3     Mr. Myers.
4          Q       Was he fired or did he quit?
5          A       No.  He quit.
6          Q       Did he quit before or after
7     you?
8          A       It was -- he quit --
9          Q       I mean, did he quit before or
10    after you left the employment of Huff?
11         A       He quit first.
12         Q       How much did you work there
13    after he left?
14         A       He probably worked there about
15    -- about another month probably, close to
16    a month.
17         Q       So that means Mr. Connell
18    would have quit pretty soon after y'all
19    first got there; is that right?
20         A       Excuse me?
21         Q       You're saying you worked there
22    another month or so after Connell left?
23         A       Yes, sir.
```

```
 1        Q      And it's your understanding
 2   that he left that job because he and
 3   Mr. Myers used to get crossways; right?
 4        A      Yes, sir.
 5        Q      About what?
 6        A      Always -- you know, Mr. Myers
 7   would always kind of be cursing and
 8   fussing, just something every day, every
 9   single day.
10        Q      Is that what you understand
11   led Mr. Connell to quit, though?
12        A      Yes, sir.
13        Q      Are you still friendly with
14   Mr. Connell?
15        A      Sir?
16        Q      Are you still friendly with
17   Mr. Connell?
18        A      Yeah.  I know him.  You know,
19   I know him.
20        Q      Do you see him around town?
21        A      Yeah.  I see him every now and
22   then.  We don't -- we don't just talk on
23   an everyday basis, but I know him.
```

1    Q    After you filled out the
2  application and the forms that Mr. Myers
3  provided to you, did you get on to work
4  that day?
5    A    Yes, sir.
6    Q    Did you ever interview with
7  anyone else at Huff other than Mr. Myers?
8    A    Nobody but Mr. -- other than
9  them, the only person we talked to was
10  Mr. Langley because he was the
11  supervisor over us when Mr. Myers wasn't
12  there.
13    Q    But did you ever speak to
14  anybody at the Huff office, the main
15  office?
16    A    No.  No, sir.  No.
17    Q    Ever?
18    A    Nobody besides speaking with
19  Quinton sometimes, you know; just
20  speaking.
21    Q    When he was on the site -- job
22  site?
23    A    Yes, sir.

1      Q      Did you ever have any reason

2    to go to the main Huff office over in

3    Opelika?

4      A      No, sir, I didn't.  But we

5    went there a couple of times to pick up

6    our checks, which then we'd probably be

7    with Mr. Langley or Mr. Myers or

8    something.

9      Q      Did Mr. Myers ever provide

10   transportation for you?

11     A      Yes, sir, he did.

12     Q      Where?

13     A      Sometimes he would pick us

14   up.  Like, if Mr. Connell wasn't going to

15   work, Mr. Myers would be coming off from

16   down at his place.  He'll swing by and

17   pick me and Mr. Fraley up and drop us off

18   in the evening.

19     Q      How many times did that

20   happen?

21     A      A couple of weeks.

22     Q      So you told me a minute ago

23   you had a bad knee; right?

```
1              A       Yes, sir.

2              Q       Which knee is it?

3              A       It's my right.

4              Q       What's wrong with it?

5              A       My knee -- my knee is out of

6    place, like up here (indicating), which it

7    hesitates for me to do a lot of climbing,

8    you know.  But as far as work, my knee

9    don't bother me.  I do my job.

10             Q       How did you injure your knee?

11             A       Football.

12             Q       In school or just playing?

13             A       No.  In school.  I played for

14   Tallassee High.

15             Q       Did you ever have surgery on

16   that knee?

17             A       No, sir, I haven't.

18             Q       Did you tell Mr. Myers you had

19   a bad knee?

20             A       Yes, sir, I did.

21             Q       Did he say anything to you

22   about that?

23             A       He asked me could I do the
```

1  ground job and all the low job.  I said I
2  could.
3        Q     So if you graduated from high
4  school in '96, your knee injury would have
5  been around for several years before you
6  went to Huff; right?
7        A     Yes, sir.
8        Q     So you were telling me earlier
9  that there was a discussion between you
10  and Mr. Myers about you not being able to
11  do heights because of your knee?
12        A     Right.
13        Q     And that at some point he had
14  you up on heights?
15        A     Yes, sir.  Some occasions I
16  did.  I had to do it.
17        Q     Why?
18        A     We had -- well, we was -- we
19  was doing the other little house -- little
20  party house they had right beside the KA
21  house, and we had to fill -- fill -- we
22  had to bring a wheelbarrow up on top of
23  the -- what you call it -- scaffolds.  And

```
 1   we had to take the wheelbarrows up on the
 2   scaffolds and fill in the holes and put in
 3   mud.  And we was high up off the ground;
 4   real high.  But that day we was kind of
 5   short of help.  We didn't have no help.  I
 6   didn't have no choice but to get up there
 7   and help.
 8        Q     Did he ask you to get up there
 9   and do it?
10        A     Yes, he did.
11        Q     And did you object?
12        A     No, sir, I didn't.
13        Q     Did you remind him you had a
14   bad knee?
15        A     Yes, sir.  But he told me to
16   get up there anyway.
17        Q     What did he say?
18        A     He told -- we was short on
19   help.  He said I still had to get up there
20   and help them pour -- pour the holes, you
21   know.  We was pouring concrete down
22   through the bars.
23        Q     Were you able to do that job?
```

```
 1            A      Yes, sir, I done it.
 2            Q      Did you ever re-injure your
 3    knee at Huff, on the Huff job site?
 4            A      No, I didn't.  No, sir, I
 5    didn't.
 6            Q      Now, in the charge --
 7    discrimination charge that you filed in
 8    this case, you claim that Mr. Myers used
 9    racial slurs --
10            A      Yes, sir.
11            Q      -- in your presence.
12            A      Yes, sir.
13            Q      Tell me a little bit about
14    that.
15            A      Well, one occasion that
16    happened, Mr. Myers had some moles took
17    off him.  And this was on a Wednesday, I
18    believe.
19            Anyway, one Thursday -- I think --
20    no.  It was on a Friday morning.  We was
21    at the job site.  We had just got on the
22    job site.  And there was some guys
23    cleaning bricks, you know; spraying the
```

1  brick.  And Mr. Langley, he was on his

2  radio -- you know, two-way radio, and he

3  beeped in.  And me and Mr. Langley and

4  Mr. Fraley was standing out there.  We was

5  cutting up boards.  And Mr. Myers asked --

6  he asked Mr. Langley what was going on on

7  the job, how, you know, was everything

8  progressing.  So he was -- he was on the

9  radio with him.  The guy was going slow

10 cleaning the brick.

11         Q     Who?  What was his name?

12         A     I don't know the guy.  They

13 had some guys, you know, washing, you

14 know, the mud off the brick.  Right.  And

15 Mr. Myers said he -- he said he's not

16 going to put up with a bunch of niggers on

17 his job site.

18         Q     Who did he say that to?

19         A     He said that to Mr. Langley,

20 Mr. Jimmy Langley.

21         Q     Did you hear him say that?

22         A     Yes, sir, I did.

23         Q     Where were you standing?

1        A     I was standing right beside

2    Mr. Langley and Mr. Fraley.  We was on the

3    saw horses.

4        Q     And what was your

5    understanding of what made him say that?

6    I mean, who was he talking about?

7        A     He just said -- he asked about

8    what all us was doing, and he asked what

9    the brick guy was doing when he was

10   cleaning brick.  And he told him that --

11   Mr. Langley said, well, we all -- we was

12   putting up the little framing for the

13   doors, the door frames.  And Mr. Langley

14   told him, said, we, you know, had a little

15   slow start.  And he -- that's when --

16   that's when he said -- he asked something

17   about the guys that was spraying the

18   brick.  He said, well, I'm not going to

19   put up with a bunch of niggers on my job.

20       Q     And he said that to

21   Mr. Langley?

22       A     That's right.  On the two-way

23   radio.  Mr. Myers was out.  He had

1  surgery, getting moles off him.

2  Q    I hear you.  Did you hear

3  Mr. Myers -- were you standing by

4  Mr. Myers or Mr. Langley?

5  A    I was standing beside

6  Mr. Langley.  Mr. Myers wasn't on the

7  site.  He was on his two-way radio.

8  Q    So you heard it through the

9  two-way radio?

10  A    Yes, sir, I did.

11  Q    What did Mr. Langley say to

12  that -- in response to that?

13  A    He kind of -- he kind of,

14  like, laughed -- he kind of, like, laughed

15  it off and told me and Mr. Fraley he was

16  just kidding.

17  Q    All right.  Was that the first

18  time you had heard Mr. Myers use racial

19  slurs?

20  A    No, sir, it wasn't.

21  Q    Tell me about the first time.

22  A    One day we was -- we was

23  all -- me and Mr. Langley and Mr. Myers

1    was eating lunch.  And we had a little

2    trailer we would go in and sit and eat

3    lunch sometimes.  And we was -- we was

4    just sitting there, and all of us was

5    talking.  And he told us -- he told us, he

6    said, y'all's kind don't know nothing.

7            Q     What were you talking about?

8            A     We were just sitting there

9    talking, you know, about jobs, working.

10   And he -- you know, sometimes he may ask

11   us could we do this or that.  And then,

12   you know, we'd just be talking or joking,

13   and he'll make up all kind of remarks and

14   -- we're trying to work.  You can't work

15   with nobody -- with somebody constantly

16   cursing you every day.  I can't work

17   around nobody like that.

18           Q     Specifically, what were y'all

19   talking about when he said, your kind

20   don't know nothing?

21           A     We was sitting there

22   talking -- he was asking us something

23   about on the job, and we was sitting there

```
1    just talking.  He said, all y'all kind
2    don't know nothing.
3         Q      Who did he say that to?
4         A      He said that to me and
5    Mr. Fraley.  We was sitting there, and we
6    was just talking, in a conversation.
7         Q      Was Jimmy there?
8         A      And I asked him -- yeah.
9    Mr. Langley was sitting right there eating
10   his lunch too.
11        Q      Anyone else hear --
12        A      And I --
13        Q      Anybody else hear that?
14   Anybody else present for that statement?
15        A      No, sir.  Just me,
16   Mr. Langley, Mr. Fraley, and Mr. Myers.
17        Q      And this was during lunch one
18   day?
19        A      Yes, sir.
20        Q      On the job site?
21        A      Right.
22        Q      Did you or Mr. Fraley or
23   Mr. Langley say anything in response to
```

1    that statement?

2         A    No.  I just asked him what he

3    meant by that.  He said, you know what I

4    mean.

5         Q    And you said what?

6         A    Sir?

7         Q    Did you say anything else?

8         A    No.  I left it at that.

9         Q    Did he say anything else about

10   what he meant by that?

11        A    No.

12        Q    And this was before the

13   statement that he made over the two-way

14   radio you told me about a minute ago?

15        A    Yeah.  This happened before

16   then.

17        Q    What was Mr. Myers -- when he

18   said that about your kind don't know

19   nothing --

20        A    Yes, sir.

21        Q    -- what was his demeanor?  I

22   mean, was he angry or just talking to you?

23        A    I mean, sometimes he'd just

```
 1    say stuff out of proportion.  I don't know
 2    why.  I don't know the reason.  But that's
 3    why I want to know why.
 4         Q     Like what?  What do you have
 5    in mind when you say that?
 6         A     I mean, you know, sometimes,
 7    you know, he'll call us dumb, stupid, just
 8    out of mind.  I don't know why.
 9         Q     Who is "us"?
10         A     Me and Mr. Fraley.
11         Q     All right.  Well, would he
12    make similar comments to other employees?
13         A     No.
14         Q     You never heard him make
15    similar comments to other employees?
16         A     I mean, Mr. Connell sometimes.
17         Q     All right.  Would he get on to
18    Mr. Connell sometimes?
19         A     Yes, sir.
20         Q     And make statements like
21    calling him dumb or stupid or something
22    like that?
23         A     No.  He ain't never really
```

1    said that to him in his face.

2         Q    What's your understanding of

3    why he and Mr. Connell would have these

4    conversations?

5         A    I don't know.  Most of the

6    time they -- them two would be playing

7    sometimes every day.  But I didn't really

8    play like that.  I went there to do my

9    job.

10        Q    Did Mr. Myers ever make

11   statements to you to the effect that you

12   needed to get to work or do your job or

13   anything like that?

14        A    Oh, yes, sir.  Yes, sir.

15        Q    Were there ever any occasions

16   where you were not doing your job and

17   should have been?

18        A    No.  We always done our job.

19   Every morning when we got to work, he'll

20   tell us, you know, we've got to clean up

21   around the building.  He'll assign us to

22   our job, and we'll go be doing that,

23   because it was a lot of trash, wood,

1  everything around the building.  So every

2  morning we got to work, he told us before

3  we got started what we needed to get

4  started doing.

5      Q     What time would y'all

6  typically get to the job site in the

7  morning?

8      A     Most of the time we got there

9  about -- one time we was going in at,

10  what, six, I believe.  Six.  Sometimes we

11  went at six, sometimes we went at seven.

12  But every morning we usually get there --

13  we'd get there about fifteen minutes till

14  or twenty minutes till.

15      Q     And what time would you

16  typically quit for the day?

17      A     Sometimes we was -- we'll come

18  in real early.  Like, on Friday we'll come

19  in early and get off around two,

20  two-thirty.  We're through with everything

21  we did.  And through the week we'd usually

22  get off at three-thirty.  Like, if we're

23  pouring concrete or something, it will be

```
 1   later.  You know, we stayed until we got
 2   the job done, like if we was pouring
 3   concrete.  Different times.
 4        Q     The conversation you were
 5   telling me about a moment ago with
 6   Mr. Fraley and Mr. Langley when he said,
 7   your kind don't know anything --
 8        A     Yes, sir.
 9        Q     -- in that conversation did he
10   make any other derogatory statements about
11   any other employee or to any other
12   employee?
13        A     No, sir.  No, sir.  Not that I
14   recall.
15        Q     Did you ever hear Mr. Myers
16   make derogatory comments toward Hispanic
17   workers?
18        A     Oh, yes, sir.
19        Q     Like what?
20        A     He'd say -- one day he told
21   them they don't know nothing.  They need
22   to go back where they came from.
23        Q     Do you understand -- have an
```

```
 1    understanding of what prompted him to say
 2    that?
 3         A     I don't know.
 4         Q     Do you know whether --
 5         A     I don't know.
 6         Q     Do you know whether someone
 7    had mishandled some part of the job or
 8    something?
 9         A     No, sir.  Them guys was doing
10    their job, doing it hard.
11         Q     You don't have any
12    understanding as to why he said that?
13         A     No, sir, I don't.
14         Q     How many Hispanic workers were
15    on that job site?
16         A     Well, when we was working, he
17    hired two more -- two more Mexican guys.
18         Q     Do you know their names?
19         A     I don't remember their names
20    right now.  No.  I can't recall their
21    names.
22         Q     So how many were there?
23         A     It was two of them.
```

```
 1          Q      Two?
 2          A      Yes, sir.  It was a dad and a
 3     son.
 4          Q      Have you talked to them --
 5          A      No, sir.
 6          Q      -- about your claims?
 7          A      I've never seen them guys
 8     since.
 9          Q      Did you ever hear Mr. Myers
10     say anything else derogatory to the
11     Hispanic employees?
12          A      Yes, he did.
13          Q      Like?
14          A      He'll just tell them they
15     don't know what they're doing.  They need
16     to get down and all kind of stuff.
17          Q      Were there other African-
18     American employees on the job site other
19     than you and Mr. Fraley?
20          A      On the site period?
21          Q      Yes.
22          A      Yes, it was.
23          Q      Did you ever hear Mr. Myers
```

1    make derogatory comments to them?

2         A      Yeah.  He'll, like, you know,

3    get to fussing at them or hollering or

4    something if they ain't doing something

5    the exact way he wants it.  And he'll

6    start fussing.

7         Q      Did you ever hear --

8         A      Get an attitude, get loud,

9    start hollering.

10        Q      Did you ever hear Mr. Myers

11   make any racial slurs toward any of the

12   other black employees?

13        A      No, sir.  Not that I recall.

14   No, sir.

15        Q      All right.  Other than what

16   we've talked about, did you ever overhear

17   or witness Mr. Myers making any other

18   racial slurs or comments at all other than

19   what you already told me?

20        A      No.  Not that I recall.

21        Q      Have you told me about all of

22   the racially derogatory slurs that you

23   heard Mr. Myers make during your time at

```
 1   Huff?
 2        A     Yes, sir.  He made them
 3   plenty, but I -- that's all that I really
 4   can think of.
 5        Q     Did you make any recordings or
 6   notes about anything he said --
 7        A     No, sir.
 8        Q     -- at the time?
 9        A     No, sir.
10        Q     Now, as I understand it, your
11   last day at Huff was Monday, July 26,
12   2004?
13        A     Yes, sir.  Right.
14        Q     Tell me about the
15   circumstances that caused that to be your
16   last day.
17        A     Well, one day -- on this
18   particular day, we was working down on the
19   party house, me and Mr. Fraley, Mr. Myers,
20   and the two Mexicans.  And it started
21   coming up a real bad storm.  It started
22   thundering and lightning.  And we were --
23   had the cord ran on the outside because we
```

1  was drilling holes inside the building.
2  And it was raining and thundering and
3  lightning real bad.  And so I told the
4  Mexican guys, I said, you need to get
5  down, and we need to put up the cord.
6       So when Mr. Myers came back around,
7  he asked us what in the hell we were doing
8  putting up the cords.  And I said, it's
9  coming up a storm.  I said, we need to get
10 out of the lightning.  He said, you don't
11 get out of the lightning till I tell you
12 to.  And he just went off, went off and
13 on.
14      And I told him, I said, I'm not
15 going to work -- work in the lightning
16 with -- around electricity.  And he went
17 off on me and all that.  And he told me,
18 he said, I'll tell you what.  You just
19 stay -- you just stay at home tomorrow.  I
20 said, fine.
21      So he dropped me off that evening,
22 and the next day he didn't pick me up.  So
23 I know he picked Mr. Fraley up.  He didn't

1    pick me up the next day.  And --

2         Q    Let me stop you real quick.

3    So after he said this, he drove you home

4    --

5         A    Yeah.

6         Q    -- back here in Tallassee?

7         A    That's right.

8         Q    Did he say anything else to

9    you on the way home about your position?

10        A    No, sir.  He didn't -- he just

11   told me to take tomorrow off.  I asked

12   him -- I said, so I'm fired?  He didn't --

13   he didn't say.  He said, just stay at home

14   tomorrow.  But he told Mr. Fraley the next

15   day that I was -- that I was fired.

16        Q    And you said he didn't come

17   pick you up?

18        A    Yeah.  He didn't pick me up.

19        Q    And then you later heard from

20   Mr. Fraley that --

21        A    Yeah.  He -- well, Mr. Fraley

22   told --

23        Q    -- Mr. Myers told Mr. Fraley

1    that you were fired?
2         A    Yes, sir.  That's right.  He
3    didn't come -- didn't tell me to my face.
4    He told him.
5         Q    Did you ever go back to the
6    job site after that?
7         A    No, sir.  I don't call -- I
8    never went back.
9         Q    Did you ever talk to Mr. Myers
10   again after that?
11        A    No.  Because I never went
12   back.
13        Q    Well, did you talk to him on
14   the phone?
15        A    No, sir.  Never.  Never said
16   another word to him.
17        Q    Did he use any racial slurs
18   when y'all were talking about getting in
19   from the rain?
20        A    No.  No, sir.  Not that I
21   recall.  He just told us that we don't
22   put -- we don't put up cords until he
23   said -- he tells us.

1        Q      Did anybody else witness that
2    conversation about getting in from the
3    rain other than you and Mr. Myers?
4        A      The only people -- the only
5    people was there at that time -- because
6    when it started storming, everybody
7    started to leave the job site.  You know,
8    when it comes a real bad storm, it's
9    thundering and lightning, everybody would
10   leave, you know, when we've got weather
11   like that.  But nobody was there but me,
12   Mr. Fraley, Mr. Myers, and the two Mexican
13   guys, was the only guys there that
14   evening.
15       Q      Did you ever talk with Quinton
16   about Mr. Myers' behavior?
17       A      No, sir, I didn't.
18       Q      Ever complain to Quinton?
19       A      No, sir, I didn't.
20       Q      Did you ever seek out anybody
21   else at Huff to discuss Mr. Myers'
22   behavior?
23       A      No, sir, I didn't.

1          Q      Did Mr. John Huff ever come to

2     the work site while you were there?

3          A      Yes, sir.  But I never talked

4     with him.

5          Q      Did you know who he was when

6     he was on the site?

7          A      Just by, you know, somebody

8     saying who he was, you know.  I didn't

9     know him.

10         Q      Can you give me the names of

11    any other people, other than you've told

12    me about, that would support the

13    allegations you've made in this lawsuit?

14         A      Yes, sir.  Mr. Jerry Garrett.

15         Q      Jerry Garrett?

16         A      Yes, sir.

17         Q      Who is he?

18         A      It's a guy -- one day we was

19    going back on -- on the site to pick up

20    our last check.  And me and Rodney, we had

21    owed Mr. Myers five dollars apiece we had

22    borrowed from him one day during the week

23    for lunch.  And he had our last checks.

1          And he -- Mr. Garrett took us up on
2     the job site to pick up our last check.
3     And we met Mr. Langley and Mr. Myers.
4     They was coming out of the job site and we
5     was pulling in, so I stopped.  And he
6     stopped and rolled down the window.  I
7     asked him could we get our checks.  He
8     said, y'all got my five dollars?  I said,
9     no, sir, we don't have it.  I said, we
10    ain't got it right now.  You can follow us
11    to the bank.  He said, I ain't got time
12    for that shit.  He said, you ain't getting
13    your check till I get my five dollars
14    apiece.  And he pulled off on me.  And
15    then he stopped, and he backed up,
16    cussing.  He said, I want my damn five
17    dollars.  I said, we said you can stop
18    over there at the bank and pick it up.
19    Oh, I ain't got time for that shit.  And
20    he pulled off.
21          Q     Well, did you get your check?
22          A     Yeah.  He backed up and
23    finally gave it to us.

1    Q    How long after that did you
2  get your check?
3    A    It was just a few minutes.  He
4  finally gave it to us before he left.  He
5  pulled off like he was going to spin off
6  and leave, and he backed up, and he
7  finally gave us our check.
8    Q    Did you ever give him his five
9  dollars back?
10    A    We never seen him no more
11  after that.  No, we didn't.  We never seen
12  him no more since we got our last check.
13    Q    So are you saying that the day
14  that this discussion about the five
15  dollars -- was this your last day of work?
16    A    No, sir.  We -- after that --
17  I never went on the job again.  We had to
18  go back and pick up one more -- our last
19  check from the site, and we went back that
20  Friday.  We had to come that Friday to
21  pick up the check.
22    Q    So you did go back to the job
23  site after you were --

1           A      Yes, sir.  To pick up a

2    check.  We had to come up there.  He told

3    us to come up there.  Well, my mom called,

4    and he said we could come pick up our

5    check between two and -- two and four

6    because he was going to leave there at

7    four o'clock.  So we went up to get our

8    check.  And Mr. Garrett took us up on the

9    job site.

10          Q      Who is "us"?  Who is "us"?

11          A      Me and Mr. Fraley.

12          Q      All right.  Go ahead.

13          A      We went up there to get our

14   last check, and he was just -- he was so

15   rude about giving us our check, cussing

16   us.  But he finally gave us our check.

17          Q      Was anyone else with you other

18   than Mr. Fraley?

19          A      Mr. Garrett.

20          Q      And Garrett.

21          A      Yeah.

22          Q      Anybody else?

23          A      No, sir.  Just me and

```
1    Mr. Fraley and Mr. Garrett.
2         Q      Who else are you aware of that
3    can speak to Mr. Myers' behavior?
4         A      Well, we had Mr. Connell.  He
5    was working on the site.  And Earl --
6    Bobby Nichols.  He was working on the
7    site.
8         Q      Who is Bobby Nichols?  Is he a
9    Huff employee or a subcontractor?
10        A      Yeah.  He was working there.
11   He was working there at the time too.
12        Q      What's his race?
13        A      He's white.
14        Q      What about Garrett?
15        A      White.
16        Q      Who else?
17        A      Travis Gilson also.  He worked
18   up on the site -- job site.
19        Q      What's his job?
20        A      White guy.  He was a
21   carpenter.
22        Q      He worked for Huff?
23        A      Yes, sir, he did.
```

```
 1          Q       Anybody else that can speak to
 2     these allegations other than these guys?
 3          A       Well, it was another dude that
 4     was working with us, John -- Johnny
 5     McDade.
 6          Q       McDade?
 7          A       Yes, sir.  John -- Johnny
 8     McDade.
 9          Q       What's his position?
10          A       He was a -- he was a carpenter
11     also.
12          Q       Huff employee?
13          A       Yes, sir.
14          Q       White or black?
15          A       White.
16          Q       Who else?
17          A       That's about all I can recall
18     the names that were working there right
19     now.
20          Q       Can you think of any other
21     individual that could speak to Mr. Myers'
22     behavior and language other than who
23     you've told me about?
```

1      A      I can't really recall none of
2   the other guys because I didn't really
3   know them.  Like I said, it was several
4   different crews on the job.
5          Q      Was there an office kind of --
6   you know, like a trailer --
7          A      Yes, sir.
8          Q      -- with an office on the job
9   site?
10         A      Yes, it was.  That's where we
11  ate lunch and stuff at, in a little
12  trailer.  They had a little trailer
13  sitting on the site there.
14         Q      When you started working for
15  Huff, were you given any documentation or
16  anything?  You told me you filled some
17  things out and gave them back to
18  Mr. Myers.  Remember?
19         A      Yes, sir.  Like -- an
20  application is what it was.
21         Q      I understand.  Were you given
22  any documentation addressing any aspect of
23  your employment with Huff?

```
 1        A      No, sir.  Not that I can

 2   recall.

 3        Q      Were you ever given any kind

 4   of documents that discussed any part of

 5   your employment with Huff?

 6        A      No, sir.  Like I said, when we

 7   first started, he gave us, like, an

 8   application, you know, to fill out for the

 9   tax -- tax purpose.

10        Q      I think I asked you this.  But

11   did you ever re-injure your knee?

12        A      No, sir, I didn't.

13        Q      Ever do anything to cause it

14   to hurt worse on the job?

15        A      No, sir, I didn't.

16        Q      Did you ever consider asking

17   Mr. Myers to reconsider letting you go?

18        A      One -- one else -- when we

19   first started.  And Mr. Connell was still

20   there.  And me and him had got in a fuss

21   one day, and he had told me -- he had told

22   me, said, don't -- just leave and don't

23   come back.  And the next day I came
```

1    back -- back on the job site, and I told
2    him, I said, I need to work, Mr. Myers.
3    And we, you know -- I said, I need my
4    job.  And he let me came (sic) back to
5    work.  He let me came (sic) back to work.
6         Q     How long were you off the job?
7         A     One day.  That was it.
8         Q     All right.  Are you saying
9    that he let you go and then let you come
10   back?
11        A     Yes, sir.
12        Q     Mr. Myers --
13        A     Yes, sir.
14        Q     -- terminated you and let you
15   come back?
16        A     Yes, sir, he did.
17        Q     Well, after you were told by
18   him not to come back after that storm
19   issue -- remember?
20        A     Yes, sir.  That was it.
21        Q     I understand.  Did you ever
22   consider going back and trying to get your
23   job back?

1    A    No, sir.  I didn't after --
2    after that.  No, sir.
3    Q    Did you ever consider talking
4    to anybody else at Huff about what had
5    happened?
6    A    No, sir, I didn't.
7    Q    Were there any other project
8    managers assigned to that job site other
9    than Quinton while you were there?
10    A    No, sir.  Not while I was
11    there.
12    (WHEREUPON, a document was
13    marked as Defendants' Exhibit Number 1 and
14    is attached to the original transcript.)
15    Q    Let me show you real quick a
16    discrimination charge that was filed on
17    your behalf.  Do you recognize that?
18    A    Yes, sir.
19    Q    Is that your signature at the
20    bottom?
21    A    Yes, sir.
22    Q    Did you provide the
23    information in that to your lawyer,

```
 1    Mr. Bowles?
 2         A     Yes, sir, I did.
 3         Q     When did you first decide to
 4    see a lawyer about Huff?
 5         A     Well, actually, I -- my
 6    friend, Rodney -- it had got so bad, the
 7    stuff he was saying.  And then when --
 8    certain slurs he said to us, I wanted to
 9    hit him, but I didn't.
10         Q     Hit who?
11         A     I wanted to -- I really wanted
12    to hit Mr. Myers because of some of the
13    stuff he would say, calling us dumb,
14    stupid, don't know this, and we're dumb
15    and all that kind of stuff, our kind don't
16    know nothing.  You don't talk to people
17    like that, sir.  It ain't about that.
18    That's wrong.  That's wrong.
19              MR. BOWLES:  What was the
20    question?
21              MR. WILSON:  I think the last
22    question was when did he first see a
23    lawyer.
```

```
 1          A     Yeah.   After -- after that
 2   day, when all -- after the storm, when all
 3   of it happened.  And my friend, Rodney, he
 4   said -- he told me -- he said, don't do
 5   nothing.  You need to -- we need to go see
 6   a lawyer about him.
 7          Q     Mr. Bowles is the first person
 8   you came to see?
 9          A     Yes, sir.   That's right.
10          Q     And, again, just so I'm clear,
11   have you told me about all of the
12   racially --
13          A     Yes, sir.
14          Q     -- oriented language that he
15   used in your presence?
16          A     Yes, sir.   All that I can
17   recall right now.
18          Q     And you've given this a good
19   bit of thought, haven't you --
20          A     Yes, sir.
21          Q     -- before today?
22          A     Yes, sir.
23          Q     And that's all -- what you've
```

1    told me is all you can recall that he

2    said?

3          A      All I recall.

4                 MR. BOWLES:  I believe he said

5    right now.

6          Q      Mr. Buckhanon, have you ever

7    been arrested?

8          A      Yes, sir, I have.

9          Q      How many times?

10         A      About once or twice.

11         Q      For what?

12         A      A ticket, fines.  That's it.

13         Q      Traffic things?

14         A      Yeah.  Traffic tickets.

15   That's it.  City jail.  Never been in a

16   county jail in my life.

17         Q      You were actually put in a

18   city jail over a traffic ticket?

19         A      You know, like, failure to pay

20   the fine off.

21         Q      Ever been convicted of any

22   crimes?

23         A      No, sir, I haven't.

1          Q      And you haven't worked for
2    anybody else since leaving Huff other than
3    Hilyer?
4          A      Yes.  That's it.
5          Q      On and off you say?
6          A      Yes, sir.
7          Q      On this discrimination charge,
8    you stated that your last day of work was
9    July 26th; right?
10         A      Something like that.
11         Q      Do you have any reason to
12   doubt that, the accuracy of that?
13         A      It was somewhere along in
14   there.  I can't recall the exact date
15   right now.
16         Q      So do you have any reason to
17   dispute that you worked at Huff from about
18   June 1, 2004, to about July 26, 2004?
19         A      Yes, sir.  Something like
20   that.
21         Q      Just a little less than two
22   months?
23         A      Yes, sir.  That's right.

1    Q    And what was your rate of pay

2  at Huff?

3    A    When I left -- at first we was

4  making about nine fifty, I believe.

5    Q    What did you start at?  Do you

6  know?

7    A    He started us off with

8  eight -- eight fifty -- eight dollars.  It

9  may have been eight dollars an hour, I

10  believe.  Yeah.  We was making eight, and

11  he moved us up to nine.

12    Q    When?

13    A    After we got to working.  And

14  he told us if we progressed on our work

15  and showed improvement, he'll move us up

16  to nine dollars an hour.  And he pushed us

17  up to nine dollars an hour.

18    Q    A minute ago you said nine

19  fifty.

20    A    Something like that.

21    Q    Nine or nine fifty?

22    A    Nine, nine fifty, something

23  like that.  I know we got a raise.

1        Q        When you say "he", are you
2    talking about Myers?
3        A        Yes, sir.  Mr. Myers gave us a
4    dollar raise.
5        Q        Did you have any benefits
6    through that job other than just salary --
7    I mean, not salary, but pay?
8        A        No.  That's about all we had.
9        Q        I mean, no health insurance?
10       A        No.  No, sir.
11       Q        No other kinds of benefits?
12       A        No, sir.  I don't recall.  No,
13   sir.
14       Q        Have you ever had any kind of
15   benefits through Hilyer?
16       A        No, sir.
17       Q        All right.  I think I'm about
18   through.  Before I finish, can you think
19   of any other statements that Mr. Myers
20   made to you or in your presence?
21       A        No, sir, not right now.  I
22   don't recall at this time.
23       Q        Is there anything else about

1    your claims that you consider to be

2    important that we haven't talked about?

3         A     No, sir.  Not at this time.

4    No, sir.

5         Q     That's all.  Thank you.

6              MR. BOWLES:  I want to ask him

7    one or two questions.

8

9    EXAMINATION BY MR. BOWLES:

10        Q     Mr. Buckhanon, you testified

11   about a conversation that took place when

12   you and Rodney Fraley and Mr. Myers and

13   one other employee -- I don't know if it

14   was Mr. Connell or Mr. Langley -- was

15   present where Mr. Myers said something to

16   the effect that, your kind don't know

17   anything.

18        A     Yes, sir.

19        Q     Do you remember that?

20        A     Yes, sir.

21        Q     Now, when you filed this claim

22   with EEOC, you stated that you overheard

23   Mr. Myers say, your kind don't know

1    anything; is that correct?

2         A    Yes, sir.  Yes, sir.

3         Q    You go on to say in that same

4    conversation with Mr. Myers, and referring

5    to another black employee, said, niggers

6    like him don't know anything.

7         A    Yeah.

8         Q    Did he say that?

9         A    That was me and Mr. Fraley.

10        Q    Now, did Mr. Myers say those

11   words, niggers like him don't know

12   anything?

13        A    Yes, sir.  Yes, he did.

14        Q    Who was he referring to?

15        A    You're talking about when we

16   was outside?

17        Q    I don't know.

18        A    We was inside the trailer, and

19   that's when he -- that fact.

20        Q    Did he say those words?

21        A    Yes, sir, he did.

22        Q    And were you and Mr. Fraley

23   sitting there listening to him?

1      A      Yeah.  We ate lunch just about

2  every day together, me, Mr. Fraley, and

3  Mr. Myers and Mr. Langley.

4      Q      Who was Mr. Myers referring to

5  when he said, niggers like him don't know

6  anything?

7      A      Like, y'all.  He committed to

8  say, like y'all.

9      Q      Like y'all?  He was talking

10  about you and Rodney?

11      A      Yeah.

12          MR. BOWLES:  That's all.

13

14  FURTHER EXAMINATION BY MR. WILSON:

15      Q      When he made that comment,

16  though, he wasn't saying -- he didn't say

17  it in reference to you?

18      A      No.  He said "y'all".  He put

19  it "y'all".

20      Q      That's not what this sworn

21  statement says.  Do you want to take a

22  look at it?  Look down at the bottom of

23  the paragraph.

```
1              MR. BOWLES:  I think it goes
2    over to the second page.
3              MR. WILSON:  It does.  It
4    does.
5         A    It says him right there.
6         Q    Right.  In that latter quote
7    that you put in your sworn statement to
8    the EEOC, it says, niggers like him don't
9    know anything.
10        A    Right.
11        Q    Now, Mr. Bowles was wanting to
12   know, I think, who he was talking about.
13        A    He was talking -- he was
14   referring to us because wasn't nobody in
15   the room but me, Mr. Myers, Mr. Fraley,
16   and Mr. Langley.
17        Q    Right here where it says,
18   niggers like him don't know anything, who
19   is "him"?
20        A    He was quoting to me and
21   Mr. Fraley.  Wasn't nobody else there but
22   me and Mr. Fraley.
23        Q    I understand he was making the
```

1    statement in your presence.

2         A     Right.

3         Q     But who was he talking about?

4    Who was the "him" in this statement?

5         A     The only person he ever made

6    comments to was me and Mr. Fraley.

7         Q     About who, though?

8         A     About who?

9         Q     Yeah.  It says -- your

10   statement that you signed says, Mr. Myers,

11   in referring to another black employee,

12   said, quote, niggers like him don't know

13   anything.

14        A     No.  He was talking -- he was

15   talking about me and Fraley --

16   Mr. Fraley.  We're the only ones that he

17   ever talked to really.  Like, when we had

18   lunch, he'll come up with all kind of

19   conversations talking to me and

20   Mr. Fraley.

21        Q     What had you and Mr. Fraley

22   done to make him say that y'all didn't

23   know anything?

1          A     It just -- different days.

2     Like, we'd be at work.  And, like, we'd be

3     at lunch.  He'll be talking about stuff

4     that we have been doing all day.  And then

5     he'll tell us we don't know how to do such

6     and such things.  And we might come up and

7     say, yes, we do know how to do this.  And

8     he might come back with a statement of

9     saying we don't know -- you know, we don't

10    know how to do nothing.  He always said,

11    y'all are dumb, stupid, all that kind of

12    stuff like that.

13         Q     If I understand you correctly,

14    he'd make similar statements to the other

15    employees?

16         A     Not every -- not everybody

17    every day.  And Mr. Connell, he gets on

18    him sometimes.  And he cusses anybody out;

19    any electric guys, any of them on the

20    job.  If he come in there, he'll holler

21    and fuss and cuss.  He did it every single

22    day.

23         Q     And he did it to the Hispanic

1    employees?

2         A    Yes.

3         Q    And the white employees?

4         A    That's right.  But he just be

5    cussing.  Sometimes he'd just come in.

6    And I don't know why he did it, but he did

7    it.

8         Q    But in terms of racial slurs,

9    use of the "N" word, things like that --

10        A    That's right.

11        Q    -- you heard him one time over

12   the two-way radio make that statement we

13   talked about earlier?

14        A    Yes, sir.

15        Q    You were standing there with

16   Jimmy Langley; right?

17        A    Yeah.

18        Q    All right.  And then --

19        A    And in the trailer.

20        Q    Yeah.  Right.  And then a

21   second occasion in the trailer when you

22   and Mr. Myers --

23        A    And Mr. Fraley.

```
1          Q        -- and Mr. Fraley --
2          A        And Mr. Langley.
3          Q        -- and Mr. Langley were all
4     sitting together eating lunch; right?
5          A        Right.
6          Q        He made the other statement --
7     he said, your kind don't know anything.
8          A        Yes, sir.
9          Q        And then in the same
10    conversation, he said, quote, niggers like
11    him don't know anything.
12         A        No.  He said, niggers like
13    y'all don't know anything.
14         Q        That was all in one
15    conversation in the trailer?
16         A        Yeah.  At different times, you
17    know.  Every day we took lunch, and it be
18    us four always taking lunch together.
19    We'll go up to the store and get us
20    something to eat, and we'll be sitting
21    there, and he'll just come up with
22    something.  You know, come up with another
23    something like we'd be done done it that
```

1    day and we didn't do it right or, you

2    know, just different kind of stuff.  He'll

3    get to talking about it.  And if we're

4    saying something about it, he'll get mad

5    and get to cussing and fussing about it.

6        Q    I understand what you're

7    saying.  What I'm trying to make sure I

8    understand is, the racial slurs that you

9    heard was the one over --

10        A    Yes, sir.

11        Q    The only ones you heard --

12            MR. BOWLES:  Let him finish

13    the question before you go to answer it.

14        Q    You heard the statement he

15    made over the two-way radio to Jimmy

16    Langley?

17        A    Right.

18        Q    And he wasn't talking about

19    you when he made that statement, was he?

20    He was talking about somebody washing a

21    wall?

22        A    No.  That's meaning to

23    everybody that was on the job.  He said,

1  I'm not going to put up with a bunch of
2  niggers on my job.
3       Q    Did he even know you were
4  standing there?
5       A    He didn't know we was there.
6  That's the point.
7       Q    He made that statement over a
8  two-way radio to Mr. Langley; right?
9       A    That's right.
10      Q    And then there is one other
11 occasion where you heard him use racial
12 slurs, and that was in the trailer where
13 y'all were eating lunch together?
14      A    That's right.
15      Q    That's it?
16      A    Yes, sir.
17           MR. WILSON:  That's all.
18           MR. BOWLES:  Nothing further.
19
20        FURTHER DEPONENT SAITH NOT
21
22
23

```
 1              C E R T I F I C A T E

 2

 3    STATE OF ALABAMA  )

 4    MONTGOMERY COUNTY )

 5              I hereby certify that the above

 6    and foregoing deposition was taken down by

 7    me in stenotype, and the questions and

 8    answers thereto were transcribed by means

 9    of computer-aided transcription, and that

10    the foregoing represents a true and

11    correct transcript of the deposition given

12    by said witness upon said hearing.

13              I further certify that I am

14    neither of counsel nor of kin to the

15    parties to the action, nor am I in anywise

16    interested in the result of said cause.

17

18
                      GWENDOLYN P. TIMBIE, CSR
19                    Certificate No:  AL-CSR-569

20

21    My Commission Expires
      March 4, 2009
22

23
```

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | | CHARGE NUMBER |
|---|---|---|
| | FEPA | |
| X | EEOC | 130-2004-04248 |

and EEOC

_____ State or local Agency, if any

| NAME(Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Barry Lewis Buckhanon | (334) 283-8427 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 497 Kent Road | Tallassee, Alabama 36078 | 11/24/76 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME Huff & Associates Construction Co., Inc. | NUMBER OF EMPLOYEES, MEMBERS Unknown | TELEPHONE (Include Area Code) (334) 749-0052 |
|---|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1220 Fox Run Pkwy.; PO Box 2427; Opelika, Alabama 36803-2427 | | Lee |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE     AUG 3 1 2003 | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA)     LATEST (ALL) |
|---|---|

X RACE    ☐ COLOR    ☐ SEX    ☐ RELIGION    ☐ AGE

☐ RETALIATION    ☐ NATIONAL ORIGIN    ☐ DISABILITY    ☐ OTHER (Specify)

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My name is Barry Lewis Buckhanon and I reside at 497 Kent Road in Tallassee, Alabama 36078. I am currently 27 years of age with a date of birth of November 24, 1976. I completed the 12th grade at Tallassee High School in Tallassee, Alabama. My race is black or African American.

On or about June 1, 2004, I went to work for Huff & Associates Construction Company, Inc. (hereinafter "Huff & Associates") as a laborer. The superintendent on the job site where I was initially employed was a long-time employee of Huff & Associates by the name of Bobby Myers. During the entire time that I worked for Huff & Associates, Mr. Myers was constantly cursing, ridiculing, insulting and otherwise intimidating the minority employees working under his supervision. Mr. Myers routinely used racial slurs in referring to black employees. Mr. Myers made no attempt to hide or suppress his racist views. I have personally heard Mr. Myers use a variety of racially derogatory terms in referring to black and other minority employees. On one occasion I overheard Mr. Myers say, "I ain't going to put up with a bunch of ignorant niggers on my job". On another occasion Mr. Myers became enraged over something and in speaking directly to me and another black employee by the name of Rodney Fraley said, "Your kind don't know anything". In that same conversation Mr. Myers, in referring to

(See Continuation Page)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| _Barry Lewis Buckhanon_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date  8/30/04      Charging Party (Signature) | |

EEOC FORM 5 (10/94)

DEFENDANT'S EXHIBIT

The Particulars Are:
(Continuation Page)

another black employee, said, "Niggers like him don't know anything".   Mr. Myers also made insulting and denigrating comments to the Hispanic workers on the job site.  For instance, he would tell them that "they needed to go back to Mexico and that they did not know anything".  Since Mr. Myers was the highest ranking employee of Huff & Associates on the job site, his constant cursing, ridiculing, insulting and otherwise intimidating behavior created a hostile work environment for all minority employees including myself.

My last day to work for Huff & Associates was Monday, July 26, 2004.  On that day Mr. Myers got angry with me because I asked if some of the other workers could get in out of the rain.  Later that day Mr. Myers told me "Don't come to work tomorrow - take tomorrow off".  I expected to be able to return to work on Wednesday of that week but on Tuesday Mr. Myers told a friend and co-worker by the name of Rodney Fraley that I had been terminated.

AUG 3 1