1       IN THE UNITED STATES DISTRICT COURT

2         FOR THE MIDDLE DISTRICT OF ALABAMA

3                   EASTERN DIVISION

4

5    CIVIL ACTION NUMBER

6    3:05-CV-0741-M

7

8    BARRY BUCKHANON and RODNEY FRALEY,

9         Plaintiffs,

10   vs.

11   HUFF & ASSOCIATES CONSTRUCTION COMPANY,
     INC.,
12
          Defendant.
13

14

15              DEPOSITION TESTIMONY OF:

16                   RODNEY FRALEY

17

18

19   June 8, 2006

20   11:15 a.m.

21

22   COURT REPORTER:

23   Gwendolyn P. Timbie, CSR



```
 1              S T I P U L A T I O N S

 2              IT IS STIPULATED AND AGREED by and

 3      between the parties through their

 4      respective counsel that the deposition of

 5      RODNEY FRALEY, may be taken before

 6      Gwendolyn P. Timbie, Certified Shorthand

 7      Reporter and Notary Public, State at

 8      Large, at the law offices of Bowles &

 9      Cottle, Tallassee, Alabama, on June 8,

10      2006, commencing at approximately

11      11:15 a.m.

12              IT IS FURTHER STIPULATED AND

13      AGREED that the signature to and the

14      reading of the deposition by the witness

15      is waived, the deposition to have the same

16      force and effect as if full compliance had

17      been had with all laws and rules of Court

18      relating to the taking of depositions.

19              IT IS FURTHER STIPULATED AND

20      AGREED that it shall not be necessary for

21      any objections to be made by counsel to

22      any questions, except as to form or

23      leading questions, and that counsel for
```

1    the parties may make objections and assign

2    grounds at the time of trial or at the

3    time said deposition is offered in

4    evidence, or prior thereto.

5            Please be advised that this is the

6    same and not retained by the Court

7    Reporter, nor filed with the Court.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

```
 1                    I N D E X

 2   EXAMINATION BY:                 PAGE NO.

 3   Mr. Wilson                          6

 4   Certificate                        48

 5

 6                LIST OF EXHIBITS

 7   EXHIBITS                         PAGE NO.

 8   Defendants' 1                       33

 9       Charge of discrimination

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

```
1              A P P E A R A N C E S

2

3   FOR THE PLAINTIFFS:

4       JAMES R. BOWLES, Esquire
        Bowles & Cottle
5       2 South Dubois Avenue
        Tallassee, Alabama  36078
6

7

8   FOR THE DEFENDANT:

9       BENJAMIN C. WILSON, Esquire
        Rushton, Stakely, Johnston & Garrett,
            P.A.
10      184 Commerce Street
        Montgomery, Alabama  36104
11

12

13  ALSO PRESENT:

14      BARRY BUCKHANON

15

16

17

18

19

20

21

22

23
```

```
 1            I, Gwendolyn P. Timbie, Certified
 2   Shorthand Reporter and Notary Public for
 3   the State of Alabama at Large, acting as
 4   Commissioner, certify that on this date,
 5   pursuant to the Federal Rules of Civil
 6   Procedure, and the foregoing stipulation
 7   of counsel, there came before me at the
 8   law offices of Bowles & Cottle, Tallassee,
 9   Alabama, commencing at approximately
10   11:15 a.m., on June 8, 2006, Rodney
11   Fraley, plaintiff in the above cause, for
12   oral examination, whereupon the following
13   proceedings were had:
14
15            RODNEY FRALEY,
16   having been first duly sworn, was examined
17   and testified as follows:
18
19   EXAMINATION BY MR. WILSON:
20        Q     Would you state your name,
21   please, sir?
22        A     Rodney Fraley.
23        Q     Mr. Fraley, my name is Ben
```

1    Wilson.  I represent Huff and Associates.
2    I'm here to take your deposition.  Is that
3    your understanding?
4         A    Yes, sir.
5         Q    And you sat through Barry
6    Buckhanon's deposition that just got
7    through; right?
8         A    Yes, sir.
9         Q    Heard all those questions,
10   didn't you?
11        A    Yes, sir.
12        Q    You understand you're under
13   oath?
14        A    Yes, sir.
15        Q    Have you ever given one
16   before, a deposition?
17        A    No, sir.
18        Q    Same things apply.  If you
19   don't understand my question, let me know
20   and I'll repeat it for you.  Okay?
21        A    Okay.
22        Q    And if you'll let me finish
23   asking the question before you start, that

```
 1    would be helpful to the court reporter.
 2    Okay?
 3         A    Okay.
 4         Q    If you need to stop and take a
 5    break, let me know.  All right?
 6         A    All right.
 7         Q    All right.  What's your
 8    current address?
 9         A    640 Muskogee Trail.
10         Q    In Tallassee?
11         A    Yes, sir.
12         Q    How long have you lived there?
13         A    About fifteen years.
14         Q    Who lives there with you
15    currently?
16         A    My sister and her four
17    children.
18         Q    What's your sister's name?
19         A    Kimberly Graham.
20         Q    Graham?
21         A    Yes, sir.
22         Q    How old is her oldest child?
23         A    Fifteen.
```

```
1          Q       Are you married?

2          A       No, sir.

3          Q       Have you ever been married?

4          A       No, sir.

5          Q       Do you have any children?

6          A       No, sir.

7          Q       Do you have any other

8    relatives in this part of the state -- I

9    call it East Alabama -- East Central

10   Alabama -- other than --

11         A       Yes.

12         Q       -- your sister?

13         A       Yes, sir.  I have another

14   sister and three more brothers.

15         Q       What's your other sister's

16   name?

17         A       Nia (phonetic) Gant.

18         Q       Where does she live?

19         A       East Tallassee.

20         Q       Is she married?

21         A       Yes, sir.

22         Q       What's her husband's name?

23         A       Adolphus Gant.
```

```
 1          Q      Do they have any children over
 2    the age of eighteen?
 3          A      No, sir.
 4          Q      And tell me your brothers'
 5    names.
 6          A      Kevin, Tyrone, and Charles.
 7          Q      Are they all Fraleys?
 8          A      Yes, sir.
 9          Q      Where do they live?
10          A      Tallassee.
11          Q      All of them?
12          A      Yes, sir.
13          Q      Are any of them married?
14          A      There's one married and two
15    divorced.
16          Q      The one who's married, what's
17    his wife's name?
18          A      Chris Fraley.
19          Q      The divorcees, what are their
20    names, the women?
21          A      Katrina Smith and Deloris
22    Gant.
23          Q      All right.  Are either of your
```

```
 1    parents still living?
 2          A    No, sir.
 3          Q    Do you have any other
 4    relatives other than those in -- let me
 5    kind of give you a feel for what I'm
 6    talking about.  Lee County, Macon County,
 7    Tallapoosa.
 8          A    No, sir.
 9          Q    Elmore.
10          A    No, sir.
11          Q    Any other relatives in
12    Alabama?
13          A    Yes, sir.  Aunties and
14    uncles.
15          Q    Do any of them live in this
16    part of the state, kind of East Central
17    Alabama?
18          A    No.  All live in Tallassee.
19          Q    Tallassee?
20          A    Yes, sir.
21          Q    What are their last names?
22          A    Driscalls.
23          Q    Driscall?
```

```
1          A      Yes.  And the Gants.

2          Q      Gants?

3          A      Yes, sir.

4          Q      Are you currently employed?

5          A      I work for Hilyer, but I'm not

6   full time.

7          Q      Same place as Mr. Buckhanon?

8          A      Yes, sir.

9          Q      Part time or -- how does that

10  work?  As needed?

11         A      Yeah.  When we ain't got

12  nothing to do -- I help my brother.  He's

13  a subcontractor, dry wall.  And when he

14  needs my help, I'll go help him.

15         Q      Is he self-employed?

16         A      Yes, sir.

17         Q      And which brother is this?

18         A      It's Kevin.

19         Q      Kevin Fraley?

20         A      Yes, sir.

21         Q      And where does he typically do

22  jobs?

23         A      Montgomery.
```

```
1          Q       And when you help him, does he
2    pay you?
3          A       Yes, sir.
4          Q       Pay you in cash?
5          A       Yes, sir.
6          Q       Y'all just come up with a
7    figure?
8          A       It all depends on what the job
9    pays, you know, what job I perform.
10         Q       Right.  And y'all work
11   something out based on what you do and
12   what it takes?
13         A       Yes, sir.  As far as my part
14   of getting paid.
15         Q       Yeah.  Right.  I'm talking
16   about your brother.
17         A       Yes, sir.
18         Q       Does your brother just give
19   you some amount of money at the end of the
20   job?
21         A       Well, he pays me -- like,
22   whenever he gets a check, he'll pay me
23   some, and it will just equal up to what
```

1    I'm supposed to get at the end of a job.

2         Q    He doesn't withhold any taxes

3    on you, does he?

4         A    No, sir.

5         Q    And then Hilyer, you kind of

6    work there when they need some help?

7         A    Yes, sir.

8         Q    Have you had any other jobs

9    other than Hilyer or with your brother

10   since leaving Huff?

11        A    Yes, sir.

12        Q    What else?

13        A    I had hung red iron.  I worked

14   for Jacco's.  Jacco's in Montgomery.  I

15   worked with them.

16        Q    When?

17        A    It's, like, three or four

18   months after I left Huff and Associates.

19        Q    What was your rate of pay

20   there?

21        A    Ten dollars an hour.

22        Q    Why did you leave there?

23        A    Transportation.

1          Q     Who was your supervisor at --
2     what's the name of the place?
3          A     Jacco.
4          Q     Jacco?
5          A     Yes, sir.
6          Q     Do you remember your
7     supervisor's name?
8          A     Michael Vick.
9          Q     And do you have any set rate
10    of pay at Hilyer?
11         A     Excuse me.
12         Q     Go ahead.
13         A     Jeff Vick.  That's Jeff Vick.
14         Q     Do you have any set rate of
15    pay when you do work for Hilyer?
16         A     He just pays me a little -- a
17    little a day.  You know, if sometimes I
18    work a long time, he'll pay me at the end
19    of the week.
20         Q     Does Hilyer withhold any taxes
21    on your money?
22         A     No, sir.
23         Q     Any other employments since

```
1   you left Huff?
2         A     That's it.
3         Q     Did you graduate from high
4   school?
5         A     No, sir.
6         Q     Did you attend high school?
7         A     I quit in the eleventh.
8         Q     Tallassee?
9         A     Yes, sir.
10        Q     Any other education since
11  then?
12        A     No, sir.
13        Q     When did you quit the eleventh
14  grade?  What year are we talking about
15  here?
16        A     '93.
17        Q     Now, as I understand it, you
18  went to work at Huff on or about June 1,
19  2004?
20        A     Yes, sir.
21        Q     Same day Mr. Buckhanon went?
22        A     Yes, sir.
23        Q     And as I understand it, the
```

```
 1    two of you were told about some need up
 2    there by Mr. Connell?
 3         A     Yes, sir.
 4         Q     Who did he talk to first, you
 5    or Mr. Buckhanon?
 6         A     He talked to both of us at the
 7    same time.
 8         Q     Where was this conversation?
 9         A     At Charles Hilyer's.
10         Q     Does Connell work there too?
11         A     No.  He just come by.
12         Q     Before you went to Huff, did
13    you work anywhere else other than Hilyer?
14         A     Just besides with my brother.
15         Q     Tell me if this is -- as I
16    understand it, Mr. Connell told you that
17    they had some need for some laborers up at
18    Huff --
19         A     Yes, sir.
20         Q     -- on this job in Auburn;
21    right?
22         A     Yes, sir.
23         Q     And the two of you rode up
```

1    there with Mr. Connell?

2        A      Yes.

3        Q      And did you speak with

4    Mr. Myers when you got there?

5        A      Yes, sir.  We sat in the

6    trailer, and we -- we talked in the

7    trailer.

8        Q      Tell me what you remember

9    about talking with Mr. Myers.

10        A      He was just asking all what

11    type of work have we done before, have we

12    ever done construction, you know, what

13    kind of skills we've got, all -- what can

14    we do.

15        Q      And did you fill out any

16    paperwork?

17        A      Application and tax papers.

18        Q      Did you fill out any physical

19    health questionnaire?

20        A      No, sir.  Not that I can

21    remember.

22        Q      So Mr. Myers hired you?

23        A      Yes, sir.

```
 1          Q      As a what?
 2          A      Laborer.
 3          Q      Laborer?  Okay.  And how many
 4   people were on that job site when you
 5   started working there?
 6               MR. BOWLES:  Let me ask you
 7   this:  When you ask him that question, are
 8   you just talking about employees of Huff
 9   or --
10               MR. WILSON:  Yeah.  For now.
11               MR. BOWLES:  -- including the
12   subs?
13          Q      Well, let's take the total
14   number that you remember of everybody;
15   subs, Huff.  I'm trying to get a feel for
16   how many people were doing work on that
17   site.
18          A      I know it was probably about
19   thirty, thirty-five people.
20          Q      And of those, do you have any
21   feel for how many of them are employed
22   directly by Huff, as Huff employees?
23          A      I'll say about five or six
```

1    that's Huff employees that I could

2    remember.

3         Q    And the rest of them were

4    subcontractors?

5         A    Yes, sir.

6         Q    Who do you remember was

7    working there as a Huff employee when you

8    started there other than Connell,

9    Buckhanon, and -- who else?  Myers?

10        A    Myers, me, and Buckhanon,

11   Connell, and James Langley and Bobby's

12   son.  He would come by occasionally.

13        Q    What's his name?

14        A    Mark.

15        Q    Tell me what you did in the

16   position of a laborer.

17        A    We was cleaning up the bricks

18   around the whole building and just

19   carrying wood and stacking the wood up.

20   Just all kind of little stuff like that.

21        Q    Were you assigned to anybody

22   in particular?

23        A    Brad Connell.

```
 1           Q     He was a carpenter; right?
 2           A     Yes, sir.
 3           Q     Now, Mr. Buckhanon talked
 4     about the project manager, Quinton, coming
 5     around here and there.  Do you remember
 6     that?
 7           A     Yes, sir.
 8           Q     Did you know who he was?
 9           A     Yes, sir.
10           Q     Did you know he was a project
11     manager?
12           A     Yes, sir.
13           Q     Did you understand that he was
14     Bobby Myers' superior?
15           A     Yes, sir.
16           Q     Do you remember Mr. Myers
17     picking you and Mr. Buckhanon up, taking
18     you to and from the job site?
19           A     Yes, sir.
20           Q     And how frequently did that
21     happen?
22           A     It was -- out of two months,
23     it was probably a month that we went to
```

1    work with him.

2         Q    Did he offer to pick you up

3    and bring you back?

4         A    Yes, sir.

5         Q    Did he take any other

6    employees to and from the job site?

7         A    No, sir.

8         Q    And Mr. Buckhanon told me he

9    got there about -- in the morning about

10   seven?

11        A    Yes.  Yes, sir.

12        Q    And y'all had worked till what

13   time?

14        A    Like, two to three-thirty.

15   Sometimes we worked till five.

16        Q    Now, as I understand it, you

17   quit your job at Huff on or about July 27,

18   2004.  True?

19        A    Yes, sir.

20        Q    So do you have any reason to

21   dispute that you worked there from about

22   June 1 to July 27, 2004?  Does that sound

23   right to you?

```
1        A      Yeah.  Somewhere in there.
2        Q      About eight weeks maybe?
3        A      Yes, sir.
4        Q      What is your recollection of
5   your initial rate of pay at Huff?
6        A      Started off at, like, eight
7   fifty.
8        Q      And then when you left what
9   was it?
10       A      Nine dollars.
11       Q      Do you recall Mr. Myers
12  raising your rate of pay?
13       A      Yes, sir.
14       Q      Did he talk to you and tell
15  you why he was raising you?
16       A      It was because we had worked
17  over there, I think it was, like -- if we
18  worked, like, thirty days -- he told us in
19  thirty days he'd see how we worked and
20  performed, he would raise our pay.
21       Q      When y'all went on the job
22  site on or about June 1, had you ever done
23  any work for Huff before that?
```

```
1            A      No, sir.
2            Q      Have you done any work for
3     them since July 27?
4            A      No, sir.
5            Q      Were you present for
6     Mr. Buckhanon's conversation with
7     Mr. Myers about his knee?
8            A      Yes, sir.
9            Q      What do you remember being
10    said about that?
11           A      When we first got there
12    filling applications out, Mr. Myers asked
13    did we have anything that we can do or
14    will stop us from doing the job.  And
15    Mr. Buckhanon told him he had a bad knee.
16    He told him -- he said, as long as it's on
17    the ground, said he could do it.  But he
18    said he'd have a problem about getting up
19    high.
20           Q      Did Mr. Myers put
21    Mr. Buckhanon into tasks that required him
22    to be above ground?
23           A      Yes, sir.
```

1    Q    Do you ever recall
2  Mr. Buckhanon reminding Mr. Myers of his
3  problem with heights?
4    A    Yes, sir.
5    Q    Tell me what you remember
6  about that.
7    A    It was -- we was getting up --
8  we had to get up on the walls and pour the
9  concrete down in the walls.  And
10 Mr. Buckhanon told him that he didn't want
11 to get up there because he'd be scared
12 that he would fall.  And Mr. Myers told
13 him -- said to get on up there anyway.  In
14 other words, he had raised and yelling his
15 voice and sort of like nudging
16 Mr. Buckhanon.
17   Q    What do you mean nudging him?
18   A    Like, pushing him, telling him
19 to go on, get on up there.
20   Q    And what happened after that?
21   A    Mr. Buckhanon, he got up there
22 and started helping.
23   Q    Was he able to do the jobs

1   that required being up higher?

2        A    Yes, sir.

3        Q    Now, Mr. Fraley, you've made

4   the essentially identical claims in this

5   case as Mr. Buckhanon; right?

6        A    Yes, sir.

7        Q    And you, again, sat through

8   Mr. Buckhanon's deposition and heard his

9   testimony.   True?

10       A    Yes, sir.

11       Q    Can you tell me about any

12  other instance where Mr. Myers used racial

13  slurs to you or in your presence other

14  than what Mr. Buckhanon talked about?

15       A    The conversation in the

16  trailer, Mr. Myers, he said, y'all -- he

17  said, I'm not -- he said, y'all are --

18  y'all don't know nothing.  Y'all niggers

19  don't know nothing.  That's what he said.

20       Q    All right.  Are you through?

21  I didn't mean to cut you off.

22       A    Oh, yes, sir.  Yes, sir.

23       Q    Who all was present for that

```
1    conversation in the trailer?
2         A    It was me and Mr. Buckhanon
3    and James Langley and Bobby Myers.
4         Q    Let me back up and ask you,
5    Mr. Buckhanon told me about an instance
6    where he heard Mr. Myers over the two-way
7    radio make a racial statement to Jimmy
8    Langley.  Remember that?
9         A    Yes, sir.
10        Q    Now, did you hear him say
11   that?
12        A    Yes, sir.
13        Q    Were you standing there too?
14        A    Yes, sir.
15        Q    Does your recollection of what
16   was said vary from what Mr. Buckhanon said
17   here today?
18        A    No, sir.  It's the same.
19        Q    So as we sit here today, you
20   can recall two occasions where Bobby Myers
21   made racial slurs in your presence?
22        A    Yes, sir.
23        Q    The time with the two-way
```

1    radio with Jimmy Langley?

2         A    Yes, sir.

3         Q    And then the time when the

4    four of y'all were eating in the trailer?

5         A    Yes, sir.

6         Q    And would Bobby Myers

7    typically eat lunch with y'all?

8         A    Yes, sir.

9         Q    When he was on the site?

10        A    Yes, sir.

11        Q    And what was your

12   understanding of who Mr. Myers was

13   referring to when he made the comment in

14   the trailer?

15        A    He was referring to us.

16        Q    Who is "us"?

17        A    Me and Mr. Buckhanon.  Because

18   when he was talking -- when he was saying

19   it, he was looking directly at me and

20   Mr. Buckhanon.

21        Q    And when he says things like

22   you don't know anything or your kind don't

23   know anything, was there any specific task

```
 1    or job that he was talking about that you

 2    supposedly didn't know anything about

 3    doing?

 4         A    Yes, sir.

 5         Q    What was it?

 6         A    We was putting the headers

 7    above the doors, and we had to use the

 8    nail guns.  And I told Mr. Bobby, I said,

 9    I don't know how to use the nail gun.  He

10    told me to get up there anyway.

11         Q    Had you never used a nail gun

12    with your brother?

13         A    No, sir.

14         Q    Or on the Huff job site?

15         A    No, sir.

16         Q    Were you able to use it?

17         A    Yes, sir.

18         Q    Were you able to get that task

19    done, with the nail gun?

20         A    No, sir.  Not by myself.

21         Q    Who helped you?

22         A    Brad Connell.

23         Q    Are you aware -- well, did you
```

1    witness any other -- Mr. Myers using any
2    other racial slurs or derogatory terms
3    other than those two instances we talked
4    about?
5            A       No, sir.
6            Q       The Hispanics on the job site,
7    Mr. Buckhanon told me he remembered two.
8            A       Yes, sir.
9            Q       Is that consistent with your
10   recollection?
11           A       Yes, sir.
12           Q       Do you know their names?
13           A       No, sir.
14           Q       Do you know where they are?
15           A       Lowndes -- Lowndes County is
16   the only thing I can remember where they
17   said they was from.
18           Q       They said they were from
19   Lowndes County?
20           A       Yes, sir.
21           Q       Did you ever hear Mr. Myers
22   use racially derogatory terms toward the
23   Hispanic workers?

1       A      No, sir.

2       Q      Now, we've heard that

3  Mr. Myers would cuss and kind of get in

4  people's faces about getting things done;

5  right?

6       A      Yes, sir.

7       Q      Would he do that to all the

8  employees, black or white?

9       A      Yes, sir.

10      Q      Did you ever tell Mr. Myers --

11 or did you ever make any statement to

12 Mr. Myers to the effect that you didn't

13 appreciate his behavior or his language?

14      A      No, sir.

15      Q      Did you ever make any

16 complaint to Quinton, the project manager?

17      A      No, sir.

18      Q      Did you ever consider doing --

19 complaining to Mr. Myers or Mr. Quinton?

20      A      No, sir.

21      Q      Did you ever see Mr. John Huff

22 on the job site?

23      A      Yes, sir.

```
1          Q      Did you know who he was?
2          A      Yes, sir.
3          Q      Did you ever consider making
4     any complaint to Mr. Huff?
5          A      No, sir.
6          Q      When you took the job there at
7     Huff, were you given any documentation or
8     paperwork to keep concerning, you know,
9     your employment there?
10         A      No, sir.
11         Q      Do you recall or were you
12    present for the discussion between
13    Mr. Myers and Mr. Buckhanon concerning
14    this business about coming in from the
15    rain and the lightning?
16         A      Yes, sir.
17         Q      Tell me what you remember
18    about that.
19         A      We was working on the party
20    barn.  And before Mr. -- before Mr. Myers
21    called and ordered the concrete, me and
22    Brad Connell, we told Mr. Myers that it
23    looked like it was going to rain.  We
```

1  don't need to call the concrete truck.

2  And he said he was going to call them

3  anyway.

4       As soon as we got up there and

5  started pouring the concrete, it started

6  pouring down rain.  When we got started

7  halfway on the wall, it started pouring

8  down rain.  And Mr. Myers told us to keep

9  going, so we kept going.

10       Q    Did you hear Mr. Myers tell

11  Mr. Buckhanon to keep going and not quit

12  because of the rain?

13       A    Yes, sir.  He told all of us.

14       Q    Who else was involved in

15  that?

16       A    Mr. Buckhanon and the two

17  Mexicans.

18       Q    Tell me about -- well, your

19  claim that you filed --

20       A    Yes, sir.

21            (WHEREUPON, a document was

22  marked as Defendant's Exhibit Number 1 and

23  is attached to the original transcript.)

1          Q       Let me just show it to you
2     real quick.  It Defendant's 1.  Take a
3     look at that, Mr. Fraley, and tell me
4     if -- I'll represent to you that that is
5     the charge of discrimination that you
6     filed or was filed on your behalf with the
7     EEOC.  And do you remember preparing that?
8          A       Yes, sir.
9          Q       Is that your signature on the
10    bottom?
11         A       Yes, sir.
12         Q       Did you provide the
13    information contained in that document?
14         A       Yes, sir.
15         Q       And, specifically, I'm talking
16    about the narrative here.
17         A       Yes, sir.
18         Q       All right.  In this statement,
19    it indicates that you quit your job with
20    Huff and Associates on or about July 27,
21    2004.  Does that sound right?  Is that
22    accurate?
23         A       Say it again.

```
1         Q     Yes, sir.  Your statement says
2    you quit your job with Huff on or about
3    July 27 --
4         A     Yes, sir.
5         Q     -- 2004.
6         A     Yes, sir.
7         Q     Is that true?
8         A     Yes, sir.
9         Q     Tell me how that came about
10   and who you talked to and -- I mean, how
11   did you quit?  Why did you quit and how
12   did you quit?
13        A     Well, I quit because I just --
14   I didn't want to deal with Mr. Myers
15   anymore just talking to me any kind of
16   way.  And I just decided to quit because I
17   didn't want to go back and go hearing that
18   fuss every day.
19        Q     Who did you tell -- did you
20   tell anybody you were quitting?
21        A     No, sir.
22        Q     Did you just walk -- leave the
23   job and not come back?
```

1       A       Yes, sir.

2       Q       Did you go back ever to

3   collect a paycheck or anything like that?

4       A       Yes, sir.

5       Q       Did you go back with

6   Mr. Buckhanon to get your paycheck?

7       A       Yes, sir.

8       Q       Tell me about that.  Did you

9   see Mr. Myers on that day?

10      A       We got there.  It was -- if I

11  can go back.  The week before we got our

12  check, that's when we got the five dollars

13  from Mr. Myers.  And that evening we come

14  by the bank.  And we told Mr. Myers, said,

15  you can stop right here and we'll pay you

16  your five dollars.  He said he don't fool

17  with that bank, you know.  Just don't go

18  out and spend all your money on drugs.

19  Just have my five dollars.

20          Then when we got our check,

21  Mr. Myers and James Langley, they was

22  leaving.  And we pulled up and got out of

23  the truck.  We asked Mr. Myers for our

1    check.  And soon -- Mr. Buckhanon, he

2    asked Bobby, are you going to give us our

3    check?  He said, I ain't giving you

4    nothing till you give me my five dollars,

5    you ignorant niggers.  Y'all think y'all

6    just can keep some.  Just going on and

7    on.  And Mr. Garrett, he was standing

8    there, and he said, man, I wouldn't go

9    through that.  He wouldn't never talk to

10   me like that.

11        Q      Did both of you owe the five

12   dollars?

13        A      Yes.  Five apiece.

14        Q      And this conversation was

15   after you had quit?

16        A      Yes, sir.

17        Q      And so did you receive your

18   check that day?

19        A      Yes, sir.

20        Q      How did you get it?

21        A      Mr. Myers gave it to us.

22        Q      Have any further conversation

23   with him since then?

```
1           A       No, sir.

2           Q       Ever?

3           A       No, sir.

4           Q       Ever seen him around town?

5           A       I seen him, like, one or two

6    times, but I didn't say nothing to him.

7           Q       Can you tell me the names of

8    any other persons who could speak to

9    Mr. Myers -- first of all, speak to

10   Mr. Myers use of racial slurs on the job

11   site?  Other than Mr. Buckhanon and Jimmy

12   Langley, can you tell me of any other --

13   any other names of any other people that

14   could speak to that?

15          A       No, sir.

16          Q       All right.  Let me broaden the

17   question.  Other than Mr. Buckhanon,

18   Mr. Langley, and Mr. Connell, can you tell

19   me the names of any other people who could

20   speak to the nature of Mr. Myers' language

21   and behavior on the job site?

22          A       Brad Connell.

23          Q       Anybody other than him and
```

```
1   Mr. Buckhanon and Mr. Langley?
2        A    That's people that's on the
3   job or just --
4        Q    Yeah.
5        A    No.  That's it.  Just Brad
6   Connell.
7        Q    What about people that weren't
8   on the job?
9        A    Jerry Garrett.
10       Q    Was Jerry Garrett ever
11  employed by Huff?
12       A    No, sir.
13       Q    He just gave y'all a lift to
14  pick up your checks?
15       A    Yes, sir.
16       Q    Is he a friend of yours?
17       A    Yes, sir.
18       Q    Did you ever pay Mr. Huff -- I
19  mean, Mr. Myers the money -- five dollars
20  back?
21       A    No, sir.
22       Q    Other than the instances we've
23  talked about, can you tell me any other
```

1  occasion where Mr. Myers used racial slurs
2  to you or in your presence?
3        A      No, sir.
4        Q      Have you ever been arrested?
5        A      Yes, sir.
6        Q      For what?
7        A      Possession of marijuana.
8        Q      When?
9        A      Like, '98.
10       Q      And how was that resolved?
11       A      Probation.
12       Q      Any jail time?
13       A      No.  No, sir.
14       Q      Was that arrest here in
15  Tallassee?
16       A      Elmore County.
17       Q      How long was your probation?
18       A      A year.
19       Q      And you served that out?
20       A      Yes, sir.
21       Q      Any other arrest?
22       A      Another -- all of them
23  possession of marijuana.  2001.

```
1          Q     So two arrests for marijuana
2    possession?
3          A     Yes.
4          Q     What was the penalty for the
5    second time?
6          A     Supervised probation.
7          Q     For how long?
8          A     Two years.
9          Q     No jail time?
10         A     No, sir.
11         Q     Suspended sentence?
12         A     Yes, sir.
13         Q     Did you serve that probation?
14         A     Yes, sir.
15         Q     Any other arrest?
16         A     Just minor traffic tickets.
17         Q     Anything other than that?
18         A     No, sir.
19         Q     Did you plead guilty on these
20   marijuana charges?
21         A     Yes, sir.
22         Q     Did you have a lawyer?
23         A     Yes, sir.
```

```
1          Q      Who was it?
2          A      Mike Perdue.
3          Q      This second charge, was it
4   also in Elmore County?
5          A      Yes, sir.
6          Q      Since leaving Huff, have you
7   had any other source of income other than
8   with your brother and Hilyer?
9          A      Just with my brother.
10         Q      Have you worked at Hilyer at
11  all since you left Huff?
12         A      Yes, sir.
13         Q      You've been paid for that,
14  haven't you?
15         A      Yes, sir.
16         Q      Have you ever filed a lawsuit
17  other than this one?
18         A      No, sir.
19         Q      Is there anything else about
20  your claims against Huff that you consider
21  to be important that we haven't talked
22  about?
23         A      Johnny McDade, he was working,
```

1    doing something.  And Mr. Myers told him,

2    said, you stupid.  You don't know

3    nothing.  And that day -- Mr. McDade quit

4    that same day.

5           Q     Same day as you?

6           A     No.  Same day Mr. Myers made

7    that comment towards him, saying that he

8    don't know nothing.  He's stupid.

9    Mr. McDade said he's not going to let

10   anybody sit around and call him stupid.

11   He said he'll just quit.

12          Q     Did you hear Mr. Myers make

13   any racial statement to Mr. McDade?

14          A     No, sir.

15          Q     Is he white or black?

16          A     White.

17          Q     So Mr. McDade just quit

18   because of the way he was spoken to?

19          A     Yes, sir.

20          Q     Have you talked to Mr. McDade

21   since you left Huff?

22          A     No, sir.

23          Q     Where does he -- do you know

1   where Mr. McDade lives?

2         A      Not right now I don't.

3         Q      Mr. Connell -- if I remember

4   Mr. Buckhanon right, he said Mr. Connell

5   actually left Huff employment before y'all

6   did?

7         A      Yes, sir.

8         Q      And why did he leave?

9         A      Because him and Bobby

10  constantly arguing every day.

11        Q      About what?

12        A      Just stuff that Mr. Myers

13  would say towards him. He'd call him

14  stupid, he don't know nothing, just all

15  kinds of stuff like that.

16        Q      Anybody else quit while you

17  were there because of Mr. Myers?

18        A      Not that I recall.

19        Q      Did Mr. Myers fire anybody

20  else while you were there?

21        A      Not as I can recall right now.

22        Q      As I understand it from

23  Mr. Buckhanon, Mr. Myers told you that

1   Mr. Buckhanon had been fired?

2          A     Yes.

3          Q     Tell me what he told you about

4   that.

5          A     Us -- we was going --

6   Mr. Myers picked me up.  And I asked him

7   one day, I said, you're not going to stop

8   and get Barry?  He said, no, sir.  Don't

9   worry about Barry.  Barry is fired.  So I

10  went to work that day.  When I got home, I

11  went by Mr. Buckhanon's house, and I told

12  him that Mr. Myers said he was fired.

13         Q     Did Mr. Myers say anything

14  else to you about firing Mr. Buckhanon?

15         A     No, sir.

16         Q     As I understand it, you quit

17  the next day.  Does that sound right to

18  you?

19         A     I can't recall that.

20         Q     Well, I'm getting that from

21  these charges that you guys filed with the

22  EEOC.  Mr. Buckhanon's statement says that

23  he was terminated on July 26, 2004, and

```
1    your statement says, I quit my job on July
2    27, 2004.  Does that sound right?
3         A     Yes.
4         Q     So the day that Mr. Huff --
5    Mr. Myers -- the day that Mr. Myers picked
6    you up and told you that he had let
7    Mr. Buckhanon go, in fact, was your last
8    day?
9         A     I think so.
10        Q     You do not think so?
11        A     I said I do.
12        Q     That's fine.  Did Mr. Myers
13   show up to pick you up the day after you
14   quit?
15        A     Yes, sir.
16        Q     And what did you tell him?
17        A     I didn't go outside.  Just
18   stayed in the house.
19        Q     And he didn't come back after
20   that, did he?
21        A     No, sir.
22        Q     That's all I have.  Thank you
23   for your time.
```

1                    MR. BOWLES:  No questions.

2

3              FURTHER DEPONENT SAITH NOT

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

```
1              C E R T I F I C A T E

2

3      STATE OF ALABAMA  )

4      MONTGOMERY COUNTY )

5              I hereby certify that the above

6      and foregoing deposition was taken down by

7      me in stenotype, and the questions and

8      answers thereto were transcribed by means

9      of computer-aided transcription, and that

10     the foregoing represents a true and

11     correct transcript of the deposition given

12     by said witness upon said hearing.

13             I further certify that I am

14     neither of counsel nor of kin to the

15     parties to the action, nor am I in anywise

16     interested in the result of said cause.

17

18                     GWENDOLYN P. TIMBIE, CSR

19                     Certificate No:  AL-CSR-569

20

21     My Commission Expires
       March 4, 2009
22

23
```

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | | CHARGE NUMBER |
|---|---|---|
| | FEPA | |
| X | EEOC | 130-2004-04247 |

and EEOC

State or local Agency, if any

NAME(Indicate Mr., Ms., Mrs.)
Mr. Rodney Jermaine Fraley

HOME TELEPHONE (Include Area Code)
(334) 283-5092

STREET ADDRESS
640 Muskogee Trail

CITY, STATE AND ZIP CODE
Tallassee, Alabama 36078

DATE OF BIRTH
05/21/73

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME Huff & Associates
Construction Co., Inc.

NUMBER OF EMPLOYEES, MEMBERS
Unknown

TELEPHONE (Include Area Code)
(334) 749-0052

STREET ADDRESS
1220 Fox Run Pkwy.; PO Box 2427; Opelika, Alabama 36803-2427

COUNTY
Lee

NAME

TELEPHONE NUMBER (Include Area Code)

STREET ADDRESS

CITY, STATE AND ZIP CODE

AUG 31 2004

COUNTY

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE    [ ] COLOR    [ ] SEX    [ ] RELIGION    [ ] AGE
[ ] RETALIATION    [ ] NATIONAL ORIGIN    [ ] DISABILITY    [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)

[ ] CONTINUING ACTION

PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My name is Rodney Jermaine Fraley and I reside at 640 Muskogee Trail in Tallassee, Alabama 36078. I am currently 31 years of age with a date of birth of May 21, 1973. I completed the 11th grade. My race is black or African American.

On or about June 1, 2004, I went to work for Huff & Associates Construction Company, Inc. (hereinafter "Huff & Associates") as a laborer. The superintendent on the job site where I was initially employed was a long-time employee of Huff & Associates by the name of Bobby Myers. During the entire time that I worked for Huff & Associates, Mr. Myers was constantly cursing, ridiculing, insulting and otherwise intimidating the minority employees working under his supervision. Mr. Myers routinely used racial slurs in referring to black employees. Mr. Myers made no attempt to hide or suppress his racist views. I have personally heard Mr. Myers use a variety of racially derogatory terms in referring to black and other minority employees. On one occasion I overheard Mr. Myers say, "I ain't going to put up with a bunch of ignorant niggers on my job". On another occasion Mr. Myers became enraged over something and in speaking directly to me and another black employee by the name of Barry Bekhanon said, "Your kind don't know anything". In that same conversation Mr. Myers, in referring to another

(See Continuation Page)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| *Rodney Jermaine Fraley* | |
| Date 8/30/04    Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

FORM 5 (10/94)

DEFENDANT'S EXHIBIT

The Particulars Are:
(Continuation Page)

black employee, said, "Niggers like him don't know anything".  Mr. Myers also made insulting and denigrating comments to the Hispanic workers on the job site. For instance, he would tell them that "they needed to go back to Mexico and that they did not know anything".  Since Mr. Myers was the highest ranking employee of Huff & Associates on the job site, his constant cursing, ridiculing, insulting and otherwise intimidating behavior created a hostile work environment for all minority employees including myself.

I finally quit my job with Huff & Associates on or about July 27, 2004 because I could no longer tolerate the verbal and other abuse directed at me by Mr. Myers.

AUG 3 1

