# FREEDOM COURT REPORTING

1

```
 1        IN THE UNITED STATES DISTRICT COURT

 2      FOR THE MIDDLE DISTRICT OF ALABAMA

 3              EASTERN DIVISION

 4   CIVIL ACTION NUMBER:  3:05-cv-0741-WKW

 5   BARRY BUCKHANON and RODNEY FRALEY,

 6          Plaintiffs,

 7          vs.

 8   HUFF· & ASSOCIATES CONSTRUCTION

 9   COMPANY, INC.,

10          Defendant.

11

12      DEPOSITION OF JOHN D. HUFF, JR.

13            In accordance with Rule 5(d) of

14   The Alabama Rules of Civil Procedure as

15   Amended, effective May 15, 1988, I,

16   VIRGINIA DENESE BARRETT, am hereby

17   delivering to Mr. James R. Bowles, the

18   original transcript of the oral testimony

19   taken on the 26th day of April, 2006,

20   along with exhibits.

21            Please be advised that this is

22   the same and not retained by the Court

23   Reporter, nor filed with the Court.
```

ORIGINAL

EXHIBIT
1
G

# FREEDOM COURT REPORTING

2

1      IN THE UNITED STATES DISTRICT COURT

2      FOR THE MIDDLE DISTRICT OF ALABAMA

3              EASTERN DIVISION

4  CIVIL ACTION NUMBER: 3:05-cv-0741-WKW

5  BARRY BUCKHANON and RODNEY FRALEY,

6           Plaintiffs,

7           vs.

8  HUFF & ASSOCIATES CONSTRUCTION

9  COMPANY, INC.,

10           Defendant.

11

12           S T I P U L A T I O N

13           IT IS STIPULATED AND AGREED by

14  and between the parties through their

15  respective counsel, that the deposition of

16  JOHN D. HUFF, JR., may be taken before

17  Denese Barrett, Commissioner, at the

18  offices of Adams, Umbach, Davidson &

19  White, 205 South 9th Street, Opelika,

20  Alabama, on the 26th day of April, 2006.

21           IT IS FURTHER STIPULATED AND

22  AGREED that the signature to and the

23  reading of the deposition by the witness

# FREEDOM COURT REPORTING

3

1   is waived, the deposition to have the same

2   force and effect as if full compliance had

3   been had with all laws and rules of Court

4   relating to the taking of depositions.

5           IT IS FURTHER STIPULATED AND

6   AGREED that it shall not be necessary for

7   any objections except as to form or

8   leading questions, and that counsel for

9   the parties may make objections and assign

10   grounds at the time of the trial, or at

11   the time said deposition is offered in

12   evidence, or prior thereto.

13           IT IS FURTHER STIPULATED AND

14   AGREED that the notice of filing of the

15   deposition by the Commissioner is waived.

16

17

18

19

20

21

22

23

# FREEDOM COURT REPORTING

4

1                          INDEX

2    EXAMINATION  BY:                  PAGE  NUMBER:

3    Mr.  Bowles                              6

4                      EXHIBIT  INDEX

5    PLAINTIFFS'  EXHBIITS:           PAGE  NUMBER:

6    1 - Organizational  Chart            30

7    2 - May  1,  2004  Work  Force  Roster    33

8    3 - Current  Work  Force  Roster     36

9    4 - Terminations  in  2004           37

10

11

12

13

14

15

16

17

18

19

20

21

22

23

# FREEDOM COURT REPORTING

5

1            IN THE UNITED STATES DISTRICT COURT

2           FOR THE MIDDLE DISTRICT OF ALABAMA

3                   EASTERN DIVISION

4    CIVIL ACTION NUMBER:  3:05-cv-0741-WKW

5    BARRY BUCKHANON and RODNEY FRALEY,

6                Plaintiffs,

7                vs.

8    HUFF & ASSOCIATES CONSTRUCTION

9    COMPANY, INC.,

10                Defendant.

11   BEFORE:

12     VIRGINIA DENESE BARRETT, Commissioner

13   APPEARANCES:

14                BOWLES & COTTLE, by Mr. James R.

15   Bowles, 2 South Dubois Avenue, Tallassee,

16   Alabama 36078, appearing on behalf of the

17   Plaintiffs.

18                RUSHTON, STAKELY, JOHNSTON &

19   GARRETT, by Mr. Ben C. Wilson, 184

20   Commerce Street, Montgomery, Alabama,

21   36104, appearing on behalf of the

22   Defendant.

23   ALSO PRESENT:  Ms. Patricia Huff

# FREEDOM COURT REPORTING

6

1                    JOHN D. HUFF, JR.

2            The witness, having been first

3      duly sworn or affirmed to speak the truth,

4      the whole truth, and nothing but the

5      truth, testified as follows:

6                    EXAMINATION

7      BY MR. BOWLES:

8            Q.     Mr. Huff, you sat in on

9      Mr. Myers' deposition, so you know sort of

10     how this is going to go.

11           A.     Yes, sir.

12           Q.     I'm Bobby Bowles, and I

13     represent Barry Buckhanon and Rodney

14     Fraley in this lawsuit they filed against

15     your company, Huff and Associates

16     Construction Company.

17           A.     Yes.

18           Q.     I'm going to ask you some

19     questions this morning.  Some of the

20     questions will be background information,

21     and some of them will be about the case.

22     If I ask you a question that you don't

23     understand, just ask me to repeat it or

# FREEDOM COURT REPORTING

7

1    rephrase it for you.

2         A.    Okay.

3         Q.    I'm not trying to trick you.

4    I just want to find out what you know

5    about the case.

6         A.    All right.

7         Q.    If you need to take a break

8    at any time, just let us know and we can

9    stop.  If you need to get a drink of water

10   or you need to go to the rest room,

11   anything like that.  Okay?

12        A.    Yes, sir.

13        Q.    Would you state your full

14   name for the record?

15        A.    John D. Huff, Jr.

16        Q.    Where do you live, Mr. Huff?

17        A.    2025 Country Square Road,

18   Auburn, Alabama.

19        Q.    All right.  How long have you

20   lived at that address?

21        A.    Thirty years.

22        Q.    How old are you?

23        A.    Sixty-one.

# FREEDOM COURT REPORTING

8

```
 1          Q.    Okay.  And what's your
 2   birthday?
 3          A.    1/20/45.
 4          Q.    Okay.  Can you hear me okay?
 5          A.    Yes, sir.
 6          Q.    Okay.  Sometimes I don't hear
 7   so good.
 8          A.    You might not can hear me
 9   sometimes, but --
10          Q.    Okay.  And I assume you're
11   married and this is your wife with you
12   today?
13          A.    That's correct.  Yes, sir.
14          Q.    And for the record, what is
15   your wife's name?
16          A.    Patricia M. Huff.
17          Q.    How long have you and your
18   wife been married to each other?
19          A.    Forty years.
20          Q.    Do you have any children?
21          A.    Two children.
22          Q.    What are their names and
23   ages?
```

# FREEDOM COURT REPORTING

9

1        A.      John I. Huff.  He's my son.

2  He's thirty-seven years old.

3        Q.      Where does your son live and

4  work?

5        A.      He lives in Auburn.  He lives

6  in -- he works for me.

7        Q.      He works for Huff and

8  Associates?

9        A.      Yes, sir.

10       Q.      What does he do for Huff and

11  Associates?

12       A.      He's a project manager.

13       Q.      And do you have another

14  child?

15       A.      Yes, sir.  I've got a

16  daughter named Heather Ann Huff.

17       Q.      Where does she live?

18       A.      She lives in Atlanta,

19  Georgia.

20       Q.      Does she work?

21       A.      Yes, sir.  She works with a

22  computer service.

23       Q.      Okay.  Have you ever been

# FREEDOM COURT REPORTING

10

1    married to anyone else?

2         A.    No, sir.

3         Q.    Okay.  Can you briefly give

4    me your educational background?

5         A.    Yes, sir.  I graduated from

6    Waycross High School in 1963.  Went to

7    Auburn University.  I graduated from

8    Auburn University in 1968.  Went to work.

9    That's my education.

10        Q.    What was your major in at

11   Auburn?

12        A.    Building construction.  It

13   was building construction.

14        Q.    Have you been in the building

15   construction industry ever since you

16   graduated from college?

17        A.    Yes, sir.

18        Q.    And before I get into all of

19   that, do you belong to any clubs or

20   fraternal organizations in Lee County like

21   the Rotary Club, Lions Club, anything like

22   that?

23        A.    No, sir.

# FREEDOM COURT REPORTING

11

1          Q.     Okay.  Do you belong to any

2     fraternal organizations?

3          A.     No, sir.

4          Q.     Like the Moose Club or

5     something like that?

6          A.     No, sir.

7          Q.     Have you ever been in the

8     military?

9          A.     No, sir.

10         Q.     Okay.  Do you attend church?

11         A.     Yes, sir.

12         Q.     Where do you go to church?

13         A.     Well, I go to First Baptist

14    Church in Opelika.

15         Q.     Are you a member of that

16    church?

17         A.     Yes, sir.

18         Q.     And do you hold any position

19    in the church?

20         A.     No, sir.

21         Q.     Okay.  And I know the answer

22    to this.  But are you affiliated with Huff

23    and Associates Construction Company?

# FREEDOM COURT REPORTING

12

1          A.     I'm president.

2          Q.     Okay.  And is Huff and

3    Associates Construction Company a

4    corporation?

5          A.     That is correct.

6          Q.     Okay.  Do you recall when

7    Huff and Associates Construction Company

8    was first incorporated?

9          A.     It was incorporated in 1976

10   under the name of Gibbs and Huff.  Then

11   two years later in 1978, my partner was --

12   we went different ways and I had to change

13   the name to Huff and Associates.

14         Q.     I'm sorry.  What was the

15   first name of the company?

16         A.     Gibbs and Huff.

17         Q.     Okay.  And was this just a

18   name change of the corporation?

19         A.     Yes, sir.

20         Q.     It wasn't a brand new

21   corporation?

22         A.     No, sir.  It was a name

23   change.

# FREEDOM COURT REPORTING

13

1    Q.    For convenience sake, I'm

2    just going to call this Huff and

3    Associates from here on out.

4    A.    That's correct.

5    Q.    Was Huff and Associates

6    incorporated in Lee County?

7    A.    I think that is correct.

8    Yeah.  I -- it was an Alabama corporation.

9    Q.    Where is the principal office

10   of the corporation?

11   A.    1220 Foxwood Parkway,

12   Opelika, Alabama.

13   Q.    What is that zip?

14   A.    36803.

15   Q.    Okay.  Does Huff and

16   Associates have any offices other than the

17   one in Opelika?

18   A.    No.

19   Q.    Do you have one in any other

20   city?

21   A.    No, sir.

22   Q.    Or any other state?

23   A.    No, sir.

# FREEDOM COURT REPORTING

14

1        Q.    What type of construction

2  work does Huff and Associates primarily

3  perform?

4        A.    We're general contractors.

5        Q.    Is it mostly commercial work?

6        A.    No, sir.  Mostly apartments.

7        Q.    Okay.  Do you do any

8  commercial work?

9        A.    We have in the past.  Won't

10  in the future.

11        Q.    You won't in the future?

12        A.    That's correct.

13        Q.    Okay.  Do you build any

14  houses?

15        A.    No, sir.

16        Q.    Mostly apartments?

17        A.    That's correct.  Yes, sir.

18        Q.    Mostly on the university

19  campus or off campus?

20        A.    Most of these are financed

21  apartments.

22        Q.    Okay.  And do you do any work

23  outside the state of Alabama?

# FREEDOM COURT REPORTING

15

```
1            A.      Yes, sir.

2            Q.      What other states do you

3    operate in?

4            A.      Georgia, Florida, Mississippi

5    and Tennessee.

6            Q.      Okay.  And do you operate in

7    all parts of Alabama?

8            A.      Yes, sir.

9            Q.      Okay.  How many full-time

10   employees does Huff and Associates have at

11   the present time?

12           A.      I would say twenty.  I really

13   don't know.  I'd have to go back and look

14   in the payroll because I really don't know

15   there.

16           Q.      I'm not trying to pin you

17   down, but would you say about twenty?

18           A.      Yes, sir.

19           Q.      And has that been pretty much

20   the average over the years?

21           A.      Yes, sir.

22           Q.      All right.  And do you also

23   have some part-time employees?
```

# FREEDOM COURT REPORTING

16

1    A.    Yes, sir.

2    Q.    Approximately how many

3    part-time employees do you keep on the

4    payroll?

5    A.    It depends on how many jobs

6    we have going on.  If we have five jobs,

7    we've probably got twenty-five additional

8    people.

9    Q.    Okay.  Do you sub out a lot

10   of your work?

11   A.    Most of our work in the

12   apartment work is about ninety-five

13   percent subbed out.

14   Q.    Okay.  Now, I believe you

15   said you were the president of Huff and

16   Associates; is that correct?

17   A.    That is correct.  That's

18   correct.

19   Q.    How long have you been the

20   president?

21   A.    Since the formation.

22   Q.    Since 1976?

23   A.    Yeah.

# FREEDOM COURT REPORTING

17

1     Q.     Or '78?

2     A.     Yes, sir.

3     Q.     Okay.  And who is the vice

4  president of Huff and Associates?

5     A.     There's not one.

6     Q.     Who is the secretary?

7     A.     My wife.

8     Q.     Okay.  And who is the

9  treasurer?

10     A.     My wife.

11     Q.     Okay.

12     A.     Patricia M. Huff.

13     Q.     Okay.  Do you have a board of

14  directors of the corporation?

15     A.     Yes.

16     Q.     Who all is on the board of

17  directors?

18     A.     Me and my wife.

19     Q.     Just the two of you?

20     A.     Yes.

21     Q.     Has there ever been anybody

22  else on the board of directors?

23     A.     I'd have to go back and

# FREEDOM COURT REPORTING

18

1    check.  I really don't know.

2         Q.    But you don't remember

3    anybody?

4         A.    I don't remember.  No, sir.

5         Q.    And who are the stockholders

6    of the corporation?

7         A.    Myself.

8         Q.    Are you the sole stockholder?

9         A.    Yes, sir.

10         Q.    Do you own one hundred

11    percent of the stock?

12         A.    Yes, sir.  Yes, sir.

13         Q.    Mr. Huff, do you know Robert

14    L. Myers, Jr., also known as Bobby Myers?

15         A.    Yes, sir.

16         Q.    I know you sat in on this,

17    and you may think these are foolish

18    questions because I've already asked him

19    some of them.  But I want to get your

20    answers on the record.  Okay.  Is Bobby --

21    I'm going to call him Bobby Myers if

22    that's okay, because that's what you call

23    him, isn't it?

# FREEDOM COURT REPORTING

19

1        A.    Yes.

2        Q.    Is Bobby Myers currently

3   employed by Huff and Associates?

4        A.    No, sir.

5        Q.    When was Mr. Myers first

6   hired by Huff and Associates?

7        A.    I'd have to go back and look.

8   He was hired at one time, and then he left

9   us and then he stayed gone.  And then he

10  came back and we hired him again.  So I

11  really don't -- I can't give you dates.

12       Q.    If some of the records show

13  that he might have been hired the second

14  time in 1994, would that be about right?

15       A.    I would assume so.

16       Q.    Okay.  He'd been there about

17  ten or twelve years before he left?

18       A.    I don't -- I'd have to go

19  back and look at the records to be able to

20  be sure.

21       Q.    Is Mr. Myers now retired from

22  Huff and Associates?

23       A.    Yes, sir.

# FREEDOM COURT REPORTING

20

1    Q.    When did he retire?

2    A.    He retired after we finished

3    the KA job.

4    Q.    Do you remember when that

5    was?

6    A.    No, sir, I don't.

7    Q.    If he said it was in February

8    of '06, would that sound about right?

9    A.    I would have to assume that's

10   correct.

11   Q.    Okay.  Did Mr. Myers work

12   continuously for Huff and Associates from

13   the time he came back the second time up

14   until his retirement?

15   A.    Right there I'd have to go

16   back and look at the record because I'm

17   not sure.  I want to say yes, but then

18   I've got my doubts that it was.  But I

19   don't really know.

20   Q.    Okay.  And what was

21   Mr. Myers' job during this last tenure of

22   employment with Huff and Associates?

23   A.    He was a superintendent of

# FREEDOM COURT REPORTING

21

1     the jobs.

2          Q.     Okay.   And did he ever hold

3     any other position that you know of for

4     the company?

5          A.     Well, back when he was first

6     hired, back the first time when he was

7     hired, he was hired as a mechanic and to

8     maintain my equipment.

9          Q.     Okay.   Within the second

10    tenure, just say the last ten years or so,

11    his job was strictly as a superintendent?

12         A.     Yes, sir.

13         Q.     Okay.   What are a

14    superintendent's duties with your company?

15         A.     Superintendent is designated

16    a job to build according to the plans and

17    specifications of the contract.

18         Q.     Okay.   Is the superintendent

19    the highest ranking employee of Huff and

20    Associates on the job site?

21         A.     Well, full-time.   He's a

22    hired full-time employee.   But we have

23    project managers that go by once a week to

# FREEDOM COURT REPORTING

22

1    get with the superintendent to coordinate

2    subs and materials and necessary items

3    that he needed to build the job.

4         Q.    Is the superintendent on the

5    job site the person that's responsible for

6    hiring and firing of employees?

7         A.    Yes, sir.

8         Q.    Okay.  Do you consider

9    yourself to be a personal friend of Bobby

10   Myers?

11        A.    Yes, sir.

12        Q.    Okay.  Do you know him well?

13        A.    Well, business side, yes.

14        Q.    Do y'all socialize together?

15        A.    No, sir.  Well, once in a

16   while, but not regular.

17        Q.    Well, I understand you see

18   each other at work every day?

19        A.    Oh, yes, sir.

20        Q.    Or frequently.  But I'm

21   talking about after hours.

22        A.    No.

23        Q.    Do y'all ever visit in each

# FREEDOM COURT REPORTING

23

1  other's home?

2       A.    No, sir.  Well, yes, sir, at

3  a Christmas party.  That's what I'm

4  saying.  At a Christmas party or something

5  like that, a company function.

6       Q.    That's where everybody gets

7  together?

8       A.    Yes, sir.

9       Q.    But have you ever been to his

10  house to eat dinner?

11       A.    No, sir.

12       Q.    Has he ever been to your

13  house to eat dinner?

14       A.    Not -- not that I recall.

15       Q.    Okay.  How often did you

16  visit the job sites where Bobby Myers was

17  the superintendent during the period of

18  time that he was working for Huff and

19  Associates?

20       A.    Myself, I really couldn't say

21  I went over there, you know -- I couldn't

22  really say.  I tried to go by at least

23  once a week to once a month.

# FREEDOM COURT REPORTING

24

1    Q.    During the times that you've

2    been around Bobby Myers, have you ever

3    heard him use the word nigger when he was

4    referring to black employees of Huff and

5    Associates?

6    A.    No, sir.

7    Q.    Never heard him use that

8    word?

9    A.    No, sir.

10    Q.    I want to ask you this in two

11    different ways.  Have you ever overheard

12    Bobby Myers use the word nigger when he

13    was just referring to black employees of

14    Huff and Associates?

15    A.    No, sir.  No, sir.

16    Q.    Have you ever heard Bobby

17    Myers use the word nigger when he was

18    actually talking to black employees of

19    Huff and Associates?

20    A.    No, sir.

21    Q.    Okay.  Have you ever heard

22    Bobby Myers use the word nigger when he

23    was just referring to black folks in

# FREEDOM COURT REPORTING

25

1   general?

2          A.     No, sir.

3          Q.     Have you ever heard Bobby

4   Myers use the word nigger at any time

5   during the years that you've known him?

6          A.     No, sir, I haven't.

7          Q.     Okay.  Do you use the word

8   yourself?

9          A.     No, sir.

10          Q.     Have you ever overheard Bobby

11   Myers tell black employees of Huff and

12   Associates, quote, Your kind don't know

13   anything, end of quote?

14          A.     No, sir.

15          Q.     Have you ever heard Bobby

16   Myers make insulting and denigrating

17   comments to the Mexican or Hispanic

18   workers on his job sites?

19          A.     No, sir, I haven't.

20          Q.     Have you ever heard Bobby

21   Myers tell the Hispanic or Mexican

22   workers, quote, They needed to go back to

23   Mexico and that they didn't know anything,

# FREEDOM COURT REPORTING

26

1    end of quote?

2         A.    No, sir.  No, sir.

3         Q.    Have you ever heard Bobby

4    Myers swearing or cursing at employees of

5    Huff and Associates?

6         A.    No, sir.

7         Q.    Do you know whether or not

8    Bobby Myers uses profane language?

9         A.    Not to my knowledge.

10        Q.    You never heard him use any?

11        A.    No, sir.

12        Q.    Is swearing, cursing and

13   using racial slurs acceptable behavior at

14   Huff and Associates?

15        A.    No, sir, it's not.

16        Q.    Does Huff and Associates have

17   any kind of policy whether it's written or

18   unwritten regarding the use of offensive

19   and racially derogatory language by its

20   employees?

21        A.    Well, there's a sign on the

22   job, every job we have.  It says equal

23   opportunity employer that gives all of

# FREEDOM COURT REPORTING

27

1  that stuff.  Everybody is aware of it.

2  And we are an equal opportunity employee.

3  Repeat the question.  I might not have

4  answered it.

5       Q.    But if you knew that one of

6  your employees was using racial slurs and

7  racial derogatory language in addressing

8  black employees, would you put up with it?

9       A.    No, sir.

10       Q.    What would you do?

11       A.    If I knew -- if I knew about

12  it, I would investigate it and find out

13  the truth and then I'd take the necessary

14  action.

15       Q.    Would you fire them?

16       A.    Yes.  If that was what it

17  took, yes.

18       Q.    Has anybody ever reported to

19  you that Bobby Myers was using profane

20  racially derogatory language towards

21  employees of Huff and Associates?

22       A.    No, sir.

23       Q.    Have you ever received any

# FREEDOM COURT REPORTING

28

1    complaints from anyone that Bobby Myers

2    was abusive, intimidating and threatening

3    towards your employees?

4            A.    No, sir.

5            Q.    And you have never personally

6    witnessed anything like that, have you?

7            A.    No, sir, I haven't.

8            Q.    Do you consider Bobby Myers

9    to be a racist?

10           A.    No, sir.

11           Q.    Do you know Barry Buckhanon

12   and Rodney Fraley?

13           A.    No, sir.  I have not -- I

14   have not -- I have not met them

15   personally.  To my knowledge, no.  I know

16   they worked on the job and while I was out

17   there and I could have seen them.  But I

18   couldn't tell you what they look like.

19           Q.    Do you know James Langley?

20           A.    Yes, sir.

21           Q.    Do you know where he's living

22   or working these days?

23           A.    He's working for us.

# FREEDOM COURT REPORTING

29

1          Q.     For Huff?

2          A.     Yes.

3          Q.     He's working for Huff and

4    Associates?

5          A.     Yes.

6          Q.     On what job?

7          A.     He was in -- let's see.  It's

8    an apartment renovation that we're doing

9    in Tuskegee, Alabama.

10         Q.     Do you know where he lives?

11         A.     He lives somewhere around

12   Tallassee.  I'm not sure exactly where it

13   is.

14         Q.     Okay.  Have you talked to

15   James Langley about this lawsuit?

16         A.     No, sir.

17         Q.     Have you talked to anybody

18   about this lawsuit other than your

19   attorney?

20         A.     No, sir.

21         Q.     Okay.

22         A.     My wife.

23         Q.     Well, have you talked to

# FREEDOM COURT REPORTING

30

1    Mr. Myers about it?

2         A.    Well, no, sir.

3         Q.    Y'all didn't discuss it

4    before you came in today?

5         A.    No, sir.

6              MR. WILSON:  They've talked --

7                   the three of us have

8                   discussed it.

9         A.    Well, the three of us talked.

10   Not individually I have not talked to

11   Bobby Myers about it.

12        Q.    I don't want you to tell me

13   what you talked about in front of

14   Mr. Wilson.  But I'm just wondering if you

15   and Mr. Myers had gotten together

16   somewhere and talked about it.

17        A.    No, sir.  No.

18        Q.    Let me show you what I've

19   marked as Plaintiffs' Exhibit Number 1 and

20   ask you if you've ever seen that document?

21        A.    I would assume this is a

22   document we turned in to Auburn University

23   or somebody on the KA House.

# FREEDOM COURT REPORTING

31

1    Q.    Okay.  What is that?

2    A.    That's sort of a flow chart

3  that showed how the organization is set

4  up.  Of course, it's got -- it doesn't

5  have my name up there, but it's got my

6  son's name, John I. Huff, project manager;

7  Quentin Williams, project manager; Bobby

8  Myers, superintendent.  And that's the

9  flow of the -- that's how you progress.

10    Q.    Okay.  This says this is the

11  organizational chart for the KA House?

12    A.    Yes, sir.

13    Q.    June the 1st, 2004 through

14  July the 30th, 2004?

15    A.    Yes, sir.

16    Q.    And does that show that John

17  I. Huff was the senior project manager?

18    A.    That's correct.

19    Q.    That is yourself?

20    A.    No.  That's my son.

21    Q.    Oh, your son.  I'm sorry.

22  And that Quentin William was the project

23  manager?

# FREEDOM COURT REPORTING

32

1        A.      Under John I., yes, sir.

2        Q.      Quentin Williams was the

3    project manager?

4        A.      That is correct.

5        Q.      Now, we haven't talked about

6    Quentin Williams very much.  Who is he?

7        A.      He's a project manager that

8    we hired to help the superintendent to

9    build the job.

10       Q.      Does he still work for Huff

11   and Associates?

12       A.      No, sir.

13       Q.      Where does he work these

14   days?

15       A.      He's here somewhere in Lee

16   County.  He left us and started building

17   houses.

18       Q.      Okay.  But he lives here in

19   Lee County?

20       A.      Yeah.  To my knowledge, he

21   does.

22       Q.      How long did he work for Huff

23   and Associates?

# FREEDOM COURT REPORTING

33

1      A.     I would say -- if I had to

2  guess, I'd say over a year.  But I'd have

3  to check the reports.

4      Q.     Was this the only job he

5  worked on?

6      A.     No, sir.  He worked on that

7  one job in Alex City -- I mean, not Alex

8  City.  Roanoke.  Roanoke on the high

9  school.

10      Q.     And, of course, this document

11  shows that Robert Myers was the

12  superintendent?

13      A.     Yes, sir.

14      Q.     And then under him you've got

15  the carpenters and laborers?

16      A.     That's correct.

17      Q.     Let me show you what I've

18  marked as Plaintiffs' Exhibit Number 2 and

19  ask if you can identify that document?

20      A.     This is the -- something

21  somebody prepared.  It shows the name of

22  the people and the project manager, the

23  carpenters and laborers, I assume.  I

# FREEDOM COURT REPORTING

34

1   assume that's for the KA House.  I really

2   don't know.

3        Q.     This says that this is the

4   work force roster for Huff and Associates

5   as of May the 1st, 2004; is that correct?

6        A.    No.  That's for -- like I

7   say, I assume that's for the KA House, but

8   it doesn't say that.

9        Q.    Okay.  So you don't know if

10  this is limited just to the KA House or

11  whether it's for the whole company?

12       A.    I know it's not for the whole

13  company.

14            MR. WILSON:  Just to clarify, I

15                think I can clear it up.  I

16                think that was prepared for

17                EEOC, and that is our

18                understanding of the KA

19                House roster.

20       Q.    Okay.  Who is Willie Frank

21  Finley?  Do you know him?

22       A.    Yeah.

23       Q.    Does he still work for Huff

# FREEDOM COURT REPORTING

35

1    and Associates?

2          A.     No, sir.  He retired.  He's a

3    colored guy.

4          Q.     Is he black?

5          A.     Yes, sir.

6          Q.     Who is Hiber Espinosa?

7          A.     I don't know him.

8          Q.     Do you know him?

9          A.     No, sir.

10         Q.     Does he still work for Huff

11   and Associates?

12         A.     Not to my knowledge.

13         Q.     Okay.  Do you know Kenneth

14   McClellan?

15         A.     No, sir.

16         Q.     Does he still work for Huff

17   and Associates?

18         A.     Not to my knowledge.

19         Q.     Okay.  Do you know Raymond

20   Morales?

21         A.     No, sir.

22         Q.     Does he still work for Huff

23   and Associates?

# FREEDOM COURT REPORTING

36

1        A.    I have no idea.

2        Q.    Let me show you what I've

3  marked as Plaintiffs' Exhibit Number 3 and

4  ask you if you've ever seen that document?

5        A.    That's the same thing we just

6  discussed, which I would assume it's a

7  different week.  I really don't know what

8  it refers to.

9        Q.    It says Huff and Associates

10  current work force roster.  But you don't

11  know what current period that was, do you?

12        A.    No.  That is correct.  No,

13  sir, I don't.

14             MR. WILSON:  Again, that may be

15                  the current roster on the

16                  KA project as of the time

17                  that was created.

18        Q.    Okay.  Do you know Rodrigo

19  Baez?

20        A.    No, sir.

21        Q.    Is he an employee of Huff and

22  Associates?

23        A.    I have no idea.

# FREEDOM COURT REPORTING

37

1    Q.    Let me show you what I've

2  marked as Plaintiffs' Exhibit Number 4 and

3  ask you if you've ever seen that document?

4    A.    If I -- if I might have

5  looked at it.  I don't know what it is.  I

6  mean, I don't know.  You know, I don't

7  know who prepared it or why it was

8  prepared.  That's part of my payroll

9  people that keeps up with this and part my

10  wife who oversees it to get up a report

11  like this.

12    Q.    Okay.  Does this appear to be

13  a list of Huff and Associates terminations

14  in 2004?  Is that what it appears to be?

15    A.    Yes, sir.  I would assume so.

16  But there again, I don't know whether it

17  was the whole company or KA House or you

18  know, what, because it doesn't say that.

19    Q.    Do you know who prepared this

20  document?

21    A.    No, sir.  I'd have to ask my

22  wife.  But me personally, I don't know

23  who.  I didn't.

# FREEDOM COURT REPORTING

38

1          MR. BOWLES:  Okay.  I'd like to

2                  offer Plaintiffs' Exhibits

3                  1 through 4 as attachments

4                  to the deposition.

5          Q.     Mr. Huff, let me just put

6     this on the record.  I don't want to ask

7     too many questions about this, but are you

8     currently having any health problems?

9          A.     No, sir.

10         Q.     Have you had a stroke?

11         A.     Yes, sir, I have.

12         Q.     Okay.  When did you have your

13    stroke?

14         A.     Thirteen years ago.  I think

15    it was July the 17th, 1994.

16         Q.     Okay.  Have you been able to

17    continue working after that full --

18         A.     Yes, sir.  After I -- after

19    six weeks of rehab, I went straight back

20    to work.

21         Q.     Okay.  Are you still working

22    full-time?

23         A.     I sure am.  Yes, sir.

# FREEDOM COURT REPORTING

39

1    Q.    Okay.  Well, that's

2    commendable.  But I'm just wondering if

3    you have been limited in any way by your

4    health.

5    A.    Well, I have by going on the

6    jobs and walking.  You know, where it's

7    raining or something like that, I have to

8    take my time when I go on the job so I

9    don't get hurt or cause an accident.

10    Q.    Okay.  Has your memory been

11    affected in any way by the stroke?

12    A.    Not the least, thank

13    goodness.

14    Q.    It's just all physical?

15    A.    Yes.  Just the left side, leg

16    and arm.

17    Q.    Okay.  But your mind is fine?

18    A.    Yes, sir.

19        MR. BOWLES:  Okay.  I believe

20            that's all.  Thank you very

21            much.

22        MR. WILSON:  I don't have

23            anything.

# FREEDOM COURT REPORTING

40

```
 1                    CERTIFICATE

 2

 3    STATE OF ALABAMA

 4    ELMORE COUNTY

 5

 6          I hereby certify that the

 7    above and foregoing deposition was

 8    taken down by me in stenotype and the

 9    questions and answers thereto were

10    transcribed by means of computer-aided

11    transcription, and that the foregoing

12    represents a true and correct transcript

13    of the testimony given by said witness

14    upon said hearing.

15          I further certify that I am

16    neither of counsel, nor of kin to the

17    parties to the action, nor am I in anywise

18    interested in the result of said cause.

19

20

21    _Virginia Dense Barrett_____

22    VIRGINIA DENESE BARRETT

23    MY COMMISSION EXPIRES 5/19/07
```

# HUFF & ASSOCIATES CONSTRUCTION COMPANY
## ORGANIZATIONAL CHART FOR THE KA HOUSE
### JUNE 1, 2004 THROUGH JULY 30, 2004

JOHN I HUFF, SENIOR PROJECT MANAGER

↓

QUENTIN WILLIAMS - PROJECT MANAGER

↓

ROBERT MYERS - SUPERINTENDENT

↓

CARPENTERS            LABORERS

PLAINTIFF'S
EXHIBIT
1

## HUFF & ASSOCIATES MAY 1, 2004 WORK FORCE ROSTER

| NAME | RACE | EMPLOYMENT DATE | TITLE |
|------|------|-----------------|-------|
| QUENTIN WILLIAMS | ? | | PROJECT MANAGER |
| ROBERT MYERS | ? | 01/10/1994 | SUPERINTENDANT |
| JAMES LANGLEY | ? | 08/20/1998 | CARPENTER |
| MARK MYERS | ? | 11/12/2001 | CARPENTER |
| WILLIE FRANK FINLEY | ? | 06/18/2001 | LABORER |
| HIBER ESPINOSA | ? | 09/11/2001 | LABORER |
| KENNETH MCCLELLAN | ? | 04/19/2004 | LABORER |
| RAMON MORALES | ? | 05/03/2004 | LABORER |

**PLAINTIFF'S EXHIBIT**

tabbies

2

EEOC
00047

## HUFF & ASSOCIATES CURRENT WORK FORCE ROSTER

| NAME | RACE | EMPLOYMENT DATE | TITLE |
|---|---|---|---|
| ROBERT MYERS | ? | 01/10/1994 | SUPERINTENDANT |
| MARK MYERS | ? | 11/12/2001 | CARPENTER |
| WILLIE FRANK FINLEY | ? | 06/18/2001 | LABORER |
| RODRIGO BAEZ | ? | 11/02/2004 | LABORER |

PLAINTIFF'S
EXHIBIT

3

EEOC
00046

## HUFF & ASSOCIATES TERMINATIONS IN 2004

| NAME | RACE | EMPLOY. DATE | TITLE | TERM. DATE | REASON | TERM. OFFICIAL |
|---|---|---|---|---|---|---|
| TRAVIS GILSON | ✓ | 01/01/1999 | CARPENTER | 06/24/2004 | QUIT | MYERS |
| DANIEL RODRIGUEZ | ✓ | 02/12/2002 | LABORER | 06/16/2004 | QUIT | BATTLE |
| ARTEMIO SANTIZ | ✓ | 08/28/2002 | LABORER | 07/31/2004 | QUIT | BATTLE |
| JUAN RODRIGUEZ | ✓ | 08/05/2003 | LABORER | 07/16/2004 | QUIT | BATTLE |
| CHRISTOPHER JACKSON | ✓ | 07/16/2003 | LABORER | 06/16/2004 | QUIT | BATTLE |
| ROBERT ASHLER | ✓ | 11/04/2003 | LABORER | 08/28/2004 | LAY-OFF | VANAUSDALL |
| JAMES WRIGHT | ✓ | 01/05/2004 | LABORER | 06/10/2004 | QUIT | MANN |
| JAMES MONEY | ✓ | 11/11/2002 | LABORER | 08/12/2004 | QUIT | MANN |
| JUSTIN HENRY | ✓ | 09/15/2003 | CARPENTER | 05/26/2004 | QUIT | BATTLE |
| ERVIN CARTLIDGE | ✓ | 02/04/2003 | CARPENTER | 06/30/2004 | DISCHARGE | BATTLE |
| DEAS LAMB | ✓ | 06/04/2003 | LABORER | 02/16/2004 | QUIT | MYERS |
| VANN WEBB | ✓ | 06/23/2003 | CARPENTER | 02/21/2004 | QUIT | MYERS |
| RIGOBERTO AGUILAR | ✓ | 06/23/2003 | CARPENTER | 04/24/2004 | QUIT | MANN |
| KENNETH MCCLELLAN | ✓ | 04/19/2004 | LABORER | 06/23/2004 | QUIT | WELDON |
| JOSH HENRY | ✓ | 10/27/2003 | LABORER | 05/05/2004 | QUIT | MYERS |
| TRISTAN HAYNES | ✓ | 11/17/2003 | LABORER | 03/02/2004 | DISCHARGE | BATTLE |
| JOSHUA BISHOP | ✓ | 11/27/2003 | LABORER | 01/19/2004 | QUIT | WELDON |
| PAUL RENZULLI | ✓ | 12/02/2003 | LABORER | 03/26/2004 | QUIT | WELDON |
| STEVEN BROWN | ✓ | 12/30/2003 | LABORER | 01/30/2004 | DISCHARGE | VANAUSDALL |
| DAVID MCDANIEL | ✓ | 03/03/2004 | LABORER | 03/30/2004 | QUIT | BATTLE |
| JASON HYBIAK | ✓ | 03/03/2004 | CARPENTER | 03/08/2004 | QUIT | VANAUSDALL |
| WILLIAM GRUBBS | ✓ | 05/10/2004 | LABORER | 05/28/2004 | QUIT | WELDON |
| ROBERT CONNELL | ✓ | 05/10/2004 | LABORER | 07/05/2004 | QUIT | MANN |
| JIMMY CUMMINGS | ✓ | 05/11/2004 | LABORER | 05/18/2004 | QUIT | MYERS |
| BARRY BUCKHANNON | ✓ | 06/02/2004 | LABORER | 07/26/2004 | DISCHARGE | BATTLE |
| RODNEY FRALEY | ✓ | 06/02/2004 | LABORER | 07/27/2004 | QUIT | MYERS |
| CEDRIC BENNETT | ✓ | 06/10/2004 | LABORER | 08/24/2004 | QUIT | MYERS |
| JOHN MCDADE | ✓ | 06/16/2004 | LABORER | 07/15/2004 | ENDED | EHRMANN |
| KENNORUIS PENNYMON | ✓ | 06/17/2004 | LABORER | 07/02/2004 | QUIT | MYERS |
| JOSE RODRIGUEZ | ✓ | 06/23/2004 | LABORER | 07/10/2004 | QUIT | WELDON |
| GREGORY CROCKER | ✓ | 06/22/2004 | LABORER | 11/02/2004 | QUIT | BATTLE |
| JAMES FRANCIS | ✓ | 07/06/2004 | LABORER | 11/05/2004 | ENDED | |
| AARON MAHALU | ✓ | 07/07/2004 | LABORER | 08/13/2004 | ENDED | |
| DONTA TILLIS | ✓ | 07/12/2004 | LABORER | 08/04/2004 | ENDED | |
| OSEAS CHAVEZ | ✓ | 07/23/2004 | LABORER | 08/05/2004 | QUIT | MYERS |
| ANTONIO CURTEZ | ✓ | 07/23/2004 | LABORER | 09/06/2004 | QUIT | MYERS |
| BOBBY NICHOLS | ✓ | 07/26/2004 | LABORER | 09/30/2004 | QUIT | MYERS |
| KIP JACKSON | ✓ | 07/26/2004 | LABORER | 09/30/2004 | ENDED | |
| TIMOTHY MIZZELL | ✓ | 08/23/2004 | LABORER | 08/24/2004 | QUIT | MYERS |
| DANIEL BROOKS | ✓ | 08/23/2004 | LABORER | 09/15/2004 | QUIT | WELDON |
| JEFFERY ROLAND | ✓ | 10/28/2004 | LABORER | 11/04/2004 | QUIT | MYERS |
| JOEL DOMINGO | ✓ | 11/02/2004 | LABORER | 11/01/2004 | QUIT | MYERS |
| GUSTAVO ALVAREZ | ✓ | 11/02/2004 | LABORER | 11/03/2004 | QUIT | MYERS |
| WILLIAM CROCKER | ✓ | 11/03/2004 | LABORER | 12/06/2004 | ENDED | MYERS |



PLAINTIFF'S EXHIBIT

4

EEOC
00001