IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARRY BUCKHANON and <br> RODNEY FRALEY, <br>     Plaintiffs <br><br> vs. <br><br> HUFF & ASSOCIATES <br> CONSTRUCTION COMPANY, INC., <br><br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 3:05-cv-0741-wkw <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to the Uniform Scheduling Order in the above case the attorneys for the Parties conducted a face-to-face settlement conference but were unable to settle the case. Moreover, the Parties do not believe that mediation would be beneficial or cost effective at this stage of the litigation.

_____
JAMES R. BOWLES (BOW011)
ATTORNEY FOR PLAINTIFFS

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 So. Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Notice Concerning Settlement Conference and Mediation to Benjamin C. Wilson, Esq., Attorney for Defendant, by mailing a copy thereof, postage prepaid, to him at his proper mailing address of RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A., Post Office Box 270, Montgomery, Alabama 36101-0270 on this the 24th day of August, 2006.

_____
OF COUNSEL