IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BARRY BUCKHANON and** § <br> **RODNEY FRALEY,** § <br> § <br>    **Plaintiffs,** § <br> § <br> vs. § <br> § <br> **HUFF & ASSOCIATES** § <br> **CONSTRUCTION COMPANY, INC.** § <br> § <br>    **Defendant.** § | **CASE NO.: 3:05-cv-0741-wkw** |

### NOTICE OF FILING OF DEFENDANT HUFF & ASSOCIATES CONSTURCTION COMPANY, INC. IN SUPPORT OF ITS REPLY BRIEF FOR MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Huff & Associates Construction Company, Inc. ("Huff"), and hereby supplements its motion for summary judgment with the following exhibits:

1. Additional excerpt from Rodney Fraley's deposition (page 37), attached hereto as Exhibit A;

2. Additional excerpts from Barry Buckhanon's deposition (pages 47, 55-58, and 65-66), attached hereto as Exhibit B.

                                                              /s/ Benjamin C. Wilson_____
                                                              **BENJAMIN C. WILSON**
                                                              **(asb-1649-i54b)**
                                                              **Attorney for Defendant**
                                                              **Huff & Associates Construction**
                                                              **Company, Inc.**

**OF COUNSEL:**
**RUSHTON, STAKELY, JOHNSTON**
**& GARRETT, P.A.**
**P.O. Box 270**
**Montgomery, Alabama 36101-0270**
**Phone: (334) 206-3194**
**Fax: (334) 481-0831**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed above and foregoing document with the Court via CM-ECF, on this the 28th day of August 2006, and that service will be made electronically by CM-ECF on the following counsel of record:

James R. Bowles, Esq.
BOWLES & COTTLE
2 South Dubois Avenue
P.O. Box 780397
Tallassee, Alabama 36078

                                          /s/ Benjamin C. Wilson_____
                                          OF COUNSEL