```
 1         IN THE UNITED STATES DISTRICT COURT
 2          FOR THE MIDDLE DISTRICT OF ALABAMA
 3                    EASTERN DIVISION
 4
 5    CIVIL ACTION NUMBER
 6    3:05-CV-0741-M
 7
 8    BARRY BUCKHANON and RODNEY FRALEY,
 9         Plaintiffs,
10    vs.
11    HUFF & ASSOCIATES CONSTRUCTION COMPANY,
      INC.,
12
           Defendant.
13
14
15
                   DEPOSITION TESTIMONY OF:
16
                         RODNEY FRALEY
17
18
19
20    June 8, 2006
21    11:15 a.m.                              COPY
22
      COURT REPORTER:
23
      Gwendolyn P. Timbie, CSR
```


EXHIBIT A.

```
 1   check.  And soon -- Mr. Buckhanon, he
 2   asked Bobby, are you going to give us our
 3   check?  He said, I ain't giving you
 4   nothing till you give me my five dollars,
 5   you ignorant niggers.  Y'all think y'all
 6   just can keep some.  Just going on and
 7   on.  And Mr. Garrett, he was standing
 8   there, and he said, man, I wouldn't go
 9   through that.  He wouldn't never talk to
10   me like that.
11        Q    Did both of you owe the five
12   dollars?
13        A    Yes.  Five apiece.
14        Q    And this conversation was
15   after you had quit?
16        A    Yes, sir.
17        Q    And so did you receive your
18   check that day?
19        A    Yes, sir.
20        Q    How did you get it?
21        A    Mr. Myers gave it to us.
22        Q    Have any further conversation
23   with him since then?
```