1

```
 1       IN THE UNITED STATES DISTRICT COURT
 2        FOR THE MIDDLE DISTRICT OF ALABAMA
 3                   EASTERN DIVISION
 4
 5   CIVIL ACTION NUMBER
 6   3:05-CV-0741-M
 7
 8   BARRY BUCKHANON and RODNEY FRALEY,
 9       Plaintiffs,
10   vs.
11   HUFF & ASSOCIATES CONSTRUCTION COMPANY,
     INC.,
12
         Defendant.
13
14
15
                 DEPOSITION TESTIMONY OF:
16
                     BARRY BUCKHANON
17
18
19
     June 8, 2006
20
     10:15 a.m.
21
22
     COURT REPORTER:
23
     Gwendolyn P. Timbie, CSR
```


EXHIBIT B.

```
1      Q     Two?
2      A     Yes, sir.  It was a dad and a
3  son.
4      Q     Have you talked to them --
5      A     No, sir.
6      Q     -- about your claims?
7      A     I've never seen them guys
8  since.
9      Q     Did you ever hear Mr. Myers
10 say anything else derogatory to the
11 Hispanic employees?
12     A     Yes, he did.
13     Q     Like?
14     A     He'll just tell them they
15 don't know what they're doing.  They need
16 to get down and all kind of stuff.
17     Q     Were there other African-
18 American employees on the job site other
19 than you and Mr. Fraley?
20     A     On the site period?
21     Q     Yes.
22     A     Yes, it was.
23     Q     Did you ever hear Mr. Myers
```

1     And he -- Mr. Garrett took us up on
2  the job site to pick up our last check.
3  And we met Mr. Langley and Mr. Myers.
4  They was coming out of the job site and we
5  was pulling in, so I stopped. And he
6  stopped and rolled down the window. I
7  asked him could we get our checks. He
8  said, y'all got my five dollars? I said,
9  no, sir, we don't have it. I said, we
10 ain't got it right now. You can follow us
11 to the bank. He said, I ain't got time
12 for that shit. He said, you ain't getting
13 your check till I get my five dollars
14 apiece. And he pulled off on me. And
15 then he stopped, and he backed up,
16 cussing. He said, I want my damn five
17 dollars. I said, we said you can stop
18 over there at the bank and pick it up.
19 Oh, I ain't got time for that shit. And
20 he pulled off.
21     Q     Well, did you get your check?
22     A     Yeah. He backed up and
23 finally gave it to us.

```
 1      Q      How long after that did you
 2  get your check?
 3      A      It was just a few minutes.  He
 4  finally gave it to us before he left.  He
 5  pulled off like he was going to spin off
 6  and leave, and he backed up, and he
 7  finally gave us our check.
 8      Q      Did you ever give him his five
 9  dollars back?
10      A      We never seen him no more
11  after that.  No, we didn't.  We never seen
12  him no more since we got our last check.
13      Q      So are you saying that the day
14  that this discussion about the five
15  dollars -- was this your last day of work?
16      A      No, sir.  We -- after that --
17  I never went on the job again.  We had to
18  go back and pick up one more -- our last
19  check from the site, and we went back that
20  Friday.  We had to come that Friday to
21  pick up the check.
22      Q      So you did go back to the job
23  site after you were --
```

```
 1      A      Yes, sir.  To pick up a
 2   check.  We had to come up there.  He told
 3   us to come up there.  Well, my mom called,
 4   and he said we could come pick up our
 5   check between two and -- two and four
 6   because he was going to leave there at
 7   four o'clock.  So we went up to get our
 8   check.  And Mr. Garrett took us up on the
 9   job site.
10      Q      Who is "us"?  Who is "us"?
11      A      Me and Mr. Fraley.
12      Q      All right.  Go ahead.
13      A      We went up there to get our
14   last check, and he was just -- he was so
15   rude about giving us our check, cussing
16   us.  But he finally gave us our check.
17      Q      Was anyone else with you other
18   than Mr. Fraley?
19      A      Mr. Garrett.
20      Q      And Garrett.
21      A      Yeah.
22      Q      Anybody else?
23      A      No, sir.  Just me and
```

```
 1   Mr. Fraley and Mr. Garrett.
 2         Q    Who else are you aware of that
 3   can speak to Mr. Myers' behavior?
 4         A    Well, we had Mr. Connell.  He
 5   was working on the site.  And Earl --
 6   Bobby Nichols.  He was working on the
 7   site.
 8         Q    Who is Bobby Nichols?  Is he a
 9   Huff employee or a subcontractor?
10         A    Yeah.  He was working there.
11   He was working there at the time too.
12         Q    What's his race?
13         A    He's white.
14         Q    What about Garrett?
15         A    White.
16         Q    Who else?
17         A    Travis Gilson also.  He worked
18   up on the site -- job site.
19         Q    What's his job?
20         A    White guy.  He was a
21   carpenter.
22         Q    He worked for Huff?
23         A    Yes, sir, he did.
```

```
 1        A      Yeah.  After -- after that
 2   day, when all -- after the storm, when all
 3   of it happened.  And my friend, Rodney, he
 4   said -- he told me -- he said, don't do
 5   nothing.  You need to -- we need to go see
 6   a lawyer about him.
 7        Q      Mr. Bowles is the first person
 8   you came to see?
 9        A      Yes, sir.  That's right.
10        Q      And, again, just so I'm clear,
11   have you told me about all of the
12   racially --
13        A      Yes, sir.
14        Q      -- oriented language that he
15   used in your presence?
16        A      Yes, sir.  All that I can
17   recall right now.
18        Q      And you've given this a good
19   bit of thought, haven't you --
20        A      Yes, sir.
21        Q      -- before today?
22        A      Yes, sir.
23        Q      And that's all -- what you've
```

```
 1   told me is all you can recall that he
 2   said?
 3        A     All I recall.
 4             MR. BOWLES:  I believe he said
 5   right now.
 6        Q     Mr. Buckhanon, have you ever
 7   been arrested?
 8        A     Yes, sir, I have.
 9        Q     How many times?
10        A     About once or twice.
11        Q     For what?
12        A     A ticket, fines.  That's it.
13        Q     Traffic things?
14        A     Yeah.  Traffic tickets.
15   That's it.  City jail.  Never been in a
16   county jail in my life.
17        Q     You were actually put in a
18   city jail over a traffic ticket?
19        A     You know, like, failure to pay
20   the fine off.
21        Q     Ever been convicted of any
22   crimes?
23        A     No, sir, I haven't.
```