**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **BARRY BUCKHANON and** § | |
| **RODNEY FRALEY,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | CASE NO.: 3:05-cv-0741-WKW |
| § | |
| **HUFF & ASSOCIATES** § | |
| **CONSTRUCTION COMPANY, INC.** § | |
| § | |
| Defendant. § | |

### HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC.'S EXHIBIT LIST

COMES NOW, Defendant Huff and Associates Construction Company, Inc. and submits its exhibit list in accordance with the applicable scheduling order.

1. Huff & Associates personnel files/payroll records on the following:

    a. Rodney Fraley;

    b. Barry Buckhanon;

    c. Bobby Myers; and

    d. B.D. Nichols.

2. Huff & Associates' personnel file/payroll record on any employee providing labor/services on the Kappa Alpha construction project

3. Separation from service record concerning Rodney Fraley.

4. Separation from service record concerning Barry Buckhanon.

5.  All records/documentation submitted to the EEOC by Huff & Associates concerning the claim(s) filed by Rodney Fraley and Barry Buckhanon (*EEOC-0001 through EEOC-00060*).

6.  Blow-ups, enlargements, illustrations, or any computerized images for demonstrative purposes.

7.  Any exhibits identified by any other party.

8.  Any documents, items, things or testimony necessary for impeachment purposes.

9.  Any documents, items, things, or testimony necessary for rebuttal purposes.

10. Any exhibit obtained, discovered or received between now and the time of trial.

11. Huff and Associates Construction Company, Inc. reserves the right to supplement this list as discovery is completed or as justice requires.

          */s/ Benjamin C. Wilson*_____
          **BENJAMIN C. WILSON (asb-1649-i54b)**
          **Attorney for Defendant,**
          **Huff & Associates Construction Company, Inc.**

**OF COUNSEL:**

**RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.**
**P.O. Box 270**
**Montgomery, Alabama  36101-0270**
**Phone:  (334) 206-3194**
**Fax:  (334) 481-0831**

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the above and foregoing document upon all interested parties by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 25th day of October 2006 as follows:

James R. Bowles, Esq.
BOWLES & COTTLE
2 South Dubois Avenue
P.O. Box 780397
Tallassee, Alabama 36078

                                                */s/ Benjamin C. Wilson*_____
                                                OF COUNSEL