IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARRY BUCKHANON and<br>RODNEY FRALEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>HUFF & ASSOCIATES<br>CONSTRUCTION COMPANY, INC.<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§   CASE NO.: 3:05-cv-0741-WKW<br>§<br>§<br>§<br>§<br>§ |

## HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC.'S WITNESS LIST

COMES NOW, Defendant Huff and Associates Construction Company, Inc. and submits its witness list in accordance with the applicable scheduling order.

    I.    Huff intends to call the following individuals as witnesses:

        1.    John Huff
                1220 Fox Run Parkway
                Opelika, Alabama  36803-2427
                (334) 749-0885

        2.    Patricia Huff
                1220 Fox Run Parkway
                Opelika, Alabama  36803-2427
                (334) 749-0885

        3.    Robert Myers
                1220 Fox Run Parkway
                Opelika, Alabama  36803-2427
                (334) 749-0885

        4.    Rodney Fraley
                640 Muskogee Trail
                Tallassee, Alabama  36078
                (334) 283-4982

      5.     Barry Buckhanon
           497 Kent Road
           Tallassee, Alabama  36078
           (334) 283-4982

      6.     James Langley
           Tallassee Villas
           165 East Patton
           Tallassee, Alabama  36078
           Telephone Number Unknown

II.     Huff may call the following individuals (as the need may arise):

      7.     Quentin Williams
           310 Windsor Drive
           Auburn, Alabama  36832
           Telephone Number Unknown

      8.     Mark Myers
           5815 Bradley Road
           Wetumpka, Alabama  36092
           Telephone Number Unknown

      9.     Joe Weldon
           2414 Ashurst Bar Road
           Tallassee, Alabama  36078
           Telephone Number Unknown

      10.    Travis Gilson
           14591 Red Land Road
           Tallassee, Alabama  36078
           Telephone Number Unknown

      11.    Robert Connell
           3560 Chana Creek Road
           Eclectic, Alabama  36024
           Telephone Number Unknown

      12.    John McDade
           P.O. Box 240473
           Eclectic, Alabama  36024-0473
           Telephone Number Unknown

      13.    Bobby Dean Nichols
           165 East Patton Street, Apt 2F

       Tallassee, Alabama  36078
       Telephone Number Unknown

  14. Jerry Garrett
     Address and Telephone Number Unknown

  15. Charles Hilyer
     Address and Telephone Number Unknown

16. Any person who provided labor or subcontracting services/materials on the Kappa Alpha (Auburn University) construction project.

17. Any person identified in any submission of information to the EEOC concerning the claim(s) filed by Plaintiffs.

18. Any witnesses identified in any witness list served by the Plaintiffs or Defendant.

19. Any person identified in a deposition taken, or affidavit submitted, in this litigation.

20. Any person identified in any documents subpoenaed for purposes of discovery or trial.

21. Any witnesses whose testimony may be necessary for purposes of authentication or impeachment.

22. Any individual identified in any interrogatory, request for production, or deposition who may possess admissible evidence or testimony relating to any claim of the Plaintiffs or defense of this Defendant.

23. Any witness whose identity becomes known through the course of discovery or other investigation.

24. Any witness who gives deposition testimony in this case at any time before trial.

25. This Defendant reserves the right to supplement this list as justice may require.

                */s/ Benjamin C. Wilson*_____
                **BENJAMIN C. WILSON (asb-1649-i54b)**
                **Attorney for Defendant,**
                **Huff & Associates Construction Company, Inc.**

**OF COUNSEL:**

**RUSHTON, STAKELY, JOHNSTON**
 **& GARRETT, P.A.**
**P.O. Box 270**
**Montgomery, Alabama 36101-0270**
**Phone: (334) 206-3194**
**Fax: (334) 481-0831**

## CERTIFICATE OF SERVICE

     I hereby certify that I have served the above and foregoing document upon all interested parties by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 25th day of October 2006 as follows:

James R. Bowles, Esq.
BOWLES & COTTLE
2 South Dubois Avenue
P.O. Box 780397
Tallassee, Alabama 36078

                */s/ Benjamin C. Wilson*_____
                OF COUNSEL