IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BARRY BUCKHANON and )
RODNEY FRALEY, )
                                                           )
    Plaintiffs )
)
vs. ) CIVIL ACTION NO. 3:05-cv-0741-wkw
)
HUFF & ASSOCIATES )
CONSTRUCTION COMPANY, INC., )
)
    Defendant )

## PLAINTIFFS' EXHIBIT LIST

Pursuant to the Uniform Scheduling Order in the above case, the Plaintiffs will or may offer the following exhibits into evidence at the trial of said cause, to-wit:

1. Huff & Associates Construction Company Organization Chart for the KA House (June 1, 2004 through July 30, 2004).

2. Huff & Associates May 1, 2004 Work Force Roster.

3. Huff & Associates Current Work Force Roster.

4. Huff & Associates Terminations in 2004.

5. Employee Separation Notice for Barry L. Buckhannon.

6. Employee Separation Notice for Rodney J. Fraley.

7. Employee Separation Notice for Bobby Nichols.

8. Employee Separation Notice for John McDade.

9. Employee Separation Notice for Travis Gilson.

							_____
							JAMES R. BOWLES (BOW011)
							ATTORNEY FOR PLAINTIFFS

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 So. Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Plaintiffs' Exhibit List on Benjamin C. Wilson, Esq., Attorney for Defendant, by mailing a copy thereof, postage prepaid, to him at his proper mailing address at RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A., Post Office Box 270, Montgomery, Alabama 36101-0270 on this the 24th day of October, 2006.

							_____
							OF COUNSEL