IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARRY BUCKHANON and RODNEY FRALEY, )<br><br>Plaintiffs )<br><br>vs. )<br><br>HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC., )<br><br>Defendant ) | CIVIL ACTION NO. 3:05-cv-0741-wkw |

## PLAINTIFFS' WITNESS LIST

Pursuant to the Uniform Scheduling Order in the above case, the Plaintiffs will call the following persons to testify on behalf of the Plaintiffs at the trial of said cause, to-wit:

1. Barry L. Buckhannon
   497 Kent Road
   Tallassee, Alabama 36078
   (334) 283-8427

2. Rodney J. Fraley
   640 Muskogee Trail
   Tallassee, Alabama 36078
   (334) 283-4982

3. Jerry Garrett
   Hwy 229
   Tallassee, Alabama 36078
   (334) 283-4570

4. Bobby Dean Nichols
   309 Benson Avenue
   Tallassee, Alabama 36078
   (334) 252-0824

Pursuant to the above Scheduling Order, the Plaintiffs may also call the following persons to testify on behalf of the Plaintiffs at the trial of said cause, to-wit:

1. Travis Gilson
   Tallassee, Alabama 36078
   Telephone Number Unknown

2. John McDade
   Eclectic, Alabama 36024
   Telephone Number Unknown

3. James Langley
   Tallassee Villas
   165 E. Patton
   Tallassee, Alabama 36078
   Telephone Number Unknown

4. Robert L. Myers, Jr.
   679 Mann Road
   Wetumpka, Alabama 36092
   (334) 541-3165

5. John T. Huff, Jr.
   2025 Country Square Road
   Auburn, Alabama 36830
   (334) 821-3552

6. Any witnesses whose names are revealed by subsequent discovery.

7. Rebuttal witnesses.

JAMES R. BOWLES (BOW011)
ATTORNEY FOR PLAINTIFFS

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 So. Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Plaintiffs' Witness List on Benjamin C. Wilson, Esq., Attorney for Defendant, by mailing a copy thereof, postage prepaid, to him at his proper mailing address at RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A., Post Office Box 270, Montgomery, Alabama 36101-0270 on this the 24th day of October, 2006.

_____
OF COUNSEL