IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BARRY BUCKHANON, *et al.*,                )
                                          )
        Plaintiffs,                       )
                                          )
v.                                        )        CASE NO. 3:05-cv-741-WKW
                                          )
HUFF & ASSOCIATES CONSTRUCTION            )
COMPANY, INC.,                            )
                                          )
        Defendant.                        )

## ORDER

Before the court is Defendant's Motion to Strike Affidavits of B.D. Nichols and Jerry Garrett

(Doc. # 22).  It is ORDERED that the motion is DENIED.

DONE this 21st day of March, 2007.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE