IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARRY BUCKHANON, *et al.*,         ) | |
| ) | |
| Plaintiffs,         ) | |
| ) | |
| v.         ) | CASE NO. 3:05-cv-741-WKW |
| ) | |
| HUFF & ASSOCIATES CONSTRUCTION         ) | |
| COMPANY, INC.,         ) | |
| ) | |
| Defendant.         ) | |

## **ORDER**

It is ORDERED that all dates and deadlines in this case, including the trial date, are CONTINUED generally.

DONE this 23rd day of April, 2007.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE